**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| Alpine Summit Energy Partners, Inc., *et al* | § | |
| | § | Case No. 23-90739 |
| | § | |
| | § | |
| | § | |
| | § | |
| Debtors. | § | |
| | § | |
| | § | |
| ALDONSA INC. D/B/A OILFIELD | § | |
| INSTRUMENTATION USA, | § | |
| | § | |
| Plaintiffs | § | Adversary Proc. No. _____ |
| | § | |
| | § | |
| v. | § | |
| | § | |
| IRONROC ENERGY PARTNERS, LLC, | § | |
| ALPINE SUMMIT FUNDING, LLC, ALPINE | § | |
| SUMMIT FUNDING HOLDINGS, LLC, | § | |
| AGERON IRONROC ENERGY, LLC, AGERON | § | |
| ENERGY, LLC, AGERON ENERGY II, LLC, | § | |
| DALLAS PETROLEUM GROUP, LLC, AND | § | |
| LEEXUS OIL, LLC. | § | |
| | § | |
| Defendants | § | |

## <u>NOTICE OF REMOVAL</u>

TO THE U.S. BANKRUPTCY CLERK:

Pursuant to 28 U.S.C. §§ 1334 and 1452, Federal Rule of Bankruptcy Procedure 9027, and Bankruptcy Local Rule 9027-1, the defendant Dallas Petroleum Group, LLC (hereinafter "DPG"), by and through its counsel of record, hereby removes the state court action described below:

I.                FACTS THAT JUSTIFY REMOVAL & SUPPORT JURISDICTION

6.        According to an Exploration Capital Agreement ("ECA") between HB2 Origination LLC ("HB2") and DPG, HB2 was required to drill and complete certain wells on Fayette County leases in which DPG (and others) owns working interest, and for which DPG is the P4 operator of record.  Under the ECA, HB2 was obligated to keep the assets lien-free. Unfortunately, HB2 failed to meet its obligations and multiple vendors assert an aggregate of approximately $11 million in purported liens against the assets, including the plaintiff herein.

7.        On May 21, 2023, plaintiff Aldonsa Inc. sued DPG and other defendants, thereby initiating cause no. 2023-33684 pending before the 215th Judicial District Court of Harris County, Texas (hereinafter the "State Court Lawsuit").

8.        According to the petition in the State Court Lawsuit, plaintiff seeks, among other things, to foreclose on purported liens against the Fayette County assets.

9.        On July 5, 2023, HB2 and affiliated entities—including, Ironroc Energy Partners, LLC, Ageron Ironroc Energy LLC, Ageron Energy II, LLC --filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in this Court.  The bankruptcy cases are being jointly administered under bankruptcy case no. 23-90739.

10.       Removal of the State Court Lawsuit is proper under 28 U.S.C. § 1452(a) because the claims being removed are pending in "a civil action other than a proceeding before the United States Tax Court or a civil action by a governmental unit to enforce such governmental unit's police or regulatory power" and, as described below, this Court has subject matter jurisdiction under 28 U.S.C. § 1334(b).

11.       In the bankruptcy cases, HB2 is suing DPG, claiming ownership interests in certain Fayette County wells.  DPG disputes HB2's purported interest. The original petition filed in the State Court Lawsuit asserts a mineral lien against some of the disputed interest and seeks

to foreclose on purported mineral liens.  HB2, however, has not been named as a defendant in the State Court Lawsuit. Disposition of the removed State Court Lawsuit requires determining whether and the degree to which the purported liens attach to the Fayette mineral assets, assets in which HB2 asserts a (hotly disputed by DPG) ownership interest by way of the ECA.  The ECA, meanwhile, requires HB2 to make DPG whole in the event it is damaged by HB2's defaults.  For these reasons, the removed litigation is, at a minimum, "related to" the HB2's bankruptcy proceeding under 28 U.S.C. § 1334(b); and to the extent that disposition of the litigation requires resolving HB2's disputed claims of ownership in the Fayette County assets the litigation is "core" under 28 U.S.C 157(b)(2), including parts (A), (B) and (K) thereof.

## II.          STATEMENT REQUIRED BY B.R. 9027(1) AND B.L.R. 9027-2

12.     The party filing this notice of removal consents to entry of final orders or judgements by the Bankruptcy Court.  The party filing this notice of removal consents to the entry of final orders or judgment by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgment consistent with Article III of the United States Constitution.

## III.         PARTY INFORMATION REQUIRED BY B.R. 9027(a) AND B.L.R. 9027-1(a)

13.     Pursuant to Bankruptcy Rule 9027(a) and Bankruptcy Local Rule 9027-1(a), the following is a list of the names and addresses of all parties on which service has been accomplished, and the name, address, and telephone number of counsel of record for each party.

| Party Name and Address | Has Service Been Accomplished on Party? (Y/N) | Name, Address, Telephone # of Counsel of Record |
|---|---|---|
| IRONROC ENERGY PARTNERS, LLC | Docket reflects no sworn return of | Keith Jaasma Ewing & Jones, PLLC, 6363 Woodway Dr., Ste. 1000, Houston, Texas 77057; (713) 590- |

| Party Name and Address | Has Service Been Accomplished on Party? (Y/N) | Name, Address, Telephone # of Counsel of Record |
|---|---|---|
| | service, however docket shows citation issued | 9600; kjaasma@ewingjones.com<br><br>M. Harris Stamey, Porter Hedges, 1000 Main St., 36th Fl., Houston, Texas 77002 (713)226-6619; hstamey@porterhedges.com |
| ALPINE SUMMIT FUNDING, LLC | Docket reflects no sworn return of service, however, docket shows citation issued. | Keith Jaasma Ewing & Jones, PLLC, 6363 Woodway Dr., Ste. 1000, Houston, Texas 77057; (713) 590-9600; kjaasma@ewingjones.com |
| ALPINE SUMMIT FUNDING HOLDINGS, LLC | Docket reflects no sworn return of service, however docket shows citation issued. | Keith Jaasma Ewing & Jones, PLLC, 6363 Woodway Dr., Ste. 1000, Houston, Texas 77057; (713) 590-9600; kjaasma@ewingjones.com |
| AGERON IRONROC ENERGY, LLC | Docket reflects no sworn return of service, however docket shows citation issued. | Keith Jaasma Ewing & Jones, PLLC, 6363 Woodway Dr., Ste. 1000, Houston, Texas 77057; (713) 590-9600; kjaasma@ewingjones.com;<br><br>Harris Stamey, Porter Hedges, 1000 Main St., 36th Fl., Houston, Texas 77002 (713) 226-6619; hstamey@porterhedges.com |
| AGERON ENERGY, LLC | Docket reflects no sworn return of service, however docket shows citation issued. | |
| AGERON ENERGY II, LLC, | Docket reflects no sworn return of service, | Keith Jaasma Ewing & Jones, PLLC, 6363 Woodway Dr., Ste. 1000, Houston, Texas 77057; (713) 590-9600; kjaasma@ewingjones.com; |

| Party Name and Address | Has Service Been Accomplished on Party? (Y/N) | Name, Address, Telephone # of Counsel of Record |
|---|---|---|
| | however docket shows citation issued. | M. Harris Stamey, Porter Hedges, 1000 Main St., 36th Fl., Houston, Texas 77002 (713) 226-6619; hstamey@porterhedges.com |
| LEEXUS OIL, LLC | Docket reflects no sworn return of service, however docket shows citation issued | |
| DALLAS PETROLEUM GROUP, LLC | Yes | William D. Farrar, 1021 ESE Loop 323, Suite 120, Tyler, TX 75701, (903) 520-0399; will@wdfarrar.com |
| ALDONSA, INC. | n/a | Armistead M. Long, 400 East Kaliste Salloom Rd., Lafayette, LA 70508, (337) 237-0132; along@gamb.com |

# IV.       STATE COURT FILING INFORMATION REQUIRED BY 9027(a)(1) AND B.L.R. 9027(1)(b)

14.     Bankruptcy Rule 9027(a)(1) requires "a copy of all process and pleading" be attached to a notice of removal.   Bankruptcy Local Rule 9027-1(b) requires that a notice of removal "copies of all papers that have been filed in the court from which the case is removed." Attached hereto are copies of all such papers.

DATED:  August 21, 2023.

                        Respectfully submitted,

                        O'CONNORWECHSLER PLLC

                         /s/ Annie E. Catmull
                        Annie E. Catmull
                        State Bar No. 00794932

4400 Post Oak Parkway
Suite 2360
Houston, Texas 77027
Tel.: (281) 814-5977
aecatmull@o-w-law.com

ATTORNEYS FOR DEFENDANTS, DALLAS
PETROLEUM GROUP LLC AND U.S.
PRODUCING PROPERTIES, INC.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal has been transmitted for service on all counsel of record at the addresses set forth in paragraph 13 above via First Class Mail, postage prepaid, and served via email, this 24th day of August, 2023.


By:  ___/s/ Annie Catmull___
Annie E. Catmull

6

# 2023-33684

**COURT:**  215th

**FILED DATE:**  5/31/2023

**CASE TYPE:**  Debt/Contract - Other



### ALDONSA INC D/B/A OILFIELD INSTRUMENTATION USA

Attorney: LONG, ARMISTEAD MASON

### vs.

### IRONROC ENERGY PARTNERS LLC

| Docket Sheet Entries | |
|---|---|
| Date | Comment |

Harris County Docket Sheet

# 2023-33684

**COURT:**   215th

**FILED DATE:**   5/31/2023

**CASE TYPE:**   Debt/Contract - Other



### ALDONSA INC D/B/A OILFIELD INSTRUMENTATION USA
Attorney: LONG, ARMISTEAD MASON

### vs.

### IRONROC ENERGY PARTNERS LLC

| Docket Sheet Entries | |
|---|---|
| Date | Comment |

5/31/2023 2:54 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 76157543
By: Talitha McCarty
Filed: 5/31/2023 2:54 PM

CAUSE NO. _____

| | | |
|---|---|---|
| ALDONSA, INC. d/b/a OILFIELD INSTRUMENTATION USA | § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § § | |
| vs. | § § | \_\_\_ JUDICIAL DISTRICT |
| IRONROC ENERGY PARTNERS, LLC, ALPINE SUMMIT FUNDING, LLC, ALPINE SUMMIT FUNDING HOLDINGS, LLC, AGERON IRONROC ENERGY, LLC, AGERON ENERGY, LLC, AGERON ENERGY II, LLC, DALLAS PETROLEUM GROUP, LLC and LEEXUS OIL, LLC | § § § § § § § § § § § | |
| *Defendants.* | § | HARRIS COUNTY, TEXAS |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Aldonsa, Inc. d/b/a Oilfield Instrumentation USA ("***Oilfield Instrumentation***") files this Original Petition, complaining of Defendants of Ironroc Energy Partners, LLC, Alpine Summit Funding, LLC, Alpine Summit Funding Holdings, LLC, Ageron Ironroc Energy, LLC, Ageron Energy, LLC, Ageron Energy II, LLC, Dallas Petroleum Group, LLC, and Leexus Oil, LLC, and would show as follows:

**I.      DISCOVERY CONTROL PLAN**

1.      Oilfield Instrumentation intends that discovery be conducted in accordance with Level 2 of Rule 190.3 of the Texas Rules of Civil Procedure. This is not an Expedited Action under Rule 169 of the Texas Rules of Civil Procedure.

## II.   **PARTIES**

2.      Plaintiff Aldonsa, Inc. d/b/a Oilfield Instrumentation USA is a Louisiana corporation qualified to do business in the State of Texas.

3.      Defendant Ironroc Energy Partners, LLC ("*Ironroc*")[1] is a Texas limited liability company, and it may be served with process by serving its registered agent, Michael McCoy, 2445 Technology Forest Blvd., Suite 1010, The Woodlands, TX 77381 or wherever he may be found.

4.      Defendant Alpine Summit Funding, LLC ("*Alpine*") is a Delaware limited liability company registered to do business in Texas, and it may be served with process by serving its registered agent, Cogency Global Inc., 1601 Elm St., Suite 4360, Dallas, TX 75201.

5.      Defendant Alpine Summit Funding Holdings, LLC ("*Alpine Holdings*") is a Delaware limited liability company believed to own mineral property in the State of Texas but which is not registered to do business in Texas, and it may be served with process by serving its registered agent, Cogency Global Inc., 850 New Burton Road, Suite 201, Dover, DE 19904.

6.      Defendant Ageron Ironroc Energy, LLC ("*Ageron Ironroc*") is a Texas limited liability company, and it may be served with process by serving its registered agent, Cogency Global Inc., 1601 Elm St., Suite 4360, Dallas, TX 75201.

7.       Defendant Ageron Energy, LLC ("*Ageron*") is a Texas limited liability company, and it may be served with process by serving its registered agent, Bruce C. Gates, 8610 North New Braunfels, Suite 405, San Antonio, TX 78217 or wherever he may be found.

8.       Defendant Ageron Energy II, LLC ("*Ageron II*") is a Delaware limited liability company registered to do business in Texas, and it may be served with process by serving its registered agent, Cogency Global Inc., 1601 Elm St., Suite 4360, Dallas, TX 75201.

---

[1] Alpine, Alpine Holdings, Ageron Ironroc, Ageron, and Ageron II are collectively referred to herein as the "*Ironroc Affiliates*".

Removal000004

9.      Defendant Dallas Petroleum Group, LLC ("*Dallas Petroleum*") is a Texas limited liability company, and it may be served with process by serving its registered agent, Matt Williams, 17950 Preston Road, Suite 330, Dallas, TX 75252 or wherever he may be found.

10.     Defendant Leexus Oil, LLC ("*Leexus*") is a Texas limited liability company, and it may be served with process by serving its registered agent, Mark Jaehne, 419 Cactus St., Giddings, TX 78942 or wherever he may be found.

### III.      JURISDICTION AND VENUE

11.      Pursuant to Rule 47(c)(3) of the Texas Rules of Civil Procedure, Oilfield Instrumentation pleads that it seeks monetary relief in excess of $250,000.00 but not more than $1,000,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorneys' fees.

12.      This suit arises from orders placed by Ironroc for the purchase of equipment and related services from Oilfield Instrumentation to be used on wells located in the State of Texas. Each of the Defendants is either a resident of the State of Texas, is registered to do business as a foreign entity in Texas, owns and operates mineral interests located in Texas, or is otherwise doing business in Texas.

13.      The Court has subject matter jurisdiction because the amount in controversy exceeds the minimum jurisdictional limits of the district courts of the State of Texas.

14.      Venue is proper in Harris County pursuant to TEX. CIV. PRAC. & REM. CODE § 15.002(a)(3) in that Ironroc during most of the relevant period was headquartered in Harris County, Texas and the Master Services Agreement entered into between Ironroc and Oilfield Instrumentation stipulates that venue shall lie in Harris County, Texas. Further, pursuant to TEX. CIV. PRAC. & REM. CODE § 15.005, this court has venue over each of the other Defendants in that

3

the claims or actions in this case arise out of the same transaction, occurrence, or series of transactions or occurrences.

## IV.     FACTUAL BACKGROUND

15.     Oilfield Instrumentation is a drilling instrumentation company that provides specialized tools and skilled services for real-time monitoring of well drilling and operating activities. Oilfield Instrumentation transacted business in the State of Texas at all relevant times.

16.     Between August 29, 2022, and January 28, 2023, Oilfield Instrumentation sold to Ironroc at its request and on account skilled services and equipment for the monitoring of drilling and operating activity at nine oil and/or gas wells in Austin, Fayette, Lee, and Webb Counties in Texas, for which Oilfield Instrumentation kept a systematic record of those transactions. A true and correct copy of the open balance summary and supporting invoices for the various goods and services is attached as **EXHIBIT I** and incorporated by reference.

17.     The prices charged by Oilfield Instrumentation for its goods and services were just and true because they were agreed upon by Ironroc and Oilfield Instrumentation in advance, and the prices contained therein were the usual and customary prices for such goods and services and were reasonable.

18.     Excluding interest, attorneys' fees, and costs, there is currently due and owing the sum of $333,884.02 on the account after all just and lawful offsets, payments, and credits have been allowed. Despite repeated demands, the account remains unpaid.

19.     Ironroc was formed in January 2017 doing business under its own name and shortly thereafter as Ironroc Energy. Since August 2018, Ironroc, on its own behalf as a mineral owner, and as the agent for other mineral owners (including, at various times, the Ironroc Affiliates) directly engaged Oilfield Instrumentation to provide real-time monitoring of drilling

4

activities on Ironroc leases. These services were provided pursuant to a Master Services Agreement between Oilfield Instrumentation on the one hand and Ironroc and its affiliates on the other.

20.     One of the leases at issue in this litigation is the San Roman in the Eagle Ford formation in South Texas. The Texas RRC shows that the San Roman lease is operated by Ageron Ironroc which lists Ironroc as its sole manager. Based on information and belief the owners of the San Roman lease and Ageron Ironroc (either directly or beneficially) include Ironroc, Ageron, Alpine, and Alpine Holdings.

21.     In 2018, Oilfield Instrumentation and Ironroc, individually and on behalf of the Ironroc Affiliates executed a Master Services Agreement for the sale of goods and services by Oilfield Instrumentation to Ironroc. As such, Oilfield Instrumentation stands in direct privity of contract with Ironroc and the Ironroc Affiliates.

22.     Oilfield Instrumentation repeatedly requested and received assurances of payment from Ironroc. Despite repeated assurances that payment would be forthcoming, Ironroc has not done so.

23.     Following the issuance of notices to Defendants of its intent to file liens against the various wells and leases, Oilfield Instrumentation filed its liens on March 23, 2023, with the County Clerks of Austin, Fayette, Lee, and Webb Counties information indicating the locations of the leases and wells involved.

24.     The filed Oilfield Instrumentation liens[2] cover the following wells and the respective leases upon which they are situated:

---

[2] While Oilfield Instrumentation contends that it is a direct contractor with the mineral owners and the agent for those owners, Oilfield Instrumentation provided the required subcontractor notice out of an abundance of caution.

Removal000007

| COUNTY | LEASE/ PROP DESCRIPTION | WELL | API NUMBER | AMOUNT OF CLAIM | PARTIES RECEIVING NOTICE OF INTENT TO FILE LIEN |
|---|---|---|---|---|---|
| AUSTIN | Endurance Stephen F. Austin 4 League Grant, A4 | 1H | 42-015-31068 | $ 46,836.51 | Ironroc Energy Partners, LLC |
| FAYETTE | Kermit A Approximately 5.8 miles Southwest of Ledbetter, Fayette County, Texas | 1H | 42-149-33558 | $ 43,681.18 | Ironroc Energy Partners, LLC Dallas Petroleum Group, LLC |
| FAYETTE | Kermit B Approximately 5.8 miles Southwest of Ledbetter, Fayette County, Texas | 2H | 42-149-33559 | $ 32,959.10 | |
| FAYETTE | Pandora Unit Approximately 5.8 miles Southwest of Ledbetter, Fayette County, Texas | 2H | 42-149-33559 | $ 14,111.26 | |
| LEE | Lonie Mae A, Lonie Mae Unit, w L Wilkerson Survey, Abstract 352 | 2H | 42-287-32764 | $ 35,796.93 | Ironroc Energy Partners, LLC Alpine Summit Funding, LLC Alpine Summit Funding Holdings, LLC Leexus Oil, LLC |
| WEBB | AI San Roman, Section 1891, GC&SF RR CO. Survey, Abstract 1341 | 105H | 42-479-44838 | $ 41,397.23 | Ironroc Energy Partners, LLC Alpine Summit Funding, LLC Alpine Summit Funding Holdings, LLC Ageron Ironroc Energy, LLC Ageron Energy, LLC Ageron Energy II, LLC |
| WEBB | AI San Roman, Section 1891, GC&SF RR CO. Survey, Abstract 1341 | 106H | 42-479-44839 | $ 43,626.59 | |
| WEBB | AI San Roman, Section 1891, GC&SF RR CO. Survey, Abstract 1341 | 202H | 42-479-44756 | $ 72,520.33 | |

6

| TOTALS [3] | $ 330,929.13 | |
|---|---|---|

25.      In addition to the wells listed in the immediately preceding paragraph, Oilfield Instrumentation reserves the right to file additional and/or supplemental liens, as may be appropriate, in accordance with the Texas Property Code and other applicable laws.

## V.      CAUSES OF ACTION

### A.      FIRST CAUSE OF ACTION: SWORN ACCOUNT

26.      All of the allegations contained in the preceding paragraphs are re-alleged and incorporated by reference as if rewritten more fully herein.

27.      Ironroc's failure to pay its open account gives rise to a claim under Texas law and procedure for an action upon a sworn account, which Plaintiff asserts, namely,

    a.      the transaction was for the sale and delivery of merchandise or performance of services on account;

    b.      the amount of the account is "just," i.e., the prices charged are pursuant to an express agreement, or in the absence of an agreement, that the charges are usual, customary, or reasonable; and

    c.      that the outstanding amount remains unpaid.

28.      In accordance with TRCP 185, attached as **EXHIBIT II** and made a part hereof is the affidavit of H. Allen Stuart, President of Oilfield Instrumentation, an employee with knowledge in support of Oilfield Instrumentation's claim for sworn account. The amount of Oilfield Instrumentation's claim, after all just and lawful offsets, is $333,884.02 for which it now prays that judgment may be entered in its favor.

### B.      SECOND CAUSE OF ACTION: BREACH OF CONTRACT

---

[3] In addition to the wells described on the lien chart, Oilfield Instrumentation provided a total of $2,954.89 in specialized tools and services for the Oriskany A 152-1 Well in Jasper County, Texas. Oilfield Instrumentation's charges for this work remain unpaid. Although no lien claim was made but this work, it is included in Oilfield Instrumentation's Sworn Account claim against the Defendants herein.

Removal000009

29.     All of the allegations contained in the preceding paragraphs are re-alleged and incorporated by reference as if rewritten more fully herein.

30.     Alternatively, Ironroc and Oilfield Instrumentation entered into a series of contracts wherein Oilfield Instrumentation provided goods and services at an agreed rate and Ironroc agreed to pay the same as invoiced. Oilfield Instrumentation fully performed all of its duties and obligations under the parties' contract. Ironroc failed to pay the agreed upon sums and has wholly defaulted on its corresponding payment obligation.

31.     As a result of Ironroc's breach of contract, Oilfield Instrumentation has incurred actual damages, including attorneys' fees and costs, in an amount in excess of the jurisdiction of this Court for which it now sues, in an amount to be proven more particularly at trial.

## C.     THIRD CAUSE OF ACTION: QUANTUM MERUIT

32.     All of the allegations contained in the preceding paragraphs are re-alleged and incorporated by reference as if rewritten more fully herein.

33.     Alternatively, Oilfield Instrumentation provided valuable materials and related services to and for the benefit of Ironroc, who accepted same with reasonable notice that Oilfield Instrumentation expected compensation for the services and materials.

34.     As a direct consequence, Oilfield Instrumentation is entitled to recover the reasonable value of the services and materials through the doctrine of quantum meruit, together with its reasonably incurred attorneys' fees and costs, for which it now sues, in an amount to be proven more particularly at trial.

## D.     FOURTH CAUSE OF ACTION: DECLARATORY JUDGMENT AND FORECLOSURE OF MINERAL LIENS

35.     All of the allegations contained in the preceding paragraphs are re-alleged and incorporated by reference as if rewritten more fully herein.

8

36.     Oilfield Instrumentation issued written notices to Ironroc, Dallas Petroleum, Alpine, Alpine Holdings, Leexus, Ageron Ironroc, Ageron, and Ageron II, and of Oilfield Instrumentation's claims against Ironroc and Oilfield Instrumentation's intent to place a lien against the Endurance, Kermit, Pandora, Lonie Mae, and San Roman leases, wells, and mineral interests.

37.     Based on information and belief, at all times relevant Ironroc acted as the agent for the lease owners and not as an independent contractor. Accordingly, the leasehold interests of the lease owners are subject to foreclosure up to the amount of the monies owed to Oilfield Instrumentation by Ironroc.

38.     In the alternative, and based on information and belief, the lease owners owed Ironroc monies at the time of the lien notices and continuing to the present. Under Texas law, the lease owners are under a duty to withhold those funds from Ironroc until the debt on which the lien is based is settled or is determined to not be owed. See Tex. Prop. Code §§ 56.006, 56.043; *Energy- Agri Products, Inc. v. Eisenman Chem. Co., Inc.,* 717 S.W.2d 651, 653 (Tex. App.-Amarillo 1986, no writ). If the lien is thereafter timely filed, as in this case, and the monies owed at the time of the notice were not withheld, the leasehold interests of the lease owners are subject to foreclosure up to the amount of the monies owed Oilfield Instrumentation by Ironroc. Oilfield Instrumentation submits that the amount owed equals or exceeds the amount of Oilfield Instrumentation's total claim, and that therefore the leasehold interests of the lease owners are subject to foreclosure up to the total amount due Oilfield Instrumentation.

39.     Accordingly, Oilfield Instrumentation seeks declaratory judgment, pursuant to Chapter 37 of the Tex. Civ. Prac. & Rem. Code, as follows:

> a.      Declaring that Ironroc at all times acted as the agent for the lease owners;
>
> b.      Declaring that Oilfield Instrumentation's liens were timely noticed, filed, and perfected;

Removal000011

    c.      Determining and declaring the appropriate leaseholders;

    d.      Entering judgment in the entire amount claimed by Oilfield Instrumentation against the leaseholders; and

    e.      Entering judgment foreclosing Oilfield Instrumentation's lien against the leases, wells, and mineral interests for the entirety of Oilfield Instrumentation's claim against Ironroc, together with reasonably incurred attorneys' fees and costs of court, pursuant to Tex. Prop. Code § 53.156.

40.     In the alternative, Oilfield Instrumentation seeks declaratory judgment pursuant to Chapter 37 of the Tex. Civ. Prac. & Rem. Code as follows:

    a.      Declaring that Oilfield Instrumentation's liens were timely noticed, filed, and perfected; and

    b.      Determining and declaring the leaseholders;

    c.      Determining the amount of funds owed by the lease owners to Ironroc as of March 10, 2023 and on April 11, 2023 and thereafter as appropriate;

    d.      Upon a determination of the amount of funds owed by the leaseholders to Ironroc, entering judgment in favor of Oilfield Instrumentation and against the leaseholders in that determined amount; and

    e.      Entering judgment foreclosing Oilfield Instrumentation's lien against the leases, wells, and mineral interests up to the determined amount, together with reasonably incurred attorneys' fees and costs of court pursuant to Tex. Prop. Code § 53.156.

## VI.    STATEMENT OF DAMAGES

41.     All of the allegations contained in the preceding paragraphs are re-alleged and incorporated by reference as if rewritten more fully herein.

42.     Oilfield Instrumentation has suffered actual damages in the excess of the minimum jurisdiction of this Court as a consequence and direct result of Ironroc's actions which give rise to claims under sworn account, breach of contract, and quantum meruit, and for which it now

Removal000012

seeks relief. The amount of actual damages is liquidated, being $333,884.02, for which it now prays.

## VII.   CONDITIONS PRECEDENT

43.     All conditions precedent to Oilfield Instrumentation's claims for relief stated in this Original Petition have been performed, have occurred, have been satisfied, should be excused, or have been modified and satisfied.

## VIII.   ATTORNEYS' FEES

44.     All of the allegations contained in the preceding paragraphs are re-alleged and incorporated by reference as if rewritten more fully herein.

45.     Pursuant to TEX. CIV. PRAC. & REM. CODE § 37.009, Oilfield Instrumentation is entitled to judgment awarding its reasonable and necessary attorney's fees, in an amount to be established at trial, incurred in connection with its claim for a declaratory judgment. Oilfield Instrumentation also brings a claim for attorney's fees and costs of court in the prosecution of its quantum meruit, sworn account, and breach of contract claims against Ironroc under TEX. CIV. PRAC. & REM. CODE § 38.001 *et seq.*, and all conditions precedent to an award in its favor have or will have been duly taken.

## IX.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff Aldonsa, Inc. d/b/a Oilfield Instrumentation respectfully prays that, after due proceedings had, this Honorable Court should render judgment in its favor, and against Defendants, granting Plaintiff the following relief:

a.   Actual damages in the amount of at least Three Hundred Thirty-Three Thousand, Eight Hundred Eighty-Four and 02/100 Dollars ($333,884.02);

b.   Pre- and post-judgment interest as allowed by law;

c.   Reasonable and necessary attorneys' fees and costs of court as provided by Chapter 37 and Chapter 38 of TEX. CIV. PRAC. & REM. CODE, in an amount to be

11

established by Oilfield Instrumentation more particularly at trial;

d.   A declaratory judgment in its favor ordering that Oilfield Instrumentation's liens are valid and perfected and, if applicable, determine the amount of the funds owed Ironroc by the leaseholders, and if applicable, enter judgment against the leaseholders in the amount of the funds so determined, or if not applicable, enter judgment against the leaseholders for the entire amount of Oilfield Instrumentation's claim, together with attorney's fees and costs of court and pre-judgment and post judgment interest at the maximum lawful rate, and an order foreclosing Oilfield Instrumentation's liens against the leases, wells, and mineral interests to the extent of such judgment amount; and

e.   All other relief the Court deems appropriate at law or at equity.

Respectfully submitted,

GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, L.L.C.

By: _s/ Armistead M. Long_____
Armistead M. Long
Texas Bar No. 24035576
400 E. Kaliste Saloom Road
Lafayette, LA 70508
Tel.: (337) 237-0132
Fax (337) 237-3421
Email: along@gamb.com

and

Adam J. Russ
Texas Bar No. 24109435
2229 San Felipe St., Suite 1100
Houston, TX 77019
Tel.: (713) 333-5500
Email: aruss@gamb.com

**ATTORNEYS FOR PLAINTIFF ALDONSA, INC. D/B/A OILFIELD INSTRUMENTATION U.S.A.**

Removal000014

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Cindy Myrick on behalf of Armistead Long
Bar No. 24035576
cmyrick@gamb.com
Envelope ID: 76157543
Filing Code Description: Petition
Filing Description: Petition
Status as of 5/31/2023 3:06 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Adam JRuss | | aruss@gamb.com | 5/31/2023 2:54:50 PM | SENT |
| Armistead LLong | | along@gamb.com | 5/31/2023 2:54:50 PM | SENT |
| Cindy LMyrick | | cmyrick@gamb.com | 5/31/2023 2:54:50 PM | SENT |

Removal000015

# **EXHIBIT I**

Removal000016

## IronRoc Energy

| Inv. No. | Inv. Date | Inv. Amt. | Aging | Well Name | Rig Name |
|---|---|---|---|---|---|
| 186315 | 10/31/2022 | $35,796.93 | 141 | Lonnie Mae 2H | Cactus 142 |
| 186398 | 11/16/2022 | $1,496.25 | 125 | Al San Roman 105H | Cactus 142 |
| 186548 | 11/30/2022 | $72,520.33 | 111 | Al San Roman 202H | Ensign 139 |
| 186609 | 11/30/2022 | $43,681.18 | 111 | Kermit 1H | Cactus 155 |
| 186610 | 11/30/2022 | $32,959.10 | 111 | Kermit B 2H | Cactus 155 |
| 186611 | 11/30/2022 | $861.25 | 111 | Endurance 1H | Cactus 155 |
| 186701 | 12/12/2022 | $1,586.99 | 99 | San Roman 105H | Cactus 142 |
| 186702 | 12/12/2022 | $595.63 | 99 | Endurance 1H | Cactus 155 |
| 186802 | 12/22/2022 | $945.88 | 89 | Oriskany A 152-1 | Energy 14 |
| 186803 | 12/22/2022 | $945.88 | 89 | Oriskany A 152-1 | Energy 14 |
| 186845 | 12/29/2022 | $1,063.13 | 82 | Oriskany A 152-1 | Energy 14 |
| 186932 | 12/31/2022 | $709.38 | 80 | Endurance 1H | Cactus 155 |
| 186947 | 12/31/2022 | $38,313.99 | 80 | Al San Roman 105H | Cactus 142 |
| 187087 | 1/19/2023 | $916.25 | 61 | Pandora Unit 2H | Cactus 155 |
| 187088 | 1/19/2023 | $44,670.25 | 61 | Endurance 1H | Cactus 155 |
| 187153 | 1/31/2023 | $43,626.59 | 49 | Al San Roman 106H | Cactus 142 |
| 187298 | 1/31/2023 | $13,195.01 | 49 | Pandora Unit 2H | Cactus 155 |
| | | $333,884.02 | | | |

| Rig | Rig Up Date |
|---|---|
| Ensign 139 | 3/21/2022 |
| Cactus 142 | 5/9/2022 |
| Cactus 155 | 6/1/2022 |
| Energy 14 | 12/17/2022 |



Oilfield
INSTRUMENTATION

120 WELLHEAD DR · BROUSSARD, LOUISIANA 70518
PHONE 337.984.4401    FAX 337.983.2344

№ 186315

CUSTOMER: Ironroc Energy Partners, LLC
MAILING ADDRESS: 2777 Allen Pkwy Suite 600          CITY: Houston

AFE or P.O. # 3410282
STATE: TX     ZIP: 77019

**BILLING PERIOD**

BEGIN CHARGES  10x0x2      END CHARGES  11/04/22

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 186315 | 11/04/22 | See Signed tkt | Lonnie Mae 2H | Net 30 |

CLASSIFICATION:  LAND-TX                          RIG  Cactus 142

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | EMS IV (4.19.3.0) | 33.00 | 265.00 | 8,745.00 |
| EMS Units | TP Workstation | 33.00 | 55.00 | 1,815.00 |
| EMS Units | ME Workstation | 33.00 | 55.00 | 1,815.00 |
| EMS Units | ML Workstation w/WITS | 29.00 | 80.00 | 2,320.00 |
| EMS Units | MWD Workstation w/WITS | 33.00 | 80.00 | 2,640.00 |
| EMS Units | Nigh CM Trailer | 33.00 | 55.00 | 1,815.00 |
| EMS Units | Night Tool Pusher Trailer | 33.00 | 55.00 | 1,815.00 |
| EMS Units | Choke Screen | 29.00 | 65.00 | 1,885.00 |
| EMS Units | Mud House | 33.00 | 65.00 | 2,145.00 |
| EMS Units | Pit Screen | 33.00 | 65.00 | 2,145.00 |
| EMS Units | Rig Vision | 33.00 | 75.00 | 2,475.00 |
| Communications Systems | 8-Indoor Phones | 33.00 | 95.00 | 3,135.00 |
| EMS Units | Rig down charge tkt CC2022-019 | 1.00 | 500.00 | 500.00 |
| Mileage | 110 Miles RT @ 2.75/per mile | 110.00 | 2.75 | 302.50 |

TX STATE TAX    $2,078.13
LEE COUNTY       $166.30

| | |
|---|---|
| Subtotal | $33,552.50 |
| Tax | $2,244.43 |
| Marine Charge | |
| Total | $35,796.93 |

**REMIT TO:**
120 WELLHEAD DR.
BROUSSARD, LOUISIANA 70518

Delivery Ticket Reference No.    CC2022-019                    Arrival:

Company Representative                                         Departure:

Thank You For Your Business

Removal000018

CC 2022-019

RECEIVED

Service Tech          Larry
Service Mgr          Crockett



INSTRUMENTATION

P.O. Box 51902 - Lafayette LA 70505
Phone (337) 839-1263 - Fax (337) 839-8053
www.niusa.com

CUSTOMER P.O. / APE No:          3410722

| CUSTOMER: | Ironerse Energy | | DATE: | 10/3/2022 - 11/4/2022 | | |
|---|---|---|---|---|---|---|
| MAILING ADDRESS: | 2777 Allen Place Ste 600 | | CITY: | Houston | STATE / ZIP CODE: | TX 77019 |
| WELL NAME: | Lonie Mae | WELL NO | 2H | COUNTY: | Lee | LOCATION: Ledbetter |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign this order of the Company

| RIG: | Cactus 142 | | CUSTOMER SIGNATURE: | |
| RIG PHONE NUMBER: | | | COMPANY MAN: | Keith Price / Derek Cook |
| OPERATOR EMAIL ADDRESS: | | | | |

THIS WORK ORDER MUST BE SIGNED

INSTRUMENTATION

ENTATION

| SERVICES PERFORMED | DESCRIPTION | DAYS / UNITS | DAY RATE | | TOTAL |
|---|---|---|---|---|---|
| SYSTEM | EMS IV 4.19.3.0, APEX 1.3.18.0 | 33.00 | $265 00 | $ | 8,745 00 |
| RIG FLOOR (.7) | DFU-NC-0024, WIB (.58), PHONE (103) | | | $ | - |
| COMPANY MAN (.8) | COM-SY-0196 (.2), COM-SL-0187 (.8), 32" MONITOR, PHONE (ATA-101), BULLET AP (.102) | | | $ | - |
| TOOL PUSHER (.9) | COM-SL-8010, MON-FS-NSN, PHONE (ATA-102), BULLET (.109) | 33.00 | $55 00 | $ | 1,815 00 |
| MUD ENGINEER (.10) | COM-NC-0084, PHONE (ATA-106) | 33.00 | $55 00 | $ | 1,815 00 |
| MUD LOGGER (.11) | COM-SL-0080 (.11), MON-FS-0092 w/WITS IN/OUT, PHONE (ATA-107) - RIG UP ON 10/7/2022 - 11/4/2022 (29 Total Days) | 29.00 | $80 00 | $ | 2,320 00 |
| MWD (.12) | COM-SL-0029 (.12), MON-FS-81076 w/WITS IN/OUT, PHONE (ATA-105), BULLET (.112) | 33.00 | $80 00 | $ | 2,640 00 |
| NIGHT TP TRAILER (.13) | COM-NC-0034 (.13), MON-FS-NSN, BULLET (.119), ATA 108 | 33.00 | $55 00 | $ | 1,815 00 |
| 2nd DOGHOUSE SCREEN (.19) | COM-NC-0093 (.19) | 33.00 | $55 00 | $ | 1,815 00 |
| CHOKE SCREEN (.18) | DFU-AP-0803 (.18) - START RENT 10/7/2022 - 11/4/2022 | 29.00 | $65 00 | $ | 1,885 00 |
| MUD HOUSE (.16) | DFU-AP-0005 / 165 | 33.00 | $65 00 | $ | 2,145 00 |
| PIT SCREEN (.17) | | | $65 00 | $ | 2,145 00 |
| RIGVISION / DATASENDER | | | $75 00 | $ | 2,475 00 |
| GAS DETECTOR | | | | $ | - |
| AUTOMATIC DRILLER | | | | $ | - |
| COMMUNICATIONS | | | | $95 00 | $ | 3,135 00 |
| OTHER | | | | $ | - |
| SERVICE CHARGE | | | $500 00 | $ | 500 00 |
| MILEAGE CHARGE | 110 MILES R/T @ 2.75 PER MILE | 110.00 | $2.75 | $ | 302.50 |

Well Name: Lonie Mae 2H
Job/Phase: Drilling
AFE #: 3410722
Rig/Contractor: Cactus #142
$ Amt: 33,555.50 Acct Code: 121 - 265
$ Amt: _____ Acct Code: _____
Comments: _____
Verified by: _____ Date: 11-4-22

| NOTES: | RENTAL DAYS 10/3/2022 - 11/4/2022 (33 TOTAL DAYS) | | TOTAL DAY RATE | TOTAL TICKET CHARGE |
|---|---|---|---|---|
| | | TOTAL | $1,818.80 | $38,582.50 |

Scanned with CamScanner

Removal000019



## Oilfield INSTRUMENTATION

120 WELLHEAD DR. - BROUSSARD, LOUISIANA 70518
PHONE 337.984.4401    FAX 337.983.2344

№ 186398

| | | | |
|---|---|---|---|
| CUSTOMER: | Ironroc Energy Partners, LLC | | AFE or P.O. # 9011102 |
| MAILING ADDRESS: | 2777 Allen Pkwy Suite 600 | CITY: Houston | STATE: TX    ZIP: 77019 |

### BILLING PERIOD

BEGIN CHARGES   11/12/22      END CHARGES   11/12/22

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 186398 | 11/16/22 | See Signed tkt | Al San Roman 105H | Net 30 |

CLASSIFICATION:  LAND-TX                                    RIG    Cactus 142

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | Rig up new loction tkt jj111222-001 | 1.00 | 500.00 | 500.00 |
| Mileage | 350 Miles RT @ 2.75/per mile | 350.00 | 2.75 | 962.50 |

| | | | | |
|---|---|---|---|---|
| **REMIT TO:** | TX STATE TAX | $31.25 | Subtotal | $1,462.50 |
| 120 WELLHEAD DR. | WEBB COUNTY | $2.50 | Tax | $33.75 |
| BROUSSARD, LOUISIANA 70518 | | | Marine Charge | |
| | | | Total | $1,496.25 |

Delivery Ticket Reference No.    jj111222-001                    Arrival:

Company Representative                                            Departure:

Thank You For Your Business

RECEIVED

Service Tech ............. Mag

Service Mgr ............. Jeremy



ilfield
INSTRUMENTATION

No:      JJ111222-001

P.O. Box 51982 - Lafayette LA 70505
Phone (337) 839-1263 - Fax (337) 839-8053
www.oiusa.com

CUSTOMER P.O     AFE No: _____

| | | | | |
|---|---|---|---|---|
| CUSTOMER: | Ironroc Energy | DATE: | 11/12/2022 | |
| MAILING ADDRESS: | 2777 Allen Pkwy Ste 600 | CITY: Houston | STATE / ZIP CODE | TX, 77019 |
| WELL NAME: San Roman | WELL NO 105H | COUNTY: | Webb | LOCATION: Enclast |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign this order of the Company

| | | | |
|---|---|---|---|
| RIG | Cactus 142 | CUSTOMER SIGNATURE | |
| RIG PHONE NUMBER: | | COMPANY MAN | Keith Price / Derek Cook |
| OPERATOR EMAIL ADDRESS: | | | |

**THIS WORK ORDER MUST BE SIGNED**

| SERVICES PERFORMED | DESCRIPTION | DAYS/UNITS | DAY RATE | TOTAL |
|---|---|---|---|---|
| SYSTEM | PMS IV 4 193.u, APEX 4 3.1K0 | | $265.00 | $        - |
| RIG FLOOR (.7) | DFU-NC-0034, WIB ( 58), PHONE (103) | | | $        - |
| COMPANY MAN ( 8) | COM-SV-0196 (.2), COM-SL-0187 ( 8), 32" MONITOR, PHONE (ATA-101), BLLLE1 AP ( 102) | | | $        - |
| TOOL PUSHER ( 9) | COM-SL-0686, MON-FS-NSN, PHONE (ATA-102), BLI LET ( 109) | | $55.00 | $        - |
| MUD ENGINEER ( 10) | COM-NC-0084, PHONE (ATA-106) | | $35.00 | $        - |
| MUD LOGGER (.11) | COM-SL-0086 (.11), MON-FS-0092 w WITS IN/OUT, PHONE (ATA-107) + REC OF UPPER SCREENS | | $80.00 | $        - |
| SWIS (.12) | COM-SL-0029 (.12), MON-FS-11074 w. WITS IN/OUT, PHONE (ATA-105), BLI LET (.112) | | $80.00 | $        - |
| SECOND RIG FLOOR MONITOR (.13) | COM-NC-0034 (.13), MON-FS-NSN | | $35.00 | $        - |
| NIGHT TOOL PUSHER (.19) | COM-NC-0080 (.19), PHONE (ATA-108), BLI LET (.119) | | $55.00 | $        - |
| CHOKE SCREEN (.18) | DFU-AP-0803 (.18) + 21.6X2 REMT AFTER 24 SPACE | | $65.00 | $        - |
| MUD HOUSE ( 16) | DFU-AP-0005 ( 16) | | $65.00 | $        - |
| PIT SCREEN (.17) | DFU-AP-0014 (.17) | | $65.00 | $        - |
| RIGVISION / DATASENDER | GH.SAL1E005  IP 10.50.75.10 | | $25.00 | $        - |
| GAS DETECTOR | | | | $        - |
| AUTOMATIC DRILLER | | | | $        - |
| COMMUNICATIONS | 8 INDOOR PHONES, 2 EXPLOSION PROOF w/PA SYSTEM | | $95.00 | $        - |
| OTHER | | | | $        - |
| | | 1 DY | $900.00 | $        900.00 |
| | | 340.00 | $2.75 | $        562.50 |
| | | | TOTAL DAY RATE | TOTAL TICKET CHARGE |
| | | TOTAL | $1,010.00 | $1,462.50 |

Well Name: Al San Roman 105H

Job/Phase: Drilling

AFE #: 3511122

Rig/Contractor: Cactus #142

$ Amt: 1462.50  Acct Code: 121 - 265

$ Amt: _____  Acct Code: _____ - _____

Comments: Rig QA

Verified by: Derek Cook   Date: 11/13/22

Removal000021



**Oilfield INSTRUMENTATION**

120 WELLHEAD DR. · BROUSSARD, LOUISIANA 70518
PHONE 337.964.4401   FAX 337.983.2344

NO. 186548

CUSTOMER: Ironroc Energy Partners, LLC
MAILING ADDRESS: 2777 Allen Pkwy Suite 800    CITY: Houston    STATE: TX    ZIP: 77019

AFE or P.O. # 3470722

### BILLING PERIOD

BEGIN CHARGES   8/29/22    END CHARGES   11/28/22

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 186548 | 11/30/22 | See Signed tkt | Al San Roman 202H | Net 30 |

CLASSIFICATION: LAND-TX    RIG   Ensign 139

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | EMS IV (4.19.3.0) | 59.00 | 265.00 | 15,635.00 |
| EMS Units | TP Workstation | 59.00 | 55.00 | 3,245.00 |
| EMS Units | ME Workstation | 59.00 | 55.00 | 3,245.00 |
| EMS Units | ML Workstation w/WITS | 59.00 | 80.00 | 4,720.00 |
| EMS Units | MWD Workstation w/WITS | 59.00 | 80.00 | 4,720.00 |
| EMS Units | Solid Control | 59.00 | 55.00 | 3,245.00 |
| EMS Units | Pit Screen | 59.00 | 65.00 | 3,835.00 |
| EMS Units | Choke Screen | 59.00 | 65.00 | 3,835.00 |
| EMS Units | MPD Workstation w/WITS | 59.00 | 80.00 | 4,720.00 |
| EMS Units | Rig Vision | 59.00 | 75.00 | 4,425.00 |
| Communications Systems | LTE Internet | 59.00 | 95.00 | 5,605.00 |
| Communications Systems | 6-OIB's | 59.00 | 30.00 | 1,770.00 |
| Communications Systems | 8-Indoor Phones | 59.00 | 95.00 | 5,605.00 |
| Communications Systems | 5-Cell phone boosters | 59.00 | 25.00 | 1,475.00 |
| EMS Units | Rig Down charge tkt KM2022-016 | 1.00 | 850.00 | 850.00 |
| Mileage | 390 Miles RT @ 2.75/per mile | 390.00 | 2.75 | 1,072.50 |
| | | | 0.00 | |
| Please Note | 8/29-9/17, 10/18-11/28 | | 0.00 | |

REMIT TO:
120 WELLHEAD DR.
BROUSSARD, LOUISIANA 70518

TX STATE TAX   $4,183.13
WEBB COUNTY   $334.70

| | |
|---|---|
| Subtotal | $68,002.50 |
| Tax | $4,517.83 |
| Marine Charge | |
| Total | $72,520.33 |

Delivery Ticket Reference No.   KM2022-016

Arrival:

Company Representative

Departure:

Thank You For Your Business

Removal000022

RECEIVED

Service Tech   Steven / Jacob

Service Mgr   Murph



**Oilfield INSTRUMENTATION**

No:   KM2022-016

P.O. Box 51902 · Lafayette LA 70505
Phone (337) 839-1263 · Fax (337) 839-8053
www.oiusa.com

CUSTOMER P.O. / AFE No: _____

| | | | | |
|---|---|---|---|---|
| CUSTOMER: | Ironroc Energy | DATE: | 8/29/2022-9/14/2022, 10/18/2022-11/28/2022 | |
| MAILING ADDRESS: | 2777 Allen Pkwy Ste 600 | CITY: Houston | STATE / ZIP CODE: | TX, 77019 |
| WELL NAME: | Al San Roman | WELL NO.: 202H | COUNTY: Webb | LOCATION: Encinal, TX |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign this order of the Company.

| | | | |
|---|---|---|---|
| RIG: | Ensign 139 | CUSTOMER SIGNATURE: | |
| RIG PHONE NUMBER: | | COMPANY MAN: | Joe Sample / Greg Riviera |
| OPERATOR EMAIL ADDRESS: | | | |

**THIS WORK ORDER MUST BE SIGNED**

It is understood and agreed that the operation and use of OILFIELD INSTRUMENTATION, USA INC. tools and equipment shall be under the exclusive control, direction and supervision of Customer or its representative and that the operation of OILFIELD INSTRUMENTATION, USA INC. tools and equipment does not require OILFIELD INSTRUMENTATION, USA INC. personnel to assume any duration or responsibility for operation of drilling rigs or other leases, property. Customer assumes all responsibility for and holds OILFIELD INSTRUMENTATION, USA INC. harmless from losses or damages to tools, property and premises including automobiles, damages, reference to or drilling rigs, etc. of Customer or of third ...OILFIELD INSTRUMENTATION, USA INC. tool and equipment and ... the well and arising from any cause whatsoever, including alleged negligence of OILFIELD INSTRUMENTATION, USA

| SERVICES PERFORMED | DESCRIPTION | DAYS / UNITS | DAY RATE | TOTAL |
|---|---|---|---|---|
| SYSTEM | EMS IV (4.19.3.0), APEX (1.3.18.0) | 59.00 | $265.00 | $ 15,635.00 |
| RIG FLOOR (.7) | DFU-AP-0904, WIB (58), Phone (103) | | | $ - |
| COMPANY MAN (.8) | COM-SV-0171 (.2), COM-SL-0011, 32" HDVT,OIB-045, Phone (101), Cell Booster, Bullet API, 102} | | | $ - |
| TOOL PUSHER (.9) | COM-DT-0078, MON-FS-NSN, Phone (102), Bullet (.109) | 59.00 | $55.00 | $ 3,245.00 |
| MUD ENGINEER (.10) | COM-DT-0205, MON-FS-0977,OIB-057, Phone (106), Cell Booster, Bullet (.110) | 59.00 | $55.00 | $ 3,245.00 |
| MUD LOGGER (.11) | COM-NC-6031, w/WITS in/out, Phone (107), Bullet (.111) | 59.00 | $80.00 | $ 4,720.00 |
| MWD (.12) | COM-DT-0070, MON-FS-1021, OIB-036, Phone (103) Cell Booster, Bullet (.112) w/WITS in/out | 59.00 | $80.00 | $ 4,720.00 |
| SOLIDS CONTROL(.20) | COM-SL-0095, MON-FS-1024, OIB-029, Phone (108), Cell Booster, Bullet (.120) | 59.00 | $55.00 | $ 3,245.00 |
| | | | | $ - |
| PIT SCREEN (.17) | DFU-PF-0024 | 59.00 | $65.00 | $ 3,835.00 |
| CHOKE SCREEN (.18) | DFU-SA-0013 | 59.00 | $65.00 | $ 3,835.00 |
| MPD (.22) | COM-NC-0040, w/WITS In/out, Phone (104), OIB-047, Bullet (.122) | 59.00 | $80.00 | $ 4,720.00 |
| RIGVISION DATASENDER | OIUSALTE004 / IP 10.50.80.10 | 59.00 | $75.00 | $ 4,425.00 |
| INTERNET | LTE INTERNET 3MBPS UP/DOWN 90GB | 59.00 | $95.00 | $ 5,605.00 |
| WIRELESS/LAN | 6 OIB's (CM, MWD/DD, ME, SC, ML, MPD) @ $5 Ea | 59.00 | $30.00 | $ 1,770.00 |
| COMMUNICATIONS | 8 Indoor phones (CM, TP, MWD/DD, ME, SC, MPD, RF), 2 Explosion proof W/PA System (Ph/TT) | 59.00 | $95.00 | $ 5,605.00 |
| CELL PHONE BOOSTERS | 5 Boosters (CM,ENG,MWD/DD,ME,SC) @5 Ea | 59.00 | $25.00 | $ 1,475.00 |
| SERVICE CHARGE | | 1.00 | $850.00 | $ 850.00 |
| MILEAGE CHARGE | | 390.00 | $2.75 | $ 1,072.50 |

Well Name:   AL SAN ROMAN 202H
Job/Phase:   Drilling / Intm & Production
AFE #: 3470722
Rig/Contractor: Ensign #139
$ Amt: _____   Acct Code: _____
$ Amt: 868,002.50   Acct Code: 121 - 310
Comments: Rig Monitoring
Verified by: _____   Date: 11-28-22

| | | TOTAL DAY RATE | TOTAL TICKET CHARGE |
|---|---|---|---|
| NOTES: | | | |
| | TOTAL | $1,120.00 | $68,002.50 |

Removal000023



**INSTRUMENTATION**

120 WELLHEAD DR. - BROUSSARD, LOUISIANA 70518
PHONE 337.984.4401   FAX 337.983.2344

№ 186609

| | | |
|---|---|---|
| CUSTOMER: | Ironroc Energy Partners, LLC | AFE or P.O. # 0490922 |
| MAILING ADDRESS: | 2777 Allen Pkwy Suite 600   CITY: Houston | STATE: TX   ZIP: 77019 |

### BILLING PERIOD

BEGIN CHARGES  9/11/22     END CHARGES  11/20/22

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 186609 | 11/30/22 | See Signed tkt | Kermit 1H | Net 30 |

CLASSIFICATION:  LAND-TX                          RIG    Cactus 155

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | EMS IV (4.19.3.0) | 40.00 | 265.00 | 10,600.00 |
| EMS Units | TP Workstation | 40.00 | 55.00 | 2,200.00 |
| EMS Units | ME Workstation | 40.00 | 55.00 | 2,200.00 |
| EMS Units | ML Workstation w/WITS | 38.00 | 80.00 | 3,040.00 |
| EMS Units | MWD Workstation w/WITS | 40.00 | 80.00 | 3,200.00 |
| EMS Units | Night CR Trailer | 40.00 | 55.00 | 2,200.00 |
| EMS Units | Night Toolpusher | 40.00 | 55.00 | 2,200.00 |
| EMS Units | Choke Screen | 38.00 | 65.00 | 2,470.00 |
| EMS Units | MudHouse | 40.00 | 65.00 | 2,600.00 |
| EMS Units | Pit Screen | 40.00 | 65.00 | 2,600.00 |
| EMS Units | Rig Vision | 40.00 | 75.00 | 3,000.00 |
| Communications Systems | 8-Indoor Phones/2-Explosion Proof | 40.00 | 95.00 | 3,800.00 |
| EMS Units | Rig down charge tkt CC2022-024 | 1.00 | 500.00 | 500.00 |
| Mileage | 120 Miles RT @ 2.75/per mile | 120.00 | 2.75 | 330.00 |
| Please Note | 9/11-9/12, 9/16-9/22, 10/21-11/20 | 0.00 | | |

| | | | |
|---|---|---|---|
| TX STATE TAX | $2,538.13 | Subtotal | $40,940.00 |
| FAYETTE COUNTY | $203.05 | Tax | $2,741.18 |
| | | Marine Charge | |
| | | Total | $43,681.18 |

**REMIT TO:**
120 WELLHEAD DR.
BROUSSARD, LOUISIANA 70518

Delivery Ticket Reference No.   CC2022-024                    Arrival:

Company Representative                                        Departure:

Thank You For Your Business

Removal000024

RECEIVED

Service Tech _____ Larry _____
Service Mgr _____ Crockett _____


**Oilfield INSTRUMENTATION**

No: CC2022-624

P.O. Box 51902 - Lafayette LA 70505
Phone (337) 839-1263 - Fax (337) 839-8053
www.oiusa.com

CUSTOMER P.O. / AFE No: _____ 3-490922

| | | |
|---|---|---|
| CUSTOMER: | Ivanree Energy | DATE: 9/11 - 9/15, 9/16 - 9/20, 10/21 - 11/20 |
| MAILING ADDRESS: | 2777 Allen Pkwy Ste 600 | CITY: Houston   STATE/ ZIP CODE:   TX. 77019 |
| WELL NAME: | Kermit A | WELL NO.   1H   COUNTY:   Pecos   LOCATION:   Waldeck |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign this order of the Company.

| | | |
|---|---|---|
| RIG: | Cactus 155 | CUSTOMER SIGNATURE: |
| RIG PHONE NUMBER: | | COMPANY MAN: |
| OPERATOR EMAIL ADDRESS: | email@email.com | |

**THIS WORK ORDER MUST BE SIGNED**

It is understood and agreed that the operation and use of OILFIELD INSTRUMENTATION, USA INC tools and equipment shall be under the exclusive control, direction and supervision of Customer or his representative and that the operation of OILFIELD INSTRUMENTATION, USA INC tools and equipment does not require OILFIELD INSTRUMENTATION, USA INC personnel to assume any direction or responsibility for operation of drilling rigs or other lease property. Customer assumes all responsibility for and holds OILFIELD INSTRUMENTATION, USA INC harmless from losses or damages to wells, property and premises (including sub-surface damages) however losses drilling rigs etc.) of Customer or of third parties and for injuries to persons occurring while OILFIELD INSTRUMENTATION, USA INC tools and equipment are in the well and arising from any cause whatsoever including claimed negligence of OILFIELD INSTRUMENTATION, USA INC

| SERVICES PERFORMED | DESCRIPTION | DAYS / UNITS | DAY RATE | TOTAL |
|---|---|---|---|---|
| SYSTEM | EMS IV 4.19.3.0, APEX 1.3.18.0 | 40.00 | $265.00 | $ 10,600.00 |
| RIG FLOOR (.7) | DFU-NC-0990, WEB (.58), PHONE (103) | | | $ - |
| COMPANY MAN (.8) | COM-SV-0254 (.2), COM-NC-0126 (.8), 32" MONITOR, PHONE (ATA-101), BULLET AP (.102) | | | $ - |
| TOOL PUSHER (.9) | COM-SL-0137, MON-FS-NSN, PHONE (ATA-102), BULLET (.109) | 40.00 | $55.00 | $ 2,200.00 |
| MUD ENGINEER (.10) | COM-NC-0127, PHONE (ATA-106) | 40.00 | $55.00 | $ 2,200.00 |
| MUD LOGGER (.11) | COM-NC-4128 (.11), MON-FS-1256 w/WITS IN/OUT, PHONE (ATA-107) - RIG UP AFTER SURFACE | 38.00 | $80.00 | $ 3,040.00 |
| MWD (.12) | COM-NC-0133 (.12), MON-FS-11074 w/WITS IN/OUT, PHONE (ATA-105), BULLET (.112) | 40.00 | $80.00 | $ 3,200.00 |
| NIGHT COREP TRAILER (.99) | COM-NC-0137 (.13), MON-FS-NSN, BULLET (.113) | 40.00 | $55.00 | $ 2,200.00 |
| NIGHT TOOL PUSHER (.19) | COM-NC-0062 (.19), PHONE (ATA-108), BULLET (.119) | 40.00 | $55.00 | $ 2,200.00 |
| CHOKE SCREEN (.18) | DFU-AP-0019 (.18) - START RENT AFTER SURFACE | 38.00 | $65.00 | $ 2,470.00 |
| MUD HOUSE (.16) | DFU-AP-0017 (.16) | 40.00 | $65.00 | $ 2,600.00 |
| PIT SCREEN (.17) | DFU-AP-0003 (.17) | 40.00 | $65.00 | $ 2,600.00 |
| RIGVISION / DATASENDER | OIUSALTED53 / IP 10.90.63.19 | 40.00 | $75.00 | $ 3,000.00 |
| GAS DETECTOR | | | | $ - |
| AUTOMATIC DRILLER | | | | $ - |
| COMMUNICATIONS | 8 INDOOR PHONES, 2 EXPLOSION PROOF w/PA SYSTEM | 40.00 | $95.00 | $ 3,800.00 |
| FREBII | | | | $ - |
| | | 1.00 | $500.00 | $ 500.00 |
| | | 120.00 | $2.75 | $ 330.00 |
| | | ( 40 TOTAL DAYS) | TOTAL DAY RATE, | TOTAL TICKET CHARGE |
| | | TOTAL | $1,818.00 | $60,940.00 |

Well Name: Kermit A 1H
Job/Phase: Drilling
AFE #: 3490922
Rig/Contractor: Cactus 155
$ Amt: 40,940.00   Acct Code: 121 - 210
$ Amt: _____   Acct Code: _____ - _____
Comments:
Verified by: _____   Date: 12-1-22

Removal000025



# Oilfield INSTRUMENTATION

120 WELLHEAD DR. · BROUSSARD, LOUISIANA 70518

PHONE 337.984.4401    FAX 337.983.2344

NO.   186610

CUSTOMER: Ironroc Energy Partners, LLC          AFE or P.O. # 260092?

MAILING ADDRESS: 2777 Allen Pkwy Suite 600          CITY: Houston          STATE: TX          ZIP: 77019

## BILLING PERIOD

BEGIN CHARGES    9/13/22       END CHARGES    10/20/22

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 186610 | 11/30/22 | See Signed tkt | Kermit B 2H | Net 30 |

CLASSIFICATION: LAND-TX                    RIG   Cactus 155

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | EMS IV (4.19.3.0) | 31.00 | 265.00 | 8,215.00 |
| EMS Units | TP Workstation | 31.00 | 55.00 | 1,705.00 |
| EMS Units | ME Workstation | 31.00 | 55.00 | 1,705.00 |
| EMS Units | ML Workstation w/WITS | 28.00 | 80.00 | 2,240.00 |
| EMS Units | MWD Workstation w/WITS | 31.00 | 80.00 | 2,480.00 |
| EMS Units | Night CR Trailer | 31.00 | 55.00 | 1,705.00 |
| EMS Units | Night Toolpusher | 31.00 | 55.00 | 1,705.00 |
| EMS Units | Choke Screen | 28.00 | 65.00 | 1,820.00 |
| EMS Units | MudHouse | 31.00 | 65.00 | 2,015.00 |
| EMS Units | Pit Screen | 31.00 | 65.00 | 2,015.00 |
| EMS Units | Rig Vision | 31.00 | 75.00 | 2,325.00 |
| Communications Systems | 8-Indoor Phones/2-Explosion Proof | 31.00 | 95.00 | 2,945.00 |
| Please Note | 9/13-9/15, 9/23-10/20 | 0.00 | | |

|  | | | |
|---|---|---|---|
| TX STATE TAX | $1,929.68 | Subtotal | $30,875.00 |
| FAYETTE COUNTY | $154.42 | Tax | $2,084.10 |
| | | Marine Charge | |
| | | Total | $32,959.10 |

REMIT TO:

120 WELLHEAD DR.

BROUSSARD, LOUISIANA 70518

Delivery Ticket Reference No.   CC2022-025          Arrival:

Company Representative          Departure:

Thank You For Your Business

RECEIVED

Service Tech _____ Larry _____

Service Mgr _____ Crockett _____

**Oilfield INSTRUMENTATION**

No: CC2022-025

P.O. Box 51902 - Lafayette LA 70505
Phone (337) 839-1263 - Fax (337) 839-8053
www.oiusa.com

CUSTOMER P.O. / AFE No: _____ 3500922

| | | | | |
|---|---|---|---|---|
| CUSTOMER: | Tenaris Energy | DATE: | 9/13/2022 - 9/18/2022   9/23/2022 - 10/20/2022 | |
| MAILING ADDRESS: | 2777 Allen Pkwy Ste 600 | CITY: Houston | STATE / ZIP CODE: TX, 77019 | |
| WELL NAME: Kermit B | WELL NO: 2H | COUNTY: Pecos | LOCATION: Waldock | |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign this order of the Company.

RIG: _____ Cactus 155 _____   CUSTOMER SIGNATURE: _____

RIG PHONE NUMBER: _____   COMPANY MAN: _____

OPERATOR EMAIL ADDRESS: _____

**THIS WORK ORDER MUST BE SIGNED**

It is understood and agreed that the operation and use of OILFIELD INSTRUMENTATION, USA INC. tools and equipment shall be under the exclusive control direction and supervision of Customer or his representative and that the operation of OILFIELD INSTRUMENTATION, USA INC. tools and equipment does not require OILFIELD INSTRUMENTATION USA INC. personnel to assume any direction or responsibility for operation of drilling rigs or other lease property Customer assumes all responsibility for and holds OILFIELD INSTRUMENTATION, USA INC harmless from losses or damages to wells, property and premises (including sub-surface damages insertion losses drilling rigs etc.) of Customer or of third parties and for injuries to persons occurring while OILFIELD INSTRUMENTATION USA INC tools and equipment are in the well and arising from any cause whatsoever including claimed negligence of OILFIELD INSTRUMENTATION USA INC

| SERVICES PERFORMED | DESCRIPTION | DAYS / UNITS | DAY RATE | TOTAL |
|---|---|---|---|---|
| SYSTEM | EMS IV 4.19.3.0, APEX 1.3.18.0 | 31.00 | $265.00 | $ 8,215.00 |
| RIG FLOOR (.7) | DFU-NC-0090, WIB (.38), PHONE (102) | | | $ - |
| COMPANY MAN (.8) | COM-SV-0258 (.2), COM-NC-0126 (.8), 32" MONITOR, PHONE (101), BULLET AP (.102) | | | $ - |
| TOOL PUSHER (.9) | COM-SL-0137, MON-FS-NSN, PHONE (ATA-102), BULLET (.109) | 31.00 | $55.00 | $ 1,705.00 |
| MUD ENGINEER (.10) | COM-NC-0127, PHONE (ATA-106) | 31.00 | $55.00 | $ 1,705.00 |
| MUD LOGGER (.11) | COM-NC-0128 (.11), MON-FS-1236 w/WITS IN/OUT, PHONE (ATA-107) - RIG UP AFTER SURFACE | 28.00 | $88.00 | $ 2,340.00 |
| MWD (.12) | COM-NC-0133 (.12), MON-FS-11074 w/WITS IN/OUT, PHONE (ATA-105), BULLET (.112) | 31.00 | $80.00 | $ 2,480.00 |
| NIGHT COREP TRAILER (.99) | COM-NC-0137 (.13), MON-FS-NSN, BULLET (.113) | 31.00 | $55.00 | $ 1,705.00 |
| NIGHT TOOL PUSHER (.19) | COM-NC-0062 (.19), PHONE (ATA-108), BULLET (.119) | 31.00 | $55.00 | $ 1,705.00 |
| CHOKE SCREEN (.18) | DFU-AP-0013 (.18) - START HUNT AFTER SURFACE | 28.00 | $65.00 | $ 1,820.00 |
| MUD HOUSE (.16) | DFU-AP-0017 (.16) | 31.00 | $65.00 | $ 2,015.00 |
| PIT SCREEN (.17) | DFU-AP-0001 (.17) | 31.00 | $65.00 | $ 2,015.00 |
| RIGVISION / DATASENDER | OIUSALTE0053 / IP 10.50.62.10 | 31.00 | $75.00 | $ 2,325.00 |
| GAS DETECTOR | | | | $ - |
| AUTOMATIC DRILLER | | | | $ - |
| COMMUNICATIONS | 8 INDOOR PHONES, 2 EXPLOSION PROOF w/PA SYSTEM | 31.00 | $95.00 | $ 2,945.00 |
| OTHER | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | 31 DAYS) | | TOTAL DAY RATE | TOTAL TICKET CHARGE |
| | | TOTAL | $1,016.00 | $30,875.00 |

Well Name: Kermit B 2H

Job/Phase: Drilling

AFE #: 3500922

Rig/Contractor: Cactus 155

$ Amt: 30,875.00    Acct Code: 121 - 210

$ Amt: _____    Acct Code: _____

Comments: _____

Verified by: _____   Date: 12-1-22

Removal000027



**OILFIELD INSTRUMENTATION**

120 WELLHEAD DR. · BROUSSARD, LOUISIANA 70518
PHONE 337.984.4401    FAX 337.983.2344

№ 186611

| | |
|---|---|
| CUSTOMER: Ironroc Energy Partners, LLC | AFE or P.O. # 357122 |
| MAILING ADDRESS: 2777 Allen Pkwy Suite 600 | CITY: Houston    STATE: TX    ZIP: 77019 |

## BILLING PERIOD

BEGIN CHARGES  11/30/22     END CHARGES  11/30/22

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 186611 | 11/30/22 | See Signed tkt | Endurance 1H | Net 30 |

CLASSIFICATION: LAND-TX          RIG   Cactus 155

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | Rig up on new location tkt CC2022-026 | 1.00 | 500.00 | 500.00 |
| Mileage | 120 Miles RT @ 2.75 per mile | 120.00 | 2.75 | 330.00 |

| | TX STATE TAX | $31.25 | | |
|---|---|---|---|---|
| **REMIT TO:** | | | Subtotal | $830.00 |
| 120 WELLHEAD DR. | | | Tax | $31.25 |
| BROUSSARD, LOUISIANA 70518 | | | Marine Charge | |
| | | | Total | $861.25 |

Delivery Ticket Reference No.   CC2022-026          Arrival:

Company Representative                              Departure:

Thank You For Your Business

Removal000028

RECEIVED

Service Tech    Larry

Service Mgr    Crockett



**Oilfield INSTRUMENTATION**

No:   CC2822-026

P.O. Box 51902 - Lafayette LA 70505
Phone (337) 839-1263 - Fax (337) 839-8053
www.oiusa.com

CUSTOMER P.O. / AFE No:   3571122

| | | | |
|---|---|---|---|
| CUSTOMER: | Ironroc Energy | DATE: | 11/30/2022 |
| MAILING ADDRESS: | 2777 Allen Pkwy Ste 600 | CITY: | Houston |
| WELL NAME: | Endurance | WELL NO: | 1H | CITY: Houston | STATE / ZIP CODE: TX 77019 |
| | | COUNTY: | Austin | LOCATION: Bellville |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign this order of the Company.

RIG:   Cactus 155    CUSTOMER SIGNATURE:

RIG PHONE NUMBER:    COMPANY MAN:

OPERATOR EMAIL ADDRESS:

**THIS WORK ORDER MUST BE SIGNED**

It is understood and agreed that the operation and use of OILFIELD INSTRUMENTATION, USA INC. tools and equipment shall be under the exclusive control, direction and supervision of Customer or his representative and that the operation of OILFIELD INSTRUMENTATION USA INC. tools and equipment does not require OILFIELD INSTRUMENTATION USA INC. personnel to assume any direction or responsibility for operation of drilling rigs or other leased property. Customer assumes all responsibility for and holds OILFIELD INSTRUMENTATION USA INC. harmless from losses or damages to wells, property and premises (including sub-surface damage), reservoir losses, drilling rigs, etc. of Customer or of third parties and for injuries to persons occurring while OILFIELD INSTRUMENTATION USA INC. tools and equipment are in the well and arising from any cause whatsoever including alleged negligence of OILFIELD INSTRUMENTATION USA INC

| SERVICES PERFORMED | DESCRIPTION | DAYS / UNITS | DAY RATE | TOTAL |
|---|---|---|---|---|
| SYSTEM | EMS FV 4.19.3.0, APEX 1.3.18.0 | | $265.00 | $ |
| RIG FLOOR (.7) | DFU-NC-0090, WIB (.58), PHONE (103) | | | $ |
| COMPANY MAN (.8) | CC86-SV-0234 (.2), COM-NC-0126 (.8), 32" MONITOR, PHONE (ATA-101), BULLET AP (.102) | | | $ |
| TOOL PUSHER (.9) | COM-SL-0137, MON-FS-NSN, PHONE (ATA-102), BULLET (.109) | | $55.00 | $ |
| MUD ENGINEER (.10) | COM-NC-0127, PHONE (ATA-106) | | $55.00 | $ |
| MUD LOGGER (.11) | COM-NC-0128 (.11), MON-FS-1256 w/WITS IN/OUT, PHONE (ATA-107) - RIG UP AFTER SURFACE | | $80.00 | $ |
| MWD (.12) | COM-NC-0123 (.12), MON-FS-11078 w/WITS IN/OUT, PHONE (ATA-105), BULLET (.112) | | $88.00 | $ |
| NIGHT COREP TRAILER (.99) | COM-NC-0137 (.13), MON-FS-NSN, BULLET (.113) | | $55.00 | $ |
| NIGHT TOOL PUSHER (.19) | COM-NC-0062 (.19), PHONE (ATA-108), BULLET (.119) | | $55.00 | $ |
| CHOKE SCREEN (.18) | DFU-AP-0013 (.18) - START RENT AFTER SURFACE | | $65.00 | $ |
| MUD HOUSE (.16) | DFU-AP-0817 (.16) | | $65.00 | $ |
| PIT SCREEN (.17) | DFU-AP-0091 (.17) | | $65.00 | $ |
| RIGVISION / DATASENDER | OIUSALTB053 / IP 10.50.62.16 | | $75.00 | $ |
| GAS DETECTOR | | | | $ |
| AUTOMATIC DRILLER | | | | $ |
| COMMUNICATIONS | 8 INDOOR PHONES, 2 EXPLOSION PROOF w/PA SYSTEM | | $595.00 | $ |
| OTHER | | | | $ |
| | | 1.00 | $500.00 | $ 500.00 |
| | | 130.00 | $2.75 | $ 330.00 |
| | | | TOTAL DAY RATE | TOTAL TICKET CHARGE |
| | | TOTAL | $1,818.00 | $830.00 |

Well Name: Endurance 1H
Job/Phase: Drilling
AFE #: 3571122
Rig/Contractor: Cactus 155
$ Amt: 830⁰⁰   Acct Code: 121 - 210
$ Amt:   Acct Code: ___ - ___
Comments:
Verified by: _____ / Date: 12-1-22



**INSTRUMENTATION**

120 WELLHEAD DR - BROUSSARD, LOUISIANA 70518
PHONE 337.984.4401    FAX 337.983.2344

N⁰ 186701

CUSTOMER: Ironroc Energy Partners, LLC

AFE or P.O. # 351 122

MAILING ADDRESS: 2777 Allen Pkwy Suite 600     CITY: Houston     STATE: TX     ZIP: 77019

### BILLING PERIOD

BEGIN CHARGES  12/07/22     END CHARGES  12/07/22

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 186701 | 12/12/22 | See Signed tkt | San Roman well#105H | Net 30 |

CLASSIFICATION: LAND-TX                    Rig    Cactus 142

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | Service Charge tkt jj120722-002 | 9.00 | 65.00 | 585.00 |
| Mileage | 350 Miles RT @ 2.75/per mile | 350.00 | 2.75 | 962.50 |

| | | | | |
|---|---|---|---|---|
| | TX STATE TAX | $36.56 | Subtotal | $1,547.50 |
| | WEBB COUNTY | $2.93 | Tax | $39.49 |
| REMIT TO: | | | Marine Charge | |
| 120 WELLHEAD DR. | | | Total | $1,586.99 |
| BROUSSARD, LOUISIANA 70518 | | | | |

Delivery Ticket Reference No.    jj120722-002                    Arrival:

Company Representative                                          Departure:

Thank You For Your Business

Removal000030

186701

**Well Name:** Al San Roman 105H
**Job/Phase:** Drilling
**AFE #:** 3511122
**Rig/Contractor:** Cactus #142
**$ Amt:** 1547.50 **Acct Code:** 121 - 205
**$ Amt:** _____ **Acct Code:** _____
**Comments:** OPT, Drill Recorder
**Verified by:** _____ **Date:** 12/9/22

.field
RUMENTATION

No: 

130722-002

- Lafayette LA 70505
.63 - Fax (337) 839-8053
oiusa.com

CUSTOMER P.O   AFE No

| CUSTOMER | Integra Energy | DATE | 12/7/2022 | | |
| AT SHIP ADDRESS: | 2777 Allen Pkwy Ste 600 | CITY | Houston | STATE ZIP CODE | TX, 77019 |
| WELL NAME | San Roman | WELL NO. | 18891 | COUNTY | Webb | LOCATION | Juntad |
| RIG: | Cactus 142 | | CUSTOMER SIGNATURE | | |
| RIG PHONE NUMBER: | | | COMPANY MAN | Keith Price / Derek Cook | |
| OPERATOR EMAIL ADDRESS: | | | | | |

**THIS WORK ORDER MUST BE SIGNED**

| SERVICES PERFORMED | DESCRIPTION | DAYS/UNITS | DAY RATE | TOTAL |
|---|---|---|---|---|
| SYSTEM | EDIS IV 4.19 3.9 APP.X 1 3.18.0 | | $265.00 | $ |
| RIG FLOOR ( 7) | DFL-N4-0024, WITH ( 98) PHONE (105) | | $25.00 | $ |
| COMPANY MAN ( 8) | 1 CAI-3V-0180 ( 2), CONEST-0187 ( 8), 32" MONITOR, PHONE, (ATA-101), BULLET AP ( 103) | | | $ |
| TOUR PUSHER ( 9) | CON-SL-0080, MON-PS-NNN, PHONE (ATA-102), BULLET ( 109) | | $55.00 | $ |
| AH D ENGINEER ( 10) | CON-NC-0084, PHONE (ATA-106) | | $55.00 | $ |
| AH D LOGGER ( 11) | 3 CPI-SI-0080 ( 11), MON-FS-0092 w WITS IN OUT, PHONE (ATA-107) | | $80.00 | $ |
| MWD ( 12) | CON-SL-0029 ( 12), MON-FS-0074 w WITS IN OUT, PHONE (ATA-105), BULLET ( 112) | | $80.00 | $ |
| SECOND RIG FLOOR MONITOR ( 13) | CON-NC-0074 ( 13), MON-FS-NNN | | $45.00 | $ |
| NIGHT TOUR PUSHER ( 19) | CON-NC-0080 ( 19), PHONE ( ATA-108), BULLET ( 119) | | $55.00 | $ |
| CHOKE SCREEN ( 18) | DFL-VP-0003 ( 18) | | $65.00 | $ |
| AH D HOUSE ( 16) | DFL-VP-0005 ( 16) | | $65.00 | $ |
| PIT SCREEN ( 17) | DFL-VP-0014 ( 17) | | $65.00 | $ |
| REVISION DATASENDER | GII SAUTI-053  IP 10 50 75 10 | | $75.00 | $ |
| GAS DETECTOR | | | | $ |
| AUTOMATIC DRILLER | | | | $ |
| COMMUNICATIONS | 8 INDOOR PHONES, 2 EXPLOSION PROOF w PA SYSTEM | | $95.00 | $ |
| OTHER | DISPLAY MPD FLOW METER | | $15.00 | $ |
| SERVICE CHARGE | TIE IN FLOW METER TO GI SYSTEM $65 AN HOUR SHOP TO SHOP | 9.00 Hours | $65.00 | $ 585.00 |
| MILEAGE CHARGE | MILES R T @ 2.75 PER MILE | 350.00 | $2.75 | $ 962.50 |
| NOTES: | 350 | | TOTAL DAY RATE | TOTAL TICKET CHARGE |
| | | TOTAL | $1,050.00 | $1,547.50 |

Removal000031



# Oilfield INSTRUMENTATION

120 WELLHEAD DR – BROUSSARD, LOUISIANA 70518
PHONE 337.984.4401  FAX 337.983.2344

№ 186702

| CUSTOMER: | Ironroc Energy Partners, LLC | | | AFE or P.O. # 3571122 | | |
| MAILING ADDRESS: | 2777 Allen Pkwy Suite 600 | | CITY: Houston | STATE: TX | ZIP: 77019 |

## BILLING PERIOD

BEGIN CHARGES  12/04/22    END CHARGES  12/04/22

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 186702 | 12/12/22 | See Signed tkt | Endurance 1H | Net 30 |

CLASSIFICATION: LAND-TX     RIG  Cactus 155

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | Rig up ML with WITS | 1.00 | 250.00 | 250.00 |
| Mileage | 120 Miles RT @ 2.75/per mile | 120.00 | 2.75 | 330.00 |

| | | | | |
|---|---|---|---|---|
| TX STATE TAX | $15.63 | Subtotal | | $580.00 |
| | | Tax | | $15.63 |
| | | Marine Charge | | |
| | | Total | | $595.63 |

**REMIT TO:**
120 WELLHEAD DR.
BROUSSARD, LOUISIANA 70518

Delivery Ticket Reference No.  CC2022-027

Company Representative

Arrival:

Departure:

Thank You For Your Business

Removal000032

186702



RECEIVED

Service Tech    Larry

Service Mgr    Crockett

**INSTRUMENTATION**

No:    CC3022-027

P.O. Box 51902 - Lafayette LA 70505
Phone (337) 839-1263 - Fax (337) 839-8053
www.oiusa.com

CUSTOMER P.O. / AFE No:

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER: | Inverse Energy | DATE: | 12/4/2022 | | |
| MAILING ADDRESS: | 2777 Allen Pkwy Ste 680 | CITY: | Houston | STATE / ZIP CODE: | TX, 77019 |
| WELL NAME: | Endurance | WELL NO.: | 1H | COUNTY: | Austin | LOCATION: | Bellville |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign this order of the Company

| | | | |
|---|---|---|---|
| RIG: | Cactus 155 | CUSTOMER SIGNATURE: | |
| RIG PHONE NUMBER: | | COMPANY MAN: | |
| OPERATOR EMAIL ADDRESS: | | | |

**THIS WORK ORDER MUST BE SIGNED**

It is understood and agreed that the operation and use of OILFIELD INSTRUMENTATION USA INC. tools and equipment shall be under the exclusive control direction and supervision of Customer or his representatives and that the operation of OILFIELD INSTRUMENTATION USA INC. tools and equipment does not require OILFIELD INSTRUMENTATION USA INC. personnel to assume any direction or responsibility for the operation of drilling rigs or other lease property. Customer assumes all responsibility for and holds OILFIELD INSTRUMENTATION USA INC. harmless from losses or damages to wells property and premises (including sub-surface damages reservoir losses drilling rigs etc.) of Customer or of third parties and for injuries to persons occurring while OILFIELD INSTRUMENTATION USA INC. tools and equipment are on the well and arising from any cause whatsoever including the sole negligence of OILFIELD INSTRUMENTATION USA INC

| SERVICES PERFORMED | DESCRIPTION | DAYS / UNITS | DAY RATE | TOTAL |
|---|---|---|---|---|
| SYSTEM | EMS IV 4.19.3.6, APEX 1.3.18.0 | | $265.00 | $ - |
| RIG FLOOR (.7) | DFU-NC-0090, WIB (.58), PHONE (103) | | | $ - |
| COMPANY MAN (.8) | COM-SV-0254 (.2), COM-NC-0126 (.8), 32" MONITOR, PHONE (ATA-101), BULLET AP (.102) | | | $ - |
| TOOL PUSHER (.9) | COM-SL-0137, MON-FS-NSN, PHONE (ATA-102), BULLET (.109) | | $55.00 | $ - |
| MUD ENGINEER (.10) | COM-NC-0127, PHONE (ATA-106) | | $55.00 | $ - |
| MUD LOGGER (.11) | COM-NC-0128 (.11), MON-FS-1256 w/WITS IN/OUT, PHONE (ATA-107) - START RENT 12/3/2022 | | $80.00 | $ - |
| MWD (.12) | COM-NC-0133 (.12), MON-FS-11074 w/WITS IN/OUT, PHONE (ATA-105), BULLET (.112) | | $80.00 | $ - |
| NIGHT CONFP TRAILER (.99) | COM-NC-0137 (.15), MON-FS-NSN, BULLET (.113) | | $35.00 | $ - |
| | | | $55.00 | $ - |
| | | | $65.00 | $ - |
| | | | $65.00 | $ - |
| | | | $65.00 | $ - |
| | | | $75.00 | $ - |
| | | | | $ |
| COMMUNICATIONS | 8 INDOOR PHONES, 2 EXPLOSION PROOF w/PA SYSTEM | | $95.00 | $ - |
| OTHER | | | | $ - |
| | Rig up Mud Logger and set up WITS | 1.00 | $250.00 | $ 250.00 |
| MILEAGE CHARGE | 120 MILES R/T @ 2.75 PER MILE | 120.00 | $2.75 | $ 330.00 |
| NOTES: | START RENT: Mud Logger and Cnslnt as on 12/3/2022 | | | |

| | | TOTAL DAY RATE | TOTAL TICKET CHARGE |
|---|---|---|---|
| | TOTAL | $1,010.00 | $580.00 |

Handwritten box:

Well Name: Endurance 1H
Job/Phase: Drilling
AFE #: 3571122
Rig/Contractor: Cactus 155
$ Amt: 580.00    Acct Code: 121 - 210
$ Amt: _____    Acct Code: _____
Comments:
Verified by: M. ____    Date: 12-4-22

Removal000033



**Oilfield**
INSTRUMENTATION
120 WELLHEAD DR. - BROUSSARD, LOUISIANA 70518
PHONE 337 984.4401    FAX 337.983.2344

NO.    186802

CUSTOMER: Ironroc Energy Partners, LLC
MAILING ADDRESS: 2777 Allen Pkwy Suite 600          CITY: Houston

AFE or P.O. # 3961122

STATE: TX    ZIP: 77019

BILLING PERIOD

BEGIN CHARGES 12/17/22    END CHARGES 12/17/22

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 186802 | 12/22/22 | See Signed tkt | Oriskany A-152 1 | Net 30 |

CLASSIFICATION: LAND-TX                    RIG    Energy 14

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | Rig Up Casing Press for Co. Rep | 1.00 | 150.00 | 150.00 |
| Mileage | 286 Miles RT @ 2.75/per mile | 286.00 | 2.75 | 786.50 |

TX STATE TAX    $9.38

| | |
|---|---|
| Subtotal | $936.50 |
| Tax | $9.38 |
| Marine Charge | |
| Total | $945.88 |

**REMIT TO:**
120 WELLHEAD DR.
BROUSSARD, LOUISIANA 70518

Delivery Ticket Reference No.    CO9978-00300          Arrival:

Company Representative                              Departure:

Thank You For Your Business

Removal000034

186802



Service Tech    Chris O. / Seth M.
Service Mgr    Garrett Dugas
Admin Asst

# Oilfield INSTRUMENTATION

P.O. Box 51902 • Lafayette, Louisiana 70505
Phone (337) 839-1263 • Fax (337) 839-8053
www.oiusa.com

No

| | |
|---|---|
| Customer P.O./AFE No. : | 3561122  API: 42-241-30920 |

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER: | Ironroc Energy | | DATE: | 12/17/2022 | |
| MAILING ADDRESS: | 2445 Technology Forrest | CITY | The Woodlands | State/Zip code: | Tx, 77381 |
| LEASE : | Oriskany A-152 | WELL NO: #1 | Parish/County: Jasper | OCSG/LOCATION: | Jasper Tx |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign this order of the Company:

| | | | | |
|---|---|---|---|---|
| RIG: | Energy 14 | | CUSTOMER SIGNATURE: | |
| RIG PHONE NUMBER: | 832-988-7536 | DISPATCHER LOC. & NUMBER: | N 30.247781  W-94.050892 | |
| Email: | | | | |

## THIS WORK ORDER MUST BE SIGNED

It is understood and agreed that the operation and use of OILFIELD INSTRUMENTATION, USA INC. tools and equipment shall be under the exclusive control, direction and supervision of Customer or his representative and that the operation of OILFIELD INSTRUMENTATION, USA INC. tools and equipment does not require OILFIELD INSTRUMENTATION, USA INC. personnel to assume any direction or responsibility for operation of drilling rigs or other lease property. Customer assumes all responsibility for, and holds OILFIELD INSTRUMENTATION, USA INC. harmless from, losses or damages to wells, property and premises (including sub-surface damages, reservoir losses, drilling rigs, etc.) of Customer or of third parties and for injuries to persons occurring while OILFIELD INSTRUMENTATION, USA INC. tools and equipment are in the well and arising from any cause whatsoever, including claimed negligence of OILFIELD INSTRUMENTATION, USA INC.

| SERVICES PERFORMED | DESCRIPTION | RIG-UP CHARGE | RATE/DAY | TOTAL |
|---|---|---|---|---|
| | *Well Name:* ORISKANY A-152 #1 | | | |
| | *Job/Phase:* Drilling Production | | | |
| | *AFE #:* 3561122 | | | |
| | *Rig/Contractor:* Energy Drilling Co. Rig #14 | | | |
| | *$ Amt:* 936.50  Acct Code: 124 - 070 | | | |
| | *$ Amt:* _____  Acct Code: ___ - ___ | | | |
| | *Comments:* Cas transducer | | | |
| | *Verified by:* Rafael Galvan  Date: 12/17/22 | | | |
| | | | | |
| Casing Press | $15.00 A day for the Casing Press Sensor | | $15.00 | |
| Rig-Up | Rig-Up Casing Press for Co. Rep | $150.00 | | |
| Mileage Charge | 286 Miles R/T @ $2.75 per mile | $786.50 | | |
| | TOTAL CHARGES | $936.50 | $15.00 | |



# ilfield
## INSTRUMENTATION

120 WELLHEAD DR. - BROUSSARD, LOUISIANA 70518
PHONE 337.984.4401    FAX 337.983.2344

N⁰ 186803

CUSTOMER: Ironroc Energy Partners, LLC
MAILING ADDRESS: 2777 Allen Pkwy Suite 600

AFE or P.O. # 356.122

CITY: Houston          STATE: TX    ZIP: 77019

## BILLING PERIOD

BEGIN CHARGES  12/07/22     END CHARGES  12/07/22

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 186803 | 12/22/22 | See Signed tkt | Oriskany A-152 1 | Net 30 |

CLASSIFICATION: LAND-TX          RIG  Energy Drilling Rig 14

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | Rig Up ML Workstation | 1.00 | 150.00 | 150.00 |
| Mileage | 286 Miles RT @ 2.75/per mile | 286.00 | 2.75 | 786.50 |

TX STATE TAX    $9.36

| | |
|---|---|
| Subtotal | $936.50 |
| Tax | $9.36 |
| Marine Charge | |
| Total | $945.88 |

REMIT TO:
120 WELLHEAD DR.
BROUSSARD, LOUISIANA 70518

Delivery Ticket Reference No.  Mag12072022          Arrival:

Company Representative          Departure:

Thank You For Your Business

Removal000036

186803



RECEIVED

Service Tech ......... Mag Transfer

Service Mgr ......... Kenneth D

# Oilfield INSTRUMENTATION

No: Mag12072022



P.O. Box  51902 - Lafayette LA  70505
Phone (337) 839-1263 - Fax (337) 839-8053
www.oiusa.com

CUSTOMER P.O. / AFE No:  3561122

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER: | Ironroc Energy | | DATE: | 12/7/2022 | |
| MAILING ADDRESS: | 2445 Technology Forrest | CITY: | The Woodlands | STATE / ZIP CODE: | TX/77381 |
| WELL NAME: | A-152 | WELL NO. | #1 | COUNTY: Sec gas | LOCATION: Viclor, TX |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign this order of the Company

| | | | | |
|---|---|---|---|---|
| RIG: | Energa Drilling Rig 14 | CUSTOMER SIGNATURE: | | |
| RIG PHONE NUMBER: | (817) 243-4132 | COMPANY MAN: | Robert Jernigan | |
| OPERATOR EMAIL ADDRESS: | drillengia01@tronxe.com | | | |

THIS WORK ORDER MUST BE SIGNED

It is understood and agreed that the operation and use of OILFIELD INSTRUMENTATION, USA INC, tools and equipment shall be under the exclusive control, direction and supervision of Customer or his representative  and that the operation of OILFIELD INSTRUMENTATION, USA INC, tools and equipment  does not require OILFIELD INSTRUMENTATION, USA INC, personnel to assume any direction or responsibility for operation of drilling rigs or other lease property. Customer assumes all responsibility for and holds OILFIELD INSTRUMENTATION, USA INC, harmless from, losses or damages to public, property and premises (including sub-surface damages, reservoir losses, drilling rigs, etc.) of Customer or of third parties and for injuries to persons occurring with OILFIELD INSTRUMENTATION, USA INC, tools and equipment set at the well and arising from any cause whatsoever including claimed negligence of OILFIELD INSTRUMENTATION, USA INC.

| SERVICES PERFORMED | DESCRIPTION | DAYS / UNITS | DAY RATE | TOTAL |
|---|---|---|---|---|
| SYSTEM | | | | $  - |
| RIG FLOOR (.7) | | | | $ |
| COMPANY MAN (.8) | | | | $  - |
| TOOL PUSHER (.9) | | | | $  - |
| MUD ENGINEER (.10) | | | | $  - |
| MUD LOGGER (.11) | Rigged up work station for mud logger, wits | | 858.00 | $ |
| MWD (.12) | | | | $  - |
| COMPANY MAN TRAILER (.13) | | | | $  - |
| DIRECTIONAL DRILLER (14 | | | | $  - |
| DOG HOUSE SCREEN (.15 | | | | $ |
| TRIP TANK SCREEN (.16) | | | | $ |
| PIT SCREEN (.17) | | | | $ |
| RIG VISION / DATASENDER | | | | $ |
| WITS OUTPUT | wits to and from ML | | 130.00 | $  - |
| AUTOMATIC DRILLER | | | | $  - |
| OTHER | | | | $  - |
| OTHER | Rig up ML station | 150 00 | | $ 150.00 |
| SERVICE CHARGE | ni R/T @ 2.75 / mi. | 786 50 | | $ 786.50 |
| MILEAGE CHARGE | Miles R/T @ 2.75 Per Mile, 238 miles | | | $ |

NOTES:

| | Total One-Time Charges | TOTAL DAY RATE | TOTAL TICKET CHARGE |
|---|---|---|---|
| | 936 50 | 985.00 | 1 6q 50 |

Greg Roman

Lease/well: Anthony A-350 # 1
Cost code:  121-210
AFE :  3561122

Removal000037



**INSTRUMENTATION**

120 WELLHEAD DR. - BROUSSARD, LOUISIANA 70518
PHONE 337.984.4401   FAX 337.983.2344

N⁰. 186845

| CUSTOMER: | Ironroc Energy Partners, LLC | | AFE or P.O. # 3561122 | |
| MAILING ADDRESS: | 2777 Allen Pkwy Suite 600 | CITY: Houston | STATE: TX | ZIP: 77019 |

## BILLING PERIOD

BEGIN CHARGES  12/26/22     END CHARGES  12/26/22

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 186845 | 12/29/22 | See Signed tkt | Oriskany A-152 1 | Net 30 |

CLASSIFICATION: LAND-TX                    RIG   Energy Drilling Rig 14

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | Rig Up Drill Floor Panel | 1.00 | 250.00 | 250.00 |
| Mileage | 290 Miles RT @ 2.75/per mile | 290.00 | 2.75 | 797.50 |

| | TX STATE TAX | $15.63 | Subtotal | $1,047.50 |
|---|---|---|---|---|
| **REMIT TO:** | | | Tax | $15.63 |
| 120 WELLHEAD DR. | | | Marine Charge | |
| BROUSSARD, LOUISIANA 70518 | | | Total | $1,063.13 |

Delivery Ticket Reference No.   090089          Arrival:

Company Representative                          Departure:

Thank You For Your Business

Removal000038

RECEIVED:
Service Tech. _Seth Clark_
Service Mgr. _Kenneth Doner_
Secretary

186845

# ilfield
## INSTRUMENTATION

P.O. Box 51902 • Lafayette, Louisiana 70505
Phone (337) 839-8863 • Fax (337) 839-8053
www.oiusa.com

No. 090089

Customer P.O. /AFE No. __3561122__

CUSTOMER _Ironx energy_                        DATE _12-21-2022_

MAILING ADDRESS _____ CITY _Vidor_ STATE/ZIP _TEXAS_

LEASE _Driskany_  WELL NO. _#151_ PARISH _____ OCSG/LOCATION _____

I hereby agree and understand that the conditions and warranty of this agreement and represent that I am authorized to sign this order of the Company.

RIG _Energy Drilling rig 14_           CUSTOMER SIGNATURE _____

RIG PHONE NUMBER _____ DISPATCHER LOC. & NUMBER _____

### THIS WORK ORDER MUST BE SIGNED

It is understood and agreed that the operation and use of OILFIELD INSTRUMENTATION, USA INC. tools and equipment shall be under the exclusive control, direction and supervision of Customer or his representative and that the operation of OILFIELD INSTRUMENTATION, USA INC. tools and equipment does not require OILFIELD INSTRUMENTATION, USA INC. personnel to assume any direction or responsibility for operation of drilling rigs or other lease property. Customer assumes all responsibility for, and holds OILFIELD INSTRUMENTATION, USA INC. harmless from, losses or damages to wells, property and premises (including sub-surface damages, reservoir losses, drilling rigs, etc.) of Customer or of third parties and for injuries to persons occurring while OILFIELD INSTRUMENTATION, USA INC. tools and equipment are in the well and arising from any cause whatsoever, including claimed negligence of OILFIELD INSTRUMENTATION, USA INC.

| SERVICES PERFORMED | DESCRIPTION | RIG-UP CHARGE | RATE/DAY | TOTAL |
|---|---|---|---|---|
| Drilling Inst. System | 250 rig up Paul Tom Paul | 250 | 65 | |
| Co. Rep. Office | at Chive | | | |
| Toolpusher Office | | | | |
| Rig Floor Equipment | | | | |
| Depth Encoder | | | | |
| Hkld/Wob | | | | |
| Pump Pressure | | | | |
| RPM & Torque | | | | |
| Pit Sensors | | | | |
| Trip Tank Sensors | | | | |
| Printer | | | | |
| Drill Floor Gas Detector | | | | |
| Office Gas Remote | | | | |
| Buildings | | | | |
| Air Compressor | | | | |
| Pumps/Hoses | #6 3561122 | | | |
| Intercoms | Code 121-120 | | | |
| Service Charge | | | | |
| Mileage Charge | 2.75 Per mile   290 miles | 797.5 | | |
| Other | | | | |
| Other | | | | |
| | TOTAL CHARGES | 1047.5 | | |

SPECIALTY Form No. 335-17
PRINTING 337-269-0152

Removal000039



**ilfield**
INSTRUMENTATION
120 WELLHEAD DR. - BROUSSARD, LOUISIANA 70518
PHONE 337.984.4401   FAX 337.983.2344

NO. 186932

CUSTOMER: Ironroc Energy Partners, LLC

MAILING ADDRESS: 2777 Allen Pkwy Suite 600          CITY: Houston

AFE or P.O. # 3571122

STATE: TX    ZIP: 77019

BILLING PERIOD

BEGIN CHARGES   12/18/22    END CHARGES   12/18/22

| INVOICE NO | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 186932 | 12/31/22 | See Signed tkt | Endurance 1H | Net 30 |

CLASSIFICATION: LAND-TX                    RIG    Cactus 155

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | Rig up MPD with WITS & Phone | 1.00 | 150.00 | 150.00 |
| Mileage | 200 Miles RT @ 2.75/per mile | 200.00 | 2.75 | 550.00 |

| | | | |
|---|---|---|---|
| TX STATE TAX | $9.38 | Subtotal | $700.00 |
| | | Tax | $9.38 |
| | | Manne Charge | |
| | | Total | $709.38 |

**REMIT TO:**
120 WELLHEAD DR.
BROUSSARD, LOUISIANA 70518

Delivery Ticket Reference No.   db-121822-001                    Arrival:

Company Representative                                            Departure:

Thank You For Your Business

Removal000040

186932

RECEIVED
Service Tech _____
Service Mgr _____

**Oilfield INSTRUMENTATION**

No. db-121822-001

P.O. Box 51902 - Lafayette LA 70505
Phone (337) 839-1263 - Fax (337) 839-8053
www.oiusa.com

CUSTOMER P.O. / AFE No: _____

| CUSTOMER: | Ironroc Energy | DATE: | 12/18/2021 | | |
|---|---|---|---|---|---|
| MAILING ADDRESS: | 2727 Allen Pkwy Ste 600 | CITY: | Houston | STATE/ ZIP CODE: | TX 77019 |
| WELL NAME: | Endurance | WELL NO. | 1H | COUNTY: | Austin | LOCATION: | Waldeck, TX |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign this order of the Company.

| RIG: | Cactus 155 | CUSTOMER SIGNATURE: | |
| RIG PHONE NUMBER: | | COMPANY MAN: | |
| OPERATOR EMAIL ADDRESS: | | | |

**THIS WORK ORDER MUST BE SIGNED**

ORDER OF INSTRUMENTATION

| SERVICES PERFORMED | DESCRIPTION | DAYS / UNITS | DAY RATE | TOTAL |
|---|---|---|---|---|
| SYSTEM | EMS IV 4.19.3.0, APEX RTU 1.3.18.0 | | | $ |
| RIG FLOOR (.7) | DPU-NC-0916, WIB ( 5B), PHONE (103) | | | $ |
| COMPANY MAN (.8) | COM-SY-0238(.2), COM-NC-0126, MON-FS-1192 (.8), PHONE (ATA-101), BULLET AP (.102) | | | $ |
| TOOL PUSHER (.9) | COM-SL-0137, MON-FS-0595, PHONE (ATA-102),8 Port Switch, BULLET (.109) | | | $ |
| MUD ENGINEER (.10) | COM-NC-0127, MON-FS-1255, PHONE, 8 port switch (ATA-106) | | | $ |
| MUD LOGGER (.11) | COM-NC-0128 (.11), MON-FS-1256 w/WITS IN/OUT, PHONE (ATA-107), BULLET(.111) | | | $ |
| MWD (.12) | COM-NC-0133 (.12), MON-FS-1761, OIB-321 w/WITS IN/OUT, PHONE (ATA-105), BULLET (.112) | | | $ |
| MPD (.23) | COM-DT-0733, MON-FS-No P with WITS & Phone | | $89.00 | $ |
| CHOKE SCREEN (.18) | DFU-AP-00XX (.18) - | | | $ |
| MUD HOUSE (.16) | DFU-AP-0917 (.16) | | | $ |
| PIT SCREEN (.17) | DFU-AP-0801 (.17) | | | $ |
| RIGVISION / DATASENDER | OIUSAI.TE636 / IP 10.50.13.10 | | | $ |
| GAS DETECTOR | | | | $ |
| | | | | $ |
| COMMUNICATIONS | 6 INDOOR PHONES, 2 EXPLOSION PROOF w/PA SYSTEM | | | $ |
| OTHER | | | | $ |
| SERVICE CHARGE | Rig Up MPD workstation w/ WITS & phone | 1.00 | $150.00 | $ 150.00 |
| MILEAGE CHARGE | 200 MILES R/T @ 2.75 PER MILE | 200.00 | | $ 550.00 |

NOTES: _____

| | | TOTAL DAY RATE | TOTAL TICKET CHARGE |
|---|---|---|---|
| | TOTAL | $89.00 | $700.00 |

Well Name: **Endurance 1H**
Job/Phase: **Drilling**
AFE #: **3571122**
Rig/Contractor: **Cactus 155**
$ Amt: 700   Acct Code: 121 - 210
$ Amt: _____   Acct Code: _____
Comments: Oilfield monitoring rig up
Verified by: _____   Date: _____

Removal000041



**Oilfield INSTRUMENTATION**

120 WELLHEAD DR - BROUSSARD, LOUISIANA 70518
PHONE 337.984.4401    FAX 337.983.2344

№ 186947

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER: | Ironroc Energy Partners, LLC | | | AFE or P.O. # 3511122 | |
| MAILING ADDRESS: | 2777 Allen Pkwy Suite 600 | CITY: Houston | | STATE: TX | ZIP: 77019 |

**BILLING PERIOD**

BEGIN CHARGES  11/12/22    END CHARGES  12/30/22

| INVOICE NO | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 186947 | 12/31/22 | See Signed tkt | Al San Roman 105H | Net 30 |

CLASSIFICATION: LAND-TX                RIG    Cactus 142

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | EMS IV 4.19.3.0 | 35.00 | 265.00 | 9,275.00 |
| EMS Units | Rig Floor (MPD wits set up 12/6) | 25.00 | 25.00 | 625.00 |
| EMS Units | TP Workstation | 35.00 | 55.00 | 1,925.00 |
| EMS Units | ME Workstation | 35.00 | 55.00 | 1,925.00 |
| EMS Units | ML Workstation (RU After Surface) | 32.00 | 80.00 | 2,560.00 |
| EMS Units | MWD Workstation | 35.00 | 80.00 | 2,800.00 |
| EMS Units | Second Rig Floor Monitor | 35.00 | 55.00 | 1,925.00 |
| EMS Units | NTP Workstation | 35.00 | 55.00 | 1,925.00 |
| EMS Units | Choke Screen (Start Rent After Surface) | 32.00 | 65.00 | 2,080.00 |
| EMS Units | Mud House | 35.00 | 65.00 | 2,275.00 |
| EMS Units | Pit Screen | 35.00 | 65.00 | 2,275.00 |
| EMS Units | Rig Vision | 35.00 | 75.00 | 2,625.00 |
| Communications Systems | 8 Indoor Phones, 2 Explosion Proof w/PA System | 35.00 | 95.00 | 3,325.00 |
| Misc- | Display MPD Flow Meter | 25.00 | 15.00 | 375.00 |
| Please Note | 11/12-11/15, 11/29-12/30 | 0.00 | | |

| | | | |
|---|---|---|---|
| TX STATE TAX | $2,221.24 | Subtotal | $35,915.00 |
| WEBB COUNTY | $177.75 | Tax | $2,398.99 |
| | | Marine Charge | |
| | | Total | $38,313.99 |

REMIT TO:

120 WELLHEAD DR.
BROUSSARD, LOUISIANA 70518

Delivery Ticket Reference No.    jj123022-001            Arrival:

Company Representative                    Departure:

Thank You For Your Business

Removal000042

186947

RECEIVED

Service Tech ..........................................

Service Mgr .............. Jeremy ..............

# ilfield INSTRUMENTATION

No:   #123022-001

P.O. Box 51002 - Lafayette LA 70505
Phone (337) 839-1263 - Fax (337) 839-8053
www.oiinc.com

CUSTOMER P.O. / AFE No ............... 3511122

| | |
|---|---|
| CUSTOMER: | Frontera Energy |
| MAILING ADDRESS: | 2777 Allen Pkwy Ste 600 | CITY: Houston | STATE / ZIP CODE: TX, 77019 |
| WELL NAME: | San Roman | WELL NO. 105H | COUNTY: Webb | STATE/PROV: Kenedy |
| RIG: | Cactus 142 | CUSTOMER SIGN & RE: |
| RIG PHONE NUMBER: | | COMPANY MAN: Keith Price / Derek Cook |
| OPERATOR EMAIL ADDRESS: | | |

THIS WORK ORDER MUST BE SIGNED

DATE: 11/12/2022-11/15/2022, 11/29/2022-12/30/2022

| SERVICES FURNISHED | DESCRIPTION | DAYS / UNITS | DAY RATE | TOTAL |
|---|---|---|---|---|
| SYSTEM | EMS IV # 4928, SPEN # 3386 | 35 | $265.00 | $ 9,275.00 |
| RIG FLOOR # 2 | DPI-NC-8834, WTB 1,581, PANOP 1105, MPD Vess not set EX & 2022 | 25 | $25.00 | $625.00 |
| COMPANY MAN 1,8 | COM-SV-0198 (.2), COM-SL-0187 ( 8), 32" MONITOR, PHONE (ATA-104), BULLET AP (.102) | | | $ . |
| TOOL PUSHER # 9 | COM-SL-0088, MON-FS-NSN, PHONE (ATA-102) BU 1,101 ( 109) | 35 | $55.00 | $1,928.00 |
| MUD ENGINEER # 10 | COM-SV-0084, PHONE (ATA-106) | 35 | $55.00 | $1,925.00 |
| MUD LOGGER (11) | COM-SL-0090 (.11), MON-FS-0092 w/WITS IN OUT, PHONE (ATA-107), SENT UP AFTER SURFACE | 22 | $80.00 | $2,560.00 |
| MPD (12) | COM-SL-0089 ( 12), MON-FS-11094 w/WITS IN OUT, PHONE (ATA-105), BULLET (.112) | 35 | $80.00 | $2,800.00 |
| H & S/ROTATED BOTTOM ADDITION (13) | CTRL-NC-0834 (.13), NFD-FS-NSN | 35 | $55.00 | $1,925.00 |
| NIGHT TOOL PUSHER # 9 | COM-NC-0093 ( 19) PHONE (ATA-108), BU 1,117 ( 119) | 35 | $55.00 | $1,925.00 |
| V SCREEN # 18 | DRL-AP-0003 ( 18) - START SENT AFTER SURFACE | 35 | $65.00 | $2,275.00 |
| MUD SCREEN ( 16) | DRL-AP-0005 ( 16) | 35 | $65.00 | $2,275.00 |
| PIT SCREEN ( 17) | DRL-AP-0014 ( 17) | 35 | $65.00 | $2,275.00 |
| IR/VISION - DATALENDER | OHSALYSIS? - IP 10.50.100.10 | 35 | $75.00 | $2,625.00 |
| GAS DETECTOR | | | | $ . |
| AUTOMATIC DRILLER | | | | $ . |
| COMMUNICATIONS | 8 INDOOR PHONES, 2 EXPLOSION PROOF w/PA SYSTEM | 35 | $95.00 | $3,325.00 |
| OTHER | DISPLAY MPD FLOW METER | 25 | $15.00 | $375.00 |
| SERVICE CHA | | | $65.00 | $ . |
| MILEAGE (1) | | | $2.75 | $ . |
| NOTES: | | | TOTAL DAY RATE | TOTAL TICKET CHARGE |
| | | TOTAL | $1,080.00 | $35,915.00 |

Well Name: Al San Roman 105H
Job/Phase: Drilling
AFE #: 3511122
Rig/Contractor: Cactus #142
$ Amt: 35,915°°   Acct Code: 121 - 265
$ Amt: ............   Acct Code: ....... - .......
Comments: Rig Recently
Verified by: Derek Cook   Date: 1/5/23

Removal000043



**Oilfield INSTRUMENTATION**

120 WELLHEAD DR - BROUSSARD, LOUISIANA 70518
PHONE 337.984.4401   FAX 337.983.2344

**№ 187087**

| | | | | |
|---|---|---|---|---|
| CUSTOMER: | Ironroc Energy Partners, LLC | | AFE or P.O. # 3500922 | |
| MAILING ADDRESS: | 2777 Allen Pkwy Suite 600 | CITY: Houston | STATE: TX | ZIP: 77019 |

**BILLING PERIOD**

BEGIN CHARGES   1/17/23       END CHARGES   1/17/23

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 187087 | 1/19/23 | See Signed tkt | Pandora Unit 2H | Net 30 |

CLASSIFICATION: LAND-TX                    RIG   Cactus 155

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | Rig up tkt CC2023-004 | 1.00 | 500.00 | 500.00 |
| Mileage | 140 Miles RT @ 2.75/per mile | 140.00 | 2.75 | 385.00 |

| | | |
|---|---|---|
| TX STATE TAX   $31.25 | Subtotal | $885.00 |
| | Tax | $31.25 |
| REMIT TO: | Marine Charge | |
| 120 WELLHEAD DR. | Total | $916.25 |
| BROUSSARD, LOUISIANA 70518 | | |

Delivery Ticket Reference No.   CC2023-004          Arrival:

Company Representative          Departure:

Thank You For Your Business

Removal000044

187087

RECEIVED

Service Tech ...................................

Service Mgr ............ Crockett ............

# Oilfield
## INSTRUMENTATION

No:      CC2023-004

P.O. Box 51902 - Lafayette LA 70505
Phone (337) 839-1263 - Fax (337) 839-8053
www.oiusa.com

CUSTOMER P.O. / APE No:

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER: | Bracewell Energy | DATE: | 1/17/2023 | | |
| MAILING ADDRESS: | 2777 Allen Pkwy Ste 600 | CITY: | Houston | STATE / ZIP CODE: | TX, 77019 |
| WELL NAME: | Pandora Unit | WELL NO.: | 1H | COUNTY: | Fayette | LOCATION: | Ledbetter |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign this order of the Company.

| | | | |
|---|---|---|---|
| RIG: | Cactus 155 | CUSTOMER SIGNATURE: | |
| RIG PHONE NUMBER: | | COMPANY MAN: | |
| OPERATOR EMAIL ADDRESS: | control-1@xxxxx.com | | |

## THIS WORK ORDER MUST BE SIGNED

It is understood and agreed that the operation and use of OILFIELD INSTRUMENTATION USA INC. tools and equipment shall be under the exclusive control direction and supervision of Customer or his representative and that the operation of OILFIELD INSTRUMENTATION USA INC. tools and equipment does not require OILFIELD INSTRUMENTATION USA INC. personnel to assume any direction or responsibility for operation of drilling rigs or other lease property. Customer assumes all responsibility for and holds OILFIELD INSTRUMENTATION USA INC. harmless from losses or damages to wells, property and personnel including sub-surface damages reservoir losses drilling rigs etc.) of Customer or of third parties and for injuries to persons occurring while OILFIELD INSTRUMENTATION USA INC. tools and equipment are in the well and arising from any cause whatsoever including claimed negligence of OILFIELD INSTRUMENTATION USA INC.

| SERVICES PERFORMED | DESCRIPTION | DATE/UNITS | DAY RATE | TOTAL |
|---|---|---|---|---|
| SYSTEM | SMS IV 4.19.3.0, APEX 1.3.18.0 | | $265.00 | $          - |
| RIG FLOOR (.7) | DFU-NC-0090, WIB (.58), PHONE (103) | | | $          - |
| COMPANY MAN (.8) | COM-SV-0254 (.2), COM-NC-0126 (.8), 32" MONITOR, PHONE (ATA-101), BULLET AP (.102) | | | $          - |
| TOOL PUSHER (.9) | COM-SL-0137, MON-FS-NSN, PHONE (ATA-102), BULLET (.109) | | $55.00 | $          - |
| MUD ENGINEER (.10) | COM-NC-0127, PHONE (ATA-106) | | $55.00 | $          - |
| MUD LOGGER (.11) | COM-NC-0128 (.11), MON-FS-4256 w/WITS IN/OUT, PHONE (ATA-107) - START RENT AFTER SURFACE | | $80.00 | $          - |
| MWD (.12) | COM-NC-0133 (.12), MON-FS-11074 w/WITS IN/OUT, PHONE (ATA-105), BULLET (.112) | | $80.00 | $          - |
| NIGHT COREP TRAILER (.99) | COM-NC-0137 (.13), MON-FS-NSN, BULLET (.113) | | $55.00 | $          - |
| NIGHT TOOL PUSHER (.19) | COM-NC-0062 (.19), PHONE (ATA-108), BULLET (.119) | | $55.00 | $          - |
| CHOKE SCREEN (.18) | DFU-AP-0015 (.18) - START RENT AFTER SURFACE | | $65.00 | $          - |
| MUD HOUSE (.16) | DFU-AP-0017 (.16) | | $65.00 | $          - |
| PIT SCREEN (.17) | DFU-AP-0001 (.17) | | $65.00 | $          - |
| RIGVISION | | | $75.00 | $          - |
| GAS DETE | | | | $          - |
| AUTOMAT | | | | $          - |
| COMMUN | | | $95.00 | $          - |
| OTHER | | | | $          - |
| | | 1.00 | $500.00 | $     500.00 |
| MILEAGE ( | | 140.00 | $2.75 | $     385.00 |

**[Handwritten box overlaid:]**
Well Name: **KERMIT 82H**
Job/Phase: **Drilling**
AFE #: **3500922**
Rig/Contractor: **Cactus 155**
$ Amt: **865.00**   Acct Code: **121 - 210**
$ Amt: _____   Acct Code: _____ -
Comments: _____
Verified by: _____   Date: **1-17-23**

NOTES: ..............   START DATE: 1/17/2023

| | | |
|---|---|---|
| | TOTAL DAY RATE | TOTAL TICKET CHARGE |
| TOTAL | $1,528.00 | $885.00 |



## ilfield INSTRUMENTATION

120 WELLHEAD DR. - BROUSSARD, LOUISIANA 70518
PHONE 337.984.4401   FAX 337.983.2344

**№.** 187088

CUSTOMER: Ironroc Energy Partners, LLC

AFE or P.O. # 3571122

MAILING ADDRESS: 2777 Allen Pkwy Suite 600        CITY: Houston        STATE: TX        ZIP: 77019

### BILLING PERIOD

BEGIN CHARGES   11/30/22        END CHARGES   1/12/23

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | | TERMS |
|---|---|---|---|---|---|
| 187088 | 1/19/23 | See Signed tkt | Endurance 1H | | Net 30 |

CLASSIFICATION: LAND-TX                    RIG   Cactus 155

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | EMS IV 4.19.3.0 | 44.00 | 265.00 | 11,660.00 |
| EMS Units | TP Workstation | 44.00 | 55.00 | 2,420.00 |
| EMS Units | ME Workstation | 44.00 | 55.00 | 2,420.00 |
| EMS Units | ML Workstation (Rigged Up After Surface) | 40.00 | 80.00 | 3,200.00 |
| EMS Units | MWD Workstation | 44.00 | 80.00 | 3,520.00 |
| EMS Units | MPD Workstation (Added 12/18) | 26.00 | 80.00 | 2,080.00 |
| EMS Units | Choke Screen (Started Rent After Surface) | 40.00 | 65.00 | 2,600.00 |
| EMS Units | MH Workstation | 44.00 | 65.00 | 2,860.00 |
| EMS Units | Pit Screen | 44.00 | 65.00 | 2,860.00 |
| EMS Units | Rig Vision | 44.00 | 75.00 | 3,300.00 |
| Communications Systems | 6 Indoor Phones, 2 Explosion Proof w/PA System | 44.00 | 98.00 | 4,312.00 |
| EMS Units | Rig Down for Move | 1.00 | 500.00 | 500.00 |
| Mileage | 120 Miles RT @ 2.75/per mile | 120.00 | 2.75 | 330.00 |

TX STATE TAX   $2,608.25

| | |
|---|---|
| Subtotal | $42,062.00 |
| Tax | $2,608.25 |
| Marine Charge | |
| Total | $44,670.25 |

REMIT TO:
120 WELLHEAD DR.
BROUSSARD, LOUISIANA 70518

Delivery Ticket Reference No.   db-11223-001        Arrival:

Company Representative        Departure:

Thank You For Your Business

Removal000046

IB 7088

RECEIVED

Service Tech ........................

Service Mgr ........................

# Oilfield
## INSTRUMENTATION

No:   6b-11223-001

P.O. Box 51902 – Lafayette LA 70505
Phone (337) 839-1263 - Fax (337) 839-8053
www.oinsa.com

CUSTOMER P.O / AFE No:   3571122

| | | | |
|---|---|---|---|
| CUSTOMER: | Intrepid Energy | DATE: | 1/13/2023 |
| MAILING ADDRESS: | 2727 Allen Pkwy Ste 600 | STATE / ZIP CODE | TX 77010 |
| WELL NAME: | Endurance | WELL NO: | CITY | Austin | COUNTY | LOCATION | Westlake, TX |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign the order of the Company

| | | | |
|---|---|---|---|
| RIG: | Cactus 155 | CUSTOMER SIGNATURE: | |
| RIG PHONE NUMBER: | | COMPANY MAN | |
| OPERATOR EMAIL ADDRESS: | | | |

### THIS WORK ORDER MUST BE SIGNED

| SERVICE PERFORMED | DESCRIPTION | RATE / UNITS | DAY RATE | | TOTAL |
|---|---|---|---|---|---|
| SYSTEM | RMS IV 4.19.3.0, APEX RTU 1.3.18.0 | 44.00 | $265.00 | $ | 11,660.00 |
| RIG FLOOR ( 7) | DFU-HC-0016, WTB (-8), PHONE (205) | | | $ | - |
| COMPANY MAN ( 8) | COM-SV-8154G1, COM-NC-0126, MEIN-PB-1182 ( 8), PHONE (ATA-103), BULLLET AP ( 102) | | | $ | - |
| TOOL PUSHER ( 9) | COM-GL-0137, MEIN-PB-0880, PHONE (ATA-102),8 Port Switch, BULLET 1.0G | 44.00 | $55.00 | $ | 2,420.00 |
| MUD ENGINEER ( 10) | COM-NC-0127, MEIN-PB-1253, PHONE, 8 port switch (ATA-106) | 44.00 | $55.00 | $ | 2,420.00 |
| MWD LOGGER ( 11) | COM-NC-0128 ( 11), MEIN-FS-1296 w/WITS INPUT, PHONE (ATA-107), BULLLET, 7(1) - HD UP AT THE SURFACE | 40.00 | $80.00 | $ | 3,200.00 |
| MWD ( 12) | COM-HC-0133 (12), MEIN-FS-1261, 018-321 w/WITS INPUT, PHONE (ATA-105), BULLET ( 112) | 44.00 | $80.00 | $ | 3,520.00 |
| MWD ( 33) | COM-DY-0733, MGH-FS-No 6 with WITS & Phone Rigged up 12/18/2022 | 26.00 | $89.00 | $ | 2,618.00 |
| CHOKE SCREEN ( 18) | DFU-AP-00XX ( 18) - START HERE AFTER SURFACE | 40.00 | $65.00 | $ | 2,600.00 |
| MUD HOUSE ( 16) | DFU-AP-00XX ( 16) | 44.00 | $65.00 | $ | 2,860.00 |
| PIT SCREEN ( 17) | DFU-AP-0007 ( 17) | 44.00 | $65.00 | $ | 2,860.00 |
| PROVISION / DATAFINDER | CRUSADER04 / SP 19.50.33.16 | 44.00 | $75.00 | $ | 3,300.00 |
| GAS DETECTOR | | | | $ | - |
| | | | | $ | - |
| COMMUNICATIONS | 8 INDOOR PHONES, 2 EXPLOSION PROOF with SYSTEM | 44.00 | $98.00 | $ | 4,312.00 |
| OTHER | | | | $ | - |
| SERVICE CHARGE | Rig Down for Rig Move | 1.00 | $500.00 | $ | 500.00 |
| MILEAGE CHARGE | 120 MILES R/T @ 2.75 PER MILE | 120.00 | $2.75 | $ | 330.00 |
| NOTES: | | | TOTAL DAY RATE | TOTAL TICKET CHARGE |
| | | TOTAL | $983.00 | $41,062.00 |

Well Name: Endurance 1H
Job/Phase: Drilling
AFE #: 3571122
Rig/Contractor: Cactus 155
$ Amt: _____ Acct Code: 121 - 210
$ Amt: _____ Acct Code: _____ -
Comments: _____
Verified by: _____ Date: 1/13/23

Removal000047



**Oilfield INSTRUMENTATION**

120 WELLHEAD DR. - BROUSSARD, LOUISIANA 70518

PHONE 337.984.4401    FAX 337.983.2344

N⁰. 187153

| | | |
|---|---|---|
| CUSTOMER: Ironroc Energy Partners, LLC | | AFE or P.O. # 3521122 |
| MAILING ADDRESS: 2777 Allen Pkwy Suite 600 | CITY: Houston | STATE: TX    ZIP: 77019 |

**BILLING PERIOD**

BEGIN CHARGES  11/18/22    END CHARGES  1/26/23

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 187153 | 1/31/23 | See Signed tkt | Al San Roman 106H | Net 30 |

CLASSIFICATION: LAND-TX    RIG   Cactus 142

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | EMS IV 4.19.3.0 | 40.00 | 265.00 | 10,600.00 |
| EMS Units | Rig Floor (MPD wits set up 12/6) | 27.00 | 25.00 | 675.00 |
| EMS Units | TP Workstation | 40.00 | 55.00 | 2,200.00 |
| EMS Units | ME Workstation | 40.00 | 55.00 | 2,200.00 |
| EMS Units | ML Workstation (RU After Surface) | 27.00 | 80.00 | 2,160.00 |
| EMS Units | MWD Workstation w/WITS/Phone | 40.00 | 80.00 | 3,200.00 |
| EMS Units | Second Rig Floor Monitor | 40.00 | 55.00 | 2,200.00 |
| EMS Units | NTP Workstation | 40.00 | 55.00 | 2,200.00 |
| EMS Units | Choke Screen (Start Rent After Surface) | 27.00 | 65.00 | 1,755.00 |
| EMS Units | Mud House | 40.00 | 65.00 | 2,600.00 |
| EMS Units | Pit Screen | 40.00 | 65.00 | 2,600.00 |
| EMS Units | Rig Vision | 40.00 | 75.00 | 3,000.00 |
| Communications Systems | 8 Indoor Phones, 2 Explosion Proof w/PA System | 40.00 | 95.00 | 3,800.00 |
| Misc- | Display MPD Flow Meter | 27.00 | 15.00 | 405.00 |
| EMS Units | Roll Back for Field Move | 1.00 | 500.00 | 500.00 |
| Mileage | 310 Miles RT @ 2.75/per mile | 310.00 | 2.75 | 852.50 |
| Please Note | 11/16-11/28, 12/31-1/26 | 0.00 | | |

| | | | |
|---|---|---|---|
| TX STATE TAX | $2,480.63 | Subtotal | $40,947.50 |
| WEBB COUNTY | $198.46 | Tax | $2,679.09 |
| | | Marine Charge | |
| | | Total | $43,626.59 |

REMIT TO:

120 WELLHEAD DR.
BROUSSARD, LOUISIANA 70518

Delivery Ticket Reference No.    jj012623-001

Company Representative

Arrival:

Departure:

*Thank You For Your Business*

Removal000048

187153



**Oilfield INSTRUMENTATION**

RF( )
Service Tech
Service Mgr          Jeremy

No:          JJ012623-001

P.O. Box 51902 - Lafayette LA 70505
Phone (337) 839-1263 - Fax (337) 839-8053
www.oiuse.com

CUSTOMER P.O.   AFE No:

| | | | |
|---|---|---|---|
| CUSTOMER: | Isource Energy | DATE: | 11/16/2022-11/28/2022-12/31/2023-1/26/2023 |
| MAILING ADDRESS: | 2777 Allen Pkwy Ste 600 | CITY: Houston | STATE / ZIP CODE: TX, 77019 |
| WELL NAME: San Roman | WELL NO.: 106H | COUNTY: Webb | LOCATION: Encinal |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign this order of the Company

RIG:          Cactus 142          CUSTOMER SIGNATURE:
RIG PHONE NUMBER:          COMPANY MAN:          Keith Price / Derek Cook
OPERATOR EMAIL ADDRESS:

**THIS WORK ORDER MUST BE SIGNED**

| SERVICES PERFORMED | DESCRIPTION | DAYS / UNITS | DAY RATE | TOTAL |
|---|---|---|---|---|
| SYSTEM | EMS IV 4,19,3,0, APEX 1,3,18,0 | 40 | $265.00 | $ 10,600.00 |
| RIG FLOOR ( 7) | DFU-NC-0034, WIB (.58), PHONE (103) | 27 | $25.00 | $ 675.00 |
| COMPANY MAN (.8) | COM-SV-0196 (.3), COM-SL-0187 (.8), 32" MONITOR, PHONE (ATA-101), BULLET AP (.102) | | | $ - |
| TOOL PUSHER (.9) | COA-SL-0080, MON-FS-NSN, PHONE (ATA-102), BULLET (.109) | 40 | $55.00 | $ 2,200.00 |
| MUD ENGINEER (.10) | COM-NC-0084, PHONE (ATA-106) | 40 | $55.00 | $ 2,200.00 |
| MUD LOGGER (.11) | COM-SL-0086 (.11) MON-FS-0092 w WITS IN/OUT, PHONE (ATA-107) - | 27 | $80.00 | $ 2,160.00 |
| MWD (.12) | COM-SL-0020 (.12), MON-FS-11074 w WITS IN/OUT, PHONE (ATA-105), BULLET (.112) | 40 | $80.00 | $ 3,200.00 |
| SECOND RIG FLOOR MONITOR (.13) | COM-NC-0034 (.13), MON-FS-NSN | 40 | $55.00 | $ 2,200.00 |
| NIGHT TOOL PUSHER (.19) | COM-NC-0093 (.19), PHONE (ATA-108), BULLET (.119) | 40 | $55.00 | $ 2,200.00 |
| CHOKE SCREEN (.18) | DFU-AP-0003 (.18) - | 27 | $65.00 | $ 1,755.00 |
| MUD HOUSE (.16) | DFU-AP-0005 (.16) | 40 | $65.00 | $ 2,600.00 |
| PIT SCREEN (.17) | DFU-AP-0014 (.17) | 40 | $65.00 | $ 2,600.00 |
| RIGVISION / DATASENDER | OIHSALTE053 / IP 19,50,109,10 | 40 | $75.00 | $ 3,000.00 |
| GAS DETECTOR | | | | $ - |
| AUTOMATIC DRILLER | | | | $ - |
| COMMUNICATIONS | 8 INDOOR PHONES, 2 EXPLOSION PROOF w/PA SYSTEM | 40 | $95.00 | $ 3,800.00 |
| OTHER | DISPLAY MPD FLOW METER | 27 | $15.00 | $ 405.00 |
| SERVICE CHARGE | Roll Back For Field Move | 1 | $500.00 | $ 500.00 |
| | | 310 | $2.75 | $ 852.50 |
| | | | TOTAL DAY RATE | TOTAL TICKET CHARGE |
| | | TOTAL | $1,050.00 | $46,947.50 |

Well Name: Al San Roman 106H
Job/Phase: Drilling
AFE #: 3521122
Rig/Contractor: Cactus #142
$ Amt: 40,947.50   Acct Code: 121 - 265
$ Amt: _____   Acct Code: _____ - _____
Comments: OEI
Verified by: [signature]   Date: 1/26/23

Removal000049



### Oilfield INSTRUMENTATION
120 WELLHEAD DR. - BROUSSARD, LOUISIANA 70518
PHONE 337.984.4401   FAX 337.983.2344

N⁰. 187298

| | |
|---|---|
| CUSTOMER: Ironroc Energy Partners, LLC | AFE or P.O. # 9600802 |
| MAILING ADDRESS: 2777 Allen Pkwy Suite 600 | CITY: Houston   STATE: TX   ZIP: 77019 |

**BILLING PERIOD**

BEGIN CHARGES   1/17/23     END CHARGES   1/28/23

| INVOICE NO. | INVOICE DATE | CUSTOMER ORDER | SERVICE LOCATION | TERMS |
|---|---|---|---|---|
| 187298 | 1/31/23 | See Signed tkt | Pandora Unit 2H | Net 30 |

CLASSIFICATION: LAND-TX                    RIG   Cactus 155

| SERVICES PERFORMED | DESCRIPTION | UNITS | RATE | TOTAL |
|---|---|---|---|---|
| EMS Units | EMS IV 4.19.3.0 | 12.00 | 265.00 | 3,180.00 |
| EMS Units | TP Workstation | 12.00 | 55.00 | 660.00 |
| EMS Units | ME Workstation | 12.00 | 55.00 | 660.00 |
| EMS Units | ML Workstation w/WITS (Start 1/19) | 10.00 | 80.00 | 800.00 |
| EMS Units | MWD Workstation w/WITS | 12.00 | 80.00 | 960.00 |
| EMS Units | Company Man Trailer (1/17-1/22) | 6.00 | 55.00 | 330.00 |
| EMS Units | Night TP Workstation | 12.00 | 55.00 | 660.00 |
| EMS Units | Choke Screen (Start 1/19) | 10.00 | 65.00 | 650.00 |
| EMS Units | MH Screen | 12.00 | 65.00 | 780.00 |
| EMS Units | Pit Screen | 12.00 | 65.00 | 780.00 |
| EMS Units | Rig Vision | 12.00 | 75.00 | 900.00 |
| Communications Systems | 8 Indoor Phones, 2 Explosion Proof w/PA System | 12.00 | 95.00 | 1,140.00 |
| EMS Units | Rig Down | 1.00 | 500.00 | 500.00 |
| Mileage | 140 Miles RT @ 2.75/per mile | 140.00 | 2.75 | 385.00 |

| | | | |
|---|---|---|---|
| TX STATE TAX | $750.01 | Subtotal | $12,385.00 |
| FAYETTE COUNTY | $60.00 | Tax | $810.01 |
| | | Marine Charge | |
| | | Total | $13,195.01 |

REMIT TO:
120 WELLHEAD DR.
BROUSSARD, LOUISIANA 70518

Delivery Ticket Reference No.   CC2023-007                    Arrival:

Company Representative                                        Departure:

Thank You For Your Business

Removal000050

187298

RECEIVED

Service Tech _____

Service Mgr _____ Crockett

# ilfield
## INSTRUMENTATION

No: **CC2023-007**

P.O. Box 51902 - Lafayette LA 70505
Phone (337) 839-1263 - Fax (337) 839-8053
www.oiins.com

CUSTOMER P.O. / AFE No _____ 5500922

| CUSTOMER | | DATE | 1/17/2023 - 2/8/2023 | |
|---|---|---|---|---|
| MAILING ADDRESS | | CITY | Houston | STATE / ZIP CODE | TX 77002 |
| WELL NAME | WILL NO | 11 | COUNTY | | LOCATION |

I hereby agree and understand the conditions and warranty of this agreement that I am authorized to sign this order of the Company

| RIG | Cactus 155 | CUSTOMER SIGNATURE |
| RIG PHONE NUMBER | | COMPANY MAN |
| OPERATOR EMAIL ADDRESS | | |

### THIS WORK ORDER MUST BE SIGNED

| SERVICES PERFORMED | DESCRIPTION | DAYS / UNITS | DAY RATE | TOTAL |
|---|---|---|---|---|
| SYSTEMS | EMS IV 4.19.3.0, APEX 1.3.18.0 | 12.00 | $265.00 | $ 3,180.00 |
| RIG FLOOR (.7) | DPU-NC-0090, WEB (.58), PHONE (003) | | $ | $ - |
| COMPANY MAN (.8) | COM-SV-0254 (.3), COM-NC-0126 (.8), 32" MONITOR, PHONE (ATA-191), BULLET AP (.102) | | $ | $ - |
| TOOL PUSHER (.9) | COM-SL-0137, MON-FS-NSN, PHONE (ATA-102), BULLET (.109) | 12.00 | $55.00 | $ 660.00 |
| MUD ENGINEER (.10) | COM-NC-0127, PHONE (ATA-106) | 12.00 | $55.00 | $ 660.00 |
| MUD LOGGER (.11) | COM-NC-0128, MON-FS-1256 w/WITS IN/OUT, PHONE (107), START RENT 1/19/2023 | 10.00 | $80.00 | $ 800.00 |
| MWD (.12) | COM-NC-0133, MON-FS-1074, w/ WITS IN/OUT, PHONE (105) | 12.00 | $80.00 | $ 960.00 |
| COMPANY MAN TRAILER (69) | COM-NC-0137, MON-FS-NSN TOOK OFF LOCATION 1/22/2023 | 6.00 | $55.00 | $ 330.00 |
| NIGHT TOOLPUSHER (19) | COM-NC-0062, PHONE (188), BULLET (.119) | 12.00 | $55.00 | $ 660.00 |
| CHOKE SCREEN (.18) | DPU-AP-0013  START RENT 1/19/2023 | 10.00 | $65.00 | $ 650.00 |
| MUD HOUSE SCREEN (.16) | DPU-AP-0017 | 12.00 | $65.00 | $ 780.00 |
| PIT SCREEN (.17) | DPU-AP-0001 | 12.00 | $65.00 | $ 780.00 |
| RIG VISION / DATASENDER | OIUSALTE053 / EP 10.50.62.10 | 12.00 | $75.00 | $ 900.00 |
| GAS DETECTOR | | | $ | $ - |
| AUTOMATIC DRILLER | | | $ | $ - |
| COMMUNICATIONS | 8 INDOOR PHONES, 2 EXPLOSION PROOF w/PA SYSTEM | 12.00 | $95.00 | $ 1,140.00 |
| OTHER | | | $ | $ - |
| SER | | $500.00 | | $ 500.00 |
| ... | | $383.00 | | $383.0 |
| NO | | Units/Days | TOTAL DAY RATE | TOTAL TICKET CHARGE |
| | | | $1,818.00 | $11,383.00 |

Well Name: _____ KERMIT 82H

Job/Phase: _____ Drilling

AFE #: _____ 3500922

Rig/Contractor: _____ Cactus 155

$ Amt: 12,385.00   Acct Code: 21 - 210

$ Amt: _____   Acct Code: _____ - _____

Comments: Instruments

Verified by: _____ Date: 2/1/23

— ok by Bill Wright

Remove000057sgn

# **<u>EXHIBIT II</u>**

Removal000052

STATE OF LOUISIANA     §
PARISH OF LAFAYETTE  §

### SWORN SUIT AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared H. Allen Stuart, who after being duly sworn stated upon his oath as follows:

"My name is H. Allen Stuart, I am President of Oilfield Instrumentation, Inc. d/b/a Oilfield Instrumentation USA (*"Oilfield Instrumentation"*).  I am of lawful age and competent to make this affidavit and have personal knowledge of the facts stated herein.

Between August 29, 2022 and January 28, 2023, Oilfield Instrumentation sold to Ironroc Energy Partners, LLC (*"Ironroc"*) at its request and on account skilled services and specialized equipment for use in the drilling and/or operation of nine oil and/or gas wells in Austin, Fayette, Lee and Webb Counties for which Oilfield Instrumentation kept a systematic record of the transactions.  A true and correct copy of the open balance summary and supporting invoices for the various goods and services is attached as Exhibit I to Plaintiff's Original Petition to which this affidavit is attached as Exhibit II.

The prices charged by Oilfield Instrumentation for the goods and services were just and true because they were agreed upon by Ironroc and Oilfield Instrumentation in advance and the prices were the usual and customary prices for such services and equipment were reasonable.

Excluding interest, attorneys fees and costs, there is currently due and owing the sum of Three Hundred Thirty-Three Thousand, Eight Hundred Eighty-Four and 02/100 Dollars (US$333,884.02) on the account after all just and lawful offsets, payments and credits have been allowed. Despite repeated demands both oral and writing, the account remains unpaid."

_H. Allen Stuart_
H. Allen Stuart

SIGNED AND SWORN TO before me on _May  18_, 2023 by H. Allen Stuart.

NOTARY PUBLIC
STATE OF LOUISIANA

ARMISTEAD MASON LONG
Notary Public
State of Louisiana
Commission Is Valid Until Death
La. Bar Roll No. 33949
Notary Public ID #92547

3681414v1

6/8/2023 12:40 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 76423980
By: Rhonda Momon
Filed: 6/8/2023 12:40 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** _____2023-33684_____ **CURRENT COURT:** 215th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** 5/31/2023 Month/Day/Year
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be**

**Served):**

**Issue Service to:** Ageron Energy II, LLC

Address of Service: 1601 Elm Street, Suite 4360

City, State & Zip: Dallas, Texas 75201

Agent (if applicable) Matt Williams, Registered Agent

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

☒ **Citation**  ☐ **Citation by Posting**  ☐ **Citation by Publication**  ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias   Newspaper**_____

☐ **Temporary Restraining Order**   ☐ **Precept**   ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**   ☐ **Capias** (not by E-Issuance)   ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**   ☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**   ☐ **Hague Convention ($16.00)**   ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)   ☐ **Injunction**   ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____   ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____   **(No Service Copy Fees Charged)**
☐ **CONSTABLE**   *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**   used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**   Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:   Phone:
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas  77019

Phone Number: 713.333.5500

Removal000054

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Cindy Myrick on behalf of Adam Russ
Bar No. 24109435
cmyrick@gamb.com
Envelope ID: 76423980
Filing Code Description: Request
Filing Description: Request for Issuance of Service
Status as of 6/8/2023 1:57 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Adam JRuss | | aruss@gamb.com | 6/8/2023 12:40:40 PM | SENT |
| Armistead LLong | | along@gamb.com | 6/8/2023 12:40:40 PM | SENT |
| Cindy LMyrick | | cmyrick@gamb.com | 6/8/2023 12:40:40 PM | SENT |

Removal000055

6/8/2023 12:40:40 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 76423980
By: MOMON, RHONDA M
Filed: 6/8/2023 12:40:40 PM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** 2023-33684               **CURRENT COURT:** 215th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** <u>5/31/2023</u> Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to**:  Ageron Energy, LLC

Address of Service:  8610 North New Braunfels, Sutie 405

City, State & Zip:  San Antonio, Texas 78217

Agent (if applicable) Bruce C. Gates,  Registered Agent

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |

☐ **Citation Scire Facias       Newspaper**_____

☐ **Temporary Restraining Order**          ☐ **Precept**                    ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**    ☐ **Capias** (not by E-Issuance)    ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**                    ☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**    ☐ **Hague Convention ($16.00)**    ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)        ☐ **Injunction**                ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

---

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____    ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____        **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                          *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**              used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**          Visit www.hcdistrictclerk.com for more instructions.


☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:    Phone:
☐ **OTHER**, *explain* _____

---

**Issuance of Service Requested By:** Attorney/Party Name:  Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas  77019

Phone Number: 713.333.5500

Removal000056

6/8/2023 12:40:40 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 76423980
By: MOMON, RHONDA M
Filed: 6/8/2023 12:40:40 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2023-33684          **CURRENT COURT:** 215th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** 5/31/2023 Month/Day/Year
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to**: Ageron Ironroc Energy, LLC

Address of Service: 1601 Elm Street, Suite 4360

City, State & Zip: Dallas, Texas 75201

Agent (if applicable) Cogency Global Inc., Registered Agent

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

☒ **Citation**    ☐ **Citation by Posting**    ☐ **Citation by Publication**    ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias     Newspaper_____**

☐ **Temporary Restraining Order**        ☐ **Precept**        ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**    ☐ **Capias** (not by E-Issuance)    ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**    ☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**    ☐ **Hague Convention ($16.00)**    ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)    ☐ **Injunction**    ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe) _____**

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____    ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____    **(No Service Copy Fees Charged)**
☐ **CONSTABLE**    *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**    used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**    Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:  Phone:
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas  77019

Phone Number: 713.333.5500

Removal000057

6/8/2023 12:40:40 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 76423980
By: MOMON, RHONDA M
Filed: 6/8/2023 12:40:40 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2023-33684                **CURRENT COURT:** 215th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** <u>5/31/2023</u> Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Alpine Summit Funding Holdings, LLC

Address of Service: 850 New Burton Road, Suite 201

City, State & Zip: Dover, Dellaware 19904

Agent (if applicable) Cogency Global Inc., Registered Agent

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |

☐ **Citation Scire Facias**      Newspaper_____

☐ **Temporary Restraining Order**      ☐ **Precept**      ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**      ☐ **Capias** (not by E-Issuance)      ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**      ☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**      ☐ **Hague Convention ($16.00)**      ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)      ☐ **Injunction**      ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____      ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney at:** _____                **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                     *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**         used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**    Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:  Phone:
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas  77019

Phone Number: 713.333.5500

Removal000058

6/8/2023 12:40:40 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 76423980
By: MOMON, RHONDA M
Filed: 6/8/2023 12:40:40 PM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** 2023-33684  **CURRENT COURT:** 215th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** <u>5/31/2023</u> Month/Day/Year
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to**:  Alpine Summit Funding, LLC

Address of Service:  1601 Elm Street, Suite 4360

City, State & Zip:  Dallas, Texas  75201

Agent (if applicable) Cogency Global Inc., Registered Agent

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

☒ **Citation**    ☐ **Citation by Posting**    ☐ **Citation by Publication**    ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias**    Newspaper_____

☐ **Temporary Restraining Order**    ☐ **Precept**    ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**    ☐ **Capias** (not by E-Issuance)    ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**    ☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**    ☐ **Hague Convention ($16.00)**    ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)    ☐ **Injunction**    ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____    ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney  at:** _____    **(No Service Copy Fees Charged)**
☐ **CONSTABLE**    *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**    used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**    Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:    Phone:
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas  77019

Phone Number: 713.333.5500

Removal000059

6/8/2023 12:40:40 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 76423980
By: MOMON, RHONDA M
Filed: 6/8/2023 12:40:40 PM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2023-33684          **CURRENT COURT:** 215th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** <u>5/31/2023</u> Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be**

**Served):**

**Issue Service to**:  Dallas Petroleum Group, LLC

Address of Service:  17950 Preston Road, Suite 330

City, State & Zip:  Dallas, Texas 75252

Agent (if applicable)  Matt Williams,  Registered Agent

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

☒ **Citation**     ☐ **Citation by Posting**     ☐ **Citation by Publication**     ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias     Newspaper**_____

☐ **Temporary Restraining Order**          ☐ **Precept**               ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**     ☐ **Capias** (not by E-Issuance)     ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**                    ☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**     ☐ **Hague Convention ($16.00)**     ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)          ☐ **Injunction**               ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____     ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____          **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                    *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**          used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**      Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:     Phone:
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas  77019

Phone Number: 713.333.5500

Removal000060

6/8/2023 12:40:40 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 76423980
By: MOMON, RHONDA M
Filed: 6/8/2023 12:40:40 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2023-33684          **CURRENT COURT:** 215ᵗʰ

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** <u>5/31/2023</u> Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to**:  Ironroc Energy Partners, LLC

Address of Service:  2445 Technology Forest Blvd, Suite 1010

City, State & Zip:  The Woodlands, Texas  77381

Agent (if applicable) Michael McCoy, Registered Agent

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |

☐ **Citation Scire Facias**      Newspaper_____

☐ **Temporary Restraining Order**      ☐ **Precept**          ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**      ☐ **Capias** (not by E-Issuance)      ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**          ☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**      ☐ **Hague Convention ($16.00)**      ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)      ☐ **Injunction**          ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____      ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney  at:** _____      **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**          used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**        Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:    Phone:
☐ **OTHER**, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas  77019

Phone Number: 713.333.5500

Removal000061

6/8/2023 12:40:40 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 76423980
By: MOMON, RHONDA M
Filed: 6/8/2023 12:40:40 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2023-33684     **CURRENT COURT:** 215th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** 5/31/2023 Month/Day/Year
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Leexus Oil, LLC

Address of Service: 419 Cactus Street

City, State & Zip: Giddings, Texas 78942

Agent (if applicable) Mark Jaehne, Registered Agent

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

☒ **Citation**  ☐ **Citation by Posting**  ☐ **Citation by Publication**  ☐ **Citations Rule 106 Service**
☐ **Citation Scire Facias** Newspaper_____
☐ **Temporary Restraining Order**  ☐ **Precept**  ☐ **Notice**
☐ **Protective Order**
☐ **Secretary of State Citation ($12.00)**  ☐ **Capias** (not by E-Issuance)  ☐ **Attachment** (not by E-Issuance)
☐ **Certiorari**  ☐ **Highway Commission/Texas Department of Transportation ($12.00)**
☐ **Commissioner of Insurance ($12.00)**  ☐ **Hague Convention ($16.00)**  ☐ **Garnishment**
☐ **Habeas Corpus** (not by E-Issuance)  ☐ **Injunction**  ☐ **Sequestration**
☐ **Subpoena**
☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____  ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney at:** _____  **(No Service Copy Fees Charged)**
☐ **CONSTABLE**  *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**  used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**  Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:  Phone:
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Adam J. Russ Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas 77019

Phone Number: 713.333.5500

Removal000062

7/5/2023 7:41 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77196943
By: Bernitta Barrett
Filed: 7/5/2023 7:41 AM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** 2023-33684                     **CURRENT COURT:** 215th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

## FILE DATE: <u>7.5.23</u> Month/Day/Year
## SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

**Issue Service to:**  Ageron Ironroc Energy, LLC

Address of Service:  1601 Elm Street, Suite 4360

City, State & Zip:  Dallas, Texas 75201

Agent (if applicable) Cogency Global Inc., Registered Agent

## TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

☒ **Citation**    ☐ **Citation by Posting**    ☐ **Citation by Publication**    ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias**      Newspaper_____

☐ **Temporary Restraining Order**        ☐ **Precept**              ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**    ☐ **Capias** (not by E-Issuance)    ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**              ☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**    ☐ **Hague Convention ($16.00)**    ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)        ☐ **Injunction**              ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____   ☐ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____      **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                           *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**         used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**    Visit www.hcdistrictclerk.com for more instructions.

☒ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:  Jason Bardsley    Phone: 979-900-0533
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas  77019

Phone Number: 713.333.5500

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cindy Myrick on behalf of Adam Russ
Bar No. 24109435
cmyrick@gamb.com
Envelope ID: 77196943
Filing Code Description: Request
Filing Description: Civil Process Request Form  Ageron Ironroc Energy LLC
Status as of 7/5/2023 8:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cindy LMyrick | | cmyrick@gamb.com | 7/5/2023 7:41:52 AM | SENT |

Removal000064

7/5/2023 7:56 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77197124
By: Bernitta Barrett
Filed: 7/5/2023 7:56 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2023-33684                **CURRENT COURT:** 215th

**Name(s) of Documents to be served:**  Plaintiff's Original Petition

## FILE DATE: <u>7.5.23</u> Month/Day/Year

## SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be

## Served):

**Issue Service to**:  Leexus Oil, LLC

Address of Service:  419 Cactus Street

City, State & Zip:  Giddings, Texas 78942

Agent (if applicable)  Mark Jaehne,  Registered Agent

## TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

- [x] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**      Newspaper_____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias** (not by E-Issuance)
- [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**
- [ ] **Highway Commission/Texas Department of Transportation ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

---

**SERVICE BY** *(check one)*:
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney   at:** _____          **(No Service Copy Fees Charged)**
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by CONSTABLE**
- [ ] **CERTIFIED MAIL by DISTRICT CLERK**

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [x] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:  Jason Bardsley    Phone: 979-900-0533
- [ ] **OTHER,** *explain* _____

---

**Issuance of Service Requested By:** Attorney/Party Name:  Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas  77019

Phone Number: 713.333.5500

Removal000065

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cindy Myrick on behalf of Adam Russ
Bar No. 24109435
cmyrick@gamb.com
Envelope ID: 77197124
Filing Code Description: Request
Filing Description: Civil Process Request Form  Leexus Oil LLC
Status as of 7/5/2023 8:24 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cindy LMyrick | | cmyrick@gamb.com | 7/5/2023 7:56:56 AM | SENT |

Removal000066

7/5/2023 7:32 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77196850
By: Bernitta Barrett
Filed: 7/5/2023 7:32 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2023-33685　　　　　　**CURRENT COURT:** 215th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

## FILE DATE: <u>7.5.23</u> Month/Day/Year
## SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

**Issue Service to:**  Ageron Energy II, LLC

Address of Service:  1601 Elm Street, Suite 4360

City, State & Zip:  Dallas, Texas 75201

Agent (if applicable)  Matt Williams,  Registered Agent

## TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |

☐ **Citation Scire Facias**　　**Newspaper**_____

☐ **Temporary Restraining Order**　　☐ **Precept**　　　　☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**　　☐ **Capias** (not by E-Issuance)　　☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**　　　　☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**　　☐ **Hague Convention ($16.00)**　　☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)　　☐ **Injunction**　　☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

---

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____　　☐ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____　　　　**(No Service Copy Fees Charged)**
☐ **CONSTABLE**　　　　　　　　　　　　　*Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**　　　　used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**　　Visit www.hcdistrictclerk.com for more instructions.

☒ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:  Jason Bardsley     Phone: 979-900-0533
☐ **OTHER,** *explain* _____

---

**Issuance of Service Requested By:** Attorney/Party Name:  Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas  77019

Phone Number: 713.333.5500

Removal000067

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cindy Myrick on behalf of Adam Russ
Bar No. 24109435
cmyrick@gamb.com
Envelope ID: 77196850
Filing Code Description: Request
Filing Description: Civil Process Request Form  Ageron Energy II LLC
Status as of 7/5/2023 8:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cindy LMyrick | | cmyrick@gamb.com | 7/5/2023 7:32:55 AM | SENT |

Removal000068

7/5/2023 7:45 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77196977
By: Bernitta Barrett
Filed: 7/5/2023 7:45 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** 2023-33684            **CURRENT COURT:** 215th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** <u>7.5.23</u> Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Alpine Summit Funding Holdings, LLC

Address of Service: 850 New Burton Road, Suite 201

City, State & Zip: Dover, Dellaware 19904

Agent (if applicable) Cogency Global Inc., Registered Agent

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |

☐ **Citation Scire Facias      Newspaper**_____

☐ **Temporary Restraining Order**      ☐ **Precept**      ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**      ☐ **Capias** (not by E-Issuance)      ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**      ☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**      ☐ **Hague Convention ($16.00)**      ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)      ☐ **Injunction**      ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____      ☐ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____      **(No Service Copy Fees Charged)**
☐ **CONSTABLE**      *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**      used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**      Visit www.hcdistrictclerk.com for more instructions.

☒ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: Jason Bardsley     Phone: 979-900-0533
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas  77019

Phone Number: 713.333.5500

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cindy Myrick on behalf of Adam Russ
Bar No. 24109435
cmyrick@gamb.com
Envelope ID: 77196977
Filing Code Description: Request
Filing Description: Civil Process Request Form  Alpine Summit Funding Holdings LLC
Status as of 7/5/2023 8:24 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cindy LMyrick | | cmyrick@gamb.com | 7/5/2023 7:45:03 AM | SENT |

Removal000070

7/5/2023 7:38 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77196915
By: Bernitta Barrett
Filed: 7/5/2023 7:38 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2023-33684                    **CURRENT COURT:** 215ᵗʰ

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** <u>7.5.23</u> Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:**  Ageron Energy, LLC

Address of Service:  8610 North New Braunfels, Sutie 405

City, State & Zip:  San Antonio, Texas 78217

Agent (if applicable)  Bruce C. Gates,  Registered Agent

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

☒ **Citation**   ☐ **Citation by Posting**   ☐ **Citation by Publication**   ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias**   Newspaper_____

☐ **Temporary Restraining Order**       ☐ **Precept**       ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**   ☐ **Capias** (not by E-Issuance)   ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**   ☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**   ☐ **Hague Convention ($16.00)**   ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)   ☐ **Injunction**   ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

---

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____   ☐ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____        **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                          *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**            used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**        Visit www.hcdistrictclerk.com for more instructions.

☒ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:  Jason Bardsley     Phone: 979-900-0533
☐ **OTHER,** *explain* _____

---

**Issuance of Service Requested By:** Attorney/Party Name:  Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas  77019

Phone Number: 713.333.5500

Removal000071

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cindy Myrick on behalf of Adam Russ
Bar No. 24109435
cmyrick@gamb.com
Envelope ID: 77196915
Filing Code Description: Request
Filing Description: Civil Process Request Form  Ageron Energy LLC
Status as of 7/5/2023 8:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cindy LMyrick | | cmyrick@gamb.com | 7/5/2023 7:38:37 AM | SENT |

Removal000072

7/5/2023 7:48 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77197006
By: Bernitta Barrett
Filed: 7/5/2023 7:48 AM

## Marilyn Burgess
### HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** 2023-33684　　　　**CURRENT COURT:** 215th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** <u>7.5.23</u> Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Alpine Summit Funding, LLC

Address of Service: 1601 Elm Street, Suite 4360

City, State & Zip: Dallas, Texas 75201

Agent (if applicable) Cogency Global Inc., Registered Agent

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |

☐ **Citation Scire Facias**　　**Newspaper**_____

☐ **Temporary Restraining Order**　　☐ **Precept**　　☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**　　☐ **Capias** (not by E-Issuance)　　☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**　　☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**　　☐ **Hague Convention ($16.00)**　　☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)　　☐ **Injunction**　　☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____　　☐ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____　　**(No Service Copy Fees Charged)**
☐ **CONSTABLE**　　*Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**　　used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**　　Visit www.hcdistrictclerk.com for more instructions.

☒ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: Jason Bardsley　　Phone: 979-900-0533
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas 77019

Phone Number: 713.333.5500

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cindy Myrick on behalf of Adam Russ
Bar No. 24109435
cmyrick@gamb.com
Envelope ID: 77197006
Filing Code Description: Request
Filing Description: Civil Process Request Form  Alpine Summit Funding LLC
Status as of 7/5/2023 8:24 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cindy LMyrick | | cmyrick@gamb.com | 7/5/2023 7:48:02 AM | SENT |

Removal000074

7/5/2023 7:53 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77197086
By: Bernitta Barrett
Filed: 7/5/2023 7:53 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2023-33684                    **CURRENT COURT:** 215th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

## FILE DATE: <u>7.5.23</u> Month/Day/Year
## SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

**Issue Service to:** Ironroc Energy Partners, LLC

Address of Service: 2445 Technology Forest Blvd, Suite 1010

City, State & Zip: The Woodlands, Texas 77381

Agent (if applicable) Michael McCoy, Registered Agent

## TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

⊠ **Citation**   ☐ **Citation by Posting**   ☐ **Citation by Publication**   ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias**   Newspaper_____

☐ **Temporary Restraining Order**   ☐ **Precept**   ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**   ☐ **Capias** (not by E-Issuance)   ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**   ☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**   ☐ **Hague Convention ($16.00)**   ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)   ☐ **Injunction**   ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____   ☐ **E-Issuance by District Clerk**
☐ **MAIL to attorney at:** _____   **(No Service Copy Fees Charged)**
☐ **CONSTABLE**   *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**   used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**   Visit www.hcdistrictclerk.com for more instructions.

⊠ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: Jason Bardsley    Phone: 979-900-0533
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas 77019

Phone Number: 713.333.5500

Removal000075

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cindy Myrick on behalf of Adam Russ
Bar No. 24109435
cmyrick@gamb.com
Envelope ID: 77197086
Filing Code Description: Request
Filing Description: Civil Process Request Form  Ironroc Energy Partners LLC
Status as of 7/5/2023 8:24 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cindy LMyrick | | cmyrick@gamb.com | 7/5/2023 7:53:31 AM | SENT |

7/5/2023 7:50 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 77197045
By: Bernitta Barrett
Filed: 7/5/2023 7:50 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2023-33684                    **CURRENT COURT:** 215th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** <u>7.5.23</u> Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:**  Dallas Petroleum Group, LLC

Address of Service:  17950 Preston Road, Suite 330

City, State & Zip:  Dallas, Texas 75252

Agent (if applicable)  Matt Williams,  Registered Agent

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

☒ **Citation**   ☐ **Citation by Posting**   ☐ **Citation by Publication**   ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias**      Newspaper_____

☐ **Temporary Restraining Order**      ☐ **Precept**      ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**   ☐ **Capias** (not by E-Issuance)   ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**   ☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**   ☐ **Hague Convention ($16.00)**   ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)   ☐ **Injunction**   ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____   ☐ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____                **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                    *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**            used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**        Visit www.hcdistrictclerk.com for more instructions.

☒ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:  Jason Bardsley     Phone: 979-900-0533
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Adam J. Russ  Bar # 24109435

Mailing Address: 2999 San Felipes, Suite 1100, Houston, Texas  77019

Phone Number: 713.333.5500

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cindy Myrick on behalf of Adam Russ
Bar No. 24109435
cmyrick@gamb.com
Envelope ID: 77197045
Filing Code Description: Request
Filing Description: Civil Process Request Form  Dallas Petroleum Group LLC
Status as of 7/5/2023 8:24 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cindy LMyrick | | cmyrick@gamb.com | 7/5/2023 7:50:48 AM | SENT |

Removal000078

8/4/2023 10:20 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 78207071
By: Brenda Espinoza
Filed: 8/4/2023 10:20 AM

## CAUSE NO. 2023-33684

| | | |
|---|---|---|
| **ALDONSA, INC. d/b/a OILFIELD INSTRUMENTATION USA** | § | |
| §
| **Plaintiff,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **v.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **IRONROC ENERGY PARTNERS, LLC, ALPINE SUMMIT FUNDING, LLC, ALPINE SUMMIT FUNDING HOLDINGS, LLC, AGERON IRONROC ENERGY, LLC, AGERON ENERGY, LLC, AGERON ENERGY II, LLC, DALLAS PETROLEUM GROUP, LLC, and LEEXUS OIL, LLC,** | § | **215th JUDICIAL DISTRICT** |
| **Defendants.** | § | |

## <u>NOTICE OF APPEARANCE</u>

Attorney Keith Jaasma of Ewing & Jones, PLLC, 6363 Woodway Drive, Suite 1000, Houston, Texas 77057, enters his appearance for Defendants Ironroc Energy Partners, LLC, Alpine Summit Funding, LLC, Alpine Summit Funding Holdings, LLC, Ageron Ironroc Energy, LLC, and Ageron Energy II, LLC, and hereby requests that he be copied on all pleadings, orders, and filings in this case.

Dated: August 4, 2023

Respectfully submitted,

By: /s/ Keith Jaasma
Texas Bar No.00794014
Ewing & Jones, PLLC
6363 Woodway, Suite 1000
Houston, Texas 77057
Telephone:   (713) 590-9675
E-mail:   kjaasma@ewingjones.com
***ATTORNEY FOR IRONROC ENERGY PARTNERS, LLC, ALPINE SUMMIT***

1

Removal000079

***FUNDING, LLC, ALPINE SUMMIT
FUNDING HOLDINGS, LLC, AGERON
IRONROC ENERGY, LLC, and AGERON
ENERGY II, LLC,***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing pleading has been delivered via email to all counsel of record on this, the 4th day of August, 2023, as follows:

Armistead M. Long                                        *via email:* *[along@gamb.com](mailto:along@gamb.com)*
Texas Bar No. 24035576
400 E. Kaliste Saloom Road Lafayette, LA 70508
Tel.: (337) 237-0132
Fax (337) 237-3421

Adam J. Russ                                             *via email:* *[aruss@gamb.com](mailto:aruss@gamb.com)*
Texas Bar No. 24109435
2229 San Felipe St.,
Suite 1100 Houston, TX 77019
Tel.: (713) 333-5500

ATTORNEYS FOR PLAINTIFF
ALDONSA, INC. D/B/A OILFIELD
INSTRUMENTATION U.S.A.

/s/ Keith Jaasma
Keith Jaasma

2

Removal000080

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Korie Yarborough on behalf of Keith Jaasma
Bar No. 00794014
kyarborough@ewingjones.com
Envelope ID: 78207071
Filing Code Description: Notice
Filing Description: Notice of Appearance
Status as of 8/4/2023 10:31 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Adam JRuss | | aruss@gamb.com | 8/4/2023 10:20:45 AM | SENT |
| Armistead LLong | | along@gamb.com | 8/4/2023 10:20:45 AM | SENT |
| Cindy LMyrick | | cmyrick@gamb.com | 8/4/2023 10:20:45 AM | SENT |
| PA Team12 | | pateam12@orrick.com | 8/4/2023 10:20:45 AM | SENT |
| DCManaging AttorneysOffice | | dcmanagingattorneysoffice@orrick.com | 8/4/2023 10:20:45 AM | SENT |
| Ryan Wooten | | rwooten@orrick.com | 8/4/2023 10:20:45 AM | SENT |
| Cacique Rich-Martinez | | cacique@orrick.com | 8/4/2023 10:20:45 AM | SENT |
| Michael Morehead | | mmorehead@orrick.com | 8/4/2023 10:20:45 AM | SENT |
| Jonathan Ayre | | jayre@orrick.com | 8/4/2023 10:20:45 AM | SENT |
| William Heidepriem-Baird | | wheidepriem-baird@orrick.com | 8/4/2023 10:20:45 AM | SENT |
| Keith Jaasma | | kjaasma@ewingjones.com | 8/4/2023 10:20:45 AM | SENT |
| Korie Yarborough | | kyarborough@ewingjones.com | 8/4/2023 10:20:45 AM | SENT |

8/4/2023 10:30 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 78207783
By: Lewis John-Miller
Filed: 8/4/2023 10:30 AM

## CAUSE NO. 2023-33684

| | | |
|---|---|---|
| **ALDONSA, INC. d/b/a OILFIELD INSTRUMENTATION USA** | § | |
| **Plaintiff,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **v.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **IRONROC ENERGY PARTNERS, LLC,** | § | |
| **ALPINE SUMMIT FUNDING, LLC,** | § | **215th JUDICIAL DISTRICT** |
| **ALPINE SUMMIT FUNDING HOLDINGS, LLC, AGERON IRONROC ENERGY, LLC, AGERON ENERGY, LLC, AGERON ENERGY II, LLC, DALLAS PETROLEUM GROUP, LLC, and LEEXUS OIL, LLC,** | § | |
| **Defendants.** | § | |

## DEFENDANTS' SUGGESTION OF BANKRUPTCY

Please take notice that on July 5, 2023, Defendants Ironroc Energy Partners, LLC, Ageron Ironroc Energy, LLC, and Ageron Energy II, LLC (hereinafter, collectively, "Ironroc" or "Defendants") each filed petitions under chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101 *et seq*.  The cases are jointly administered under Case No. 23-90739, *In re Alpine Summit Energy Partners, Inc., et al.*, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, before the Honorable Bankruptcy Judge David R. Jones.  A copy of the Notice of Chapter 11 Bankruptcy Cases is attached hereto as Exhibit A, and copies of the respective voluntary petitions of Ironroc Energy Partners LLC, Ageron Ironroc Energy, LLC, and Ageron Energy, LLC are attached hereto as Exhibits B, C, & D respectively.

The automatic stay imposed under section 362(a) of the Bankruptcy Code is in effect and no further proceedings should be had in this action, as the automatic stay operates as a stay, applicable to all entities, of, *inter alia*, any act to obtain possession of property of the debtors' estates or of property from the estates or to exercise control over property of the estates; any act to

Removal000082

create, perfect, or enforce any lien against property of the estates; and any act to create, perfect, or enforce against property of the debtors any lien to the extent that such lien secures a claim that arose before the commencement of the debtors' bankruptcy cases.

Dated:  August 4, 2023                          Respectfully submitted,

                                                **EWING & JONES, PLLC**
                                                By: */s/Keith Jaasma*
                                                Keith Jaasma, SBN 00794014
                                                kjaasma@ewingjones.com
                                                David Crimmins , SBN 24055360
                                                dcrimmins@ewingjones.com
                                                6363 Woodway Drive, Suite 1000
                                                Houston, TX 77057
                                                (713) 590-9600/(713) 590-9602 (Fax)

                                                *ATTORNEYS FOR IRONROC ENERGY PARTNERS, LLC, ALPINE SUMMIT FUNDING, LLC, ALPINE SUMMIT FUNDING HOLDINGS, LLC, AGERON IRONROC ENERGY, LLC, and AGERON ENERGY II, LLC,*

                                                **PORTER HEDGES LLP**
                                                By: */s/ Harris Stamey*
                                                M. Harris Stamey, SBN 24060650
                                                HStamey@porterhedges.com
                                                Jordan T. Stevens, SBN 24106467
                                                JStevens@porterhedges.com
                                                1000 Main Street, 36th Floor
                                                Houston, Texas 77002
                                                Telephone: (713) 226-6619
                                                Facsimile: (713) 226-6219

                                                *ATTORNEYS FOR IRONROC ENERGY PARTNERS, LLC, AGERON IRONROC ENERGY, LLC, and AGERON ENERGY II, LLC,*

Removal000083

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been delivered via electronic filing system  and email to all counsel of record on this, the 4ᵗʰ day of August, 2023, as follows:

Armistead M. Long                                    *via email:* [along@gamb.com](mailto:along@gamb.com)
Texas Bar No. 24035576
400 E. Kaliste Saloom Road Lafayette, LA 70508
Tel.: (337) 237-0132
Fax (337) 237-3421

Adam J. Russ                                            *via email:* [aruss@gamb.com](mailto:aruss@gamb.com)
Texas Bar No. 24109435
2229 San Felipe St.,
Suite 1100 Houston, TX 77019
Tel.: (713) 333-5500

ATTORNEYS FOR PLAINTIFF
ALDONSA, INC. D/B/A OILFIELD
INSTRUMENTATION U.S.A.

                                                                */s/ Keith Jaasma*
                                                                Keith Jaasma

Removal000084

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Korie Yarborough on behalf of Keith Jaasma
Bar No. 00794014
kyarborough@ewingjones.com
Envelope ID: 78207783
Filing Code Description: No Fee Documents
Filing Description:
Status as of 8/4/2023 10:45 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Korie Yarborough | | kyarborough@ewingjones.com | 8/4/2023 10:30:19 AM | SENT |
| Adam JRuss | | aruss@gamb.com | 8/4/2023 10:30:19 AM | SENT |
| Armistead LLong | | along@gamb.com | 8/4/2023 10:30:19 AM | SENT |
| Cindy LMyrick | | cmyrick@gamb.com | 8/4/2023 10:30:19 AM | SENT |
| Keith Jaasma | | kjaasma@ewingjones.com | 8/4/2023 10:30:19 AM | SENT |
| PA Team12 | | pateam12@orrick.com | 8/4/2023 10:30:19 AM | SENT |
| DCManaging AttorneysOffice | | dcmanagingattorneysoffice@orrick.com | 8/4/2023 10:30:19 AM | SENT |
| Ryan Wooten | | rwooten@orrick.com | 8/4/2023 10:30:19 AM | SENT |
| Cacique Rich-Martinez | | cacique@orrick.com | 8/4/2023 10:30:19 AM | SENT |
| Michael Morehead | | mmorehead@orrick.com | 8/4/2023 10:30:19 AM | SENT |
| Jonathan Ayre | | jayre@orrick.com | 8/4/2023 10:30:19 AM | SENT |
| William Heidepriem-Baird | | wheidepriem-baird@orrick.com | 8/4/2023 10:30:19 AM | SENT |

# EXHIBIT A

Removal000086

| Information to identify the case: | |
|---|---|

Debtor    **Alpine Summit Energy Partners, Inc.**, *et al.*      EIN: **98-1623755**

**United States Bankruptcy Court for the Southern District of Texas**

Date case filed for chapter 11: **07/05/2023**
        MM / DD / YYYY

Case number:     **23-90739 (DRJ)**

## Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case      12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | See Chart Below |
|---|---|---|

Jointly Administered Cases

| Debtor(s) | Case Number | Tax ID Number |
|---|---|---|
| Alpine Summit Energy Partners, Inc. (**Lead Case**) | Case No. 23-90739 | 98-1623755 |
| Ironroc Energy Partners LLC | Case No. 23-90738 | 81-5129801 |
| Ageron Ironroc Energy, LLC | Case No. 23-90742 | N/A |
| Ageron Energy II, LLC | Case No. 23-90743 | 87-3431436 |
| HB2 Origination, LLC | Case No. 23-90741 | 83-1426760 |
| Alpine Summit Energy Investors, Inc. | Case No. 23-90740 | 86-2804428 |
| Alpine Carbon, LLC | Case No. 23-90744 | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| 2. | **All other names used in the last 8 years** | **See Rider 1.** |
|---|---|---|
| 3. | **Address** | **3322 West End Ave, Suite 450, Nashville, TN 37203.** |

Removal000087

IMANAGE\017998\0001\14070254v1-7/11/23

Debtor  **Alpine Summit Energy Partners Inc.,** *et al.*                    Case Number) **Case No. 23-90739**

| 4. | **Debtor's attorney**<br>Name and address | **Porter Hedges LLP**<br>**1000 Main Street, 36th Floor**<br>**Houston, TX 77002**<br>Attn  **Eric M. English**<br>      **M. Shane Johnson**<br>      **Megan Young-John**<br>      **Michael B. Dearman**<br>      **James A. Keefe**<br><br>Telephone:<br>Facsimile:<br>Email: | (713) 226-6000<br>(713) 226-6248<br>eenglish@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>mdearman@porterhedges.com<br>jkeefe@porterhedges.com |
|---|---|---|---|

| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | <u>**Clerk's Office:**</u><br>**Bob Casey United States Courthouse**<br>**515 Rusk Street**<br>**Houston TX 77002**<br><br><u>**Debtors' Claims, Noticing Solicitation and Administrative Agent**</u><br>**If by First-Class Mail:**<br>Alpine Summit Energy Partners, Inc. Claims Processing Center<br>c/o Kroll Restructuring Administration LLC<br>Grand Central Station, PO Box 4850<br>New York, NY 10163-4850<br><br>**If by Hand Delivery or Overnight Mail:**<br>Alpine Summit Energy Partners, Inc. Claims Processing Center<br>c/o Kroll Restructuring Administration LLC<br>850 3rd Avenue, Suite 412<br>Brooklyn, NY 11232<br><br>U.S. toll-free: (844) 219-3705<br>International: (646) 440-4844<br>Email: AlpineInfo@ra.kroll.com<br>Case website: https://cases.ra.kroll.com/Alpine<br><br>**All documents in this case are available free of charge on the Kroll website at** https://cases.ra.kroll.com/Alpine | **Hours open Monday – Friday 8:00 a.m. - 5:00 p.m.**<br>**Contact Phone (713) 250-5500** |
|---|---|---|---|

| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **August 9, 2023 at 1:30 p.m. (prevailing Central Time)**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Dial-in: (866) 707-5468**<br>**Participant Code: 6166997** |
|---|---|---|---|

Official Form 309F (For Corporations or Partnerships)      Notice of Chapter 11 Bankruptcy Case                    page **2**

IMANAGE\017998\0001\14070254v1-7/11/23

Debtor   **Alpine Summit Energy Partners Inc.,** *et al.*                                    Case Number)  **Case No. 23-90739**

| | | |
|---|---|---|
| **7.** | **Proof of claim deadline** | **Deadline for filing proof of claim:   Not yet set. If a deadline is set, the court will send you another notice.** |

Proofs of claim may be filed electronically (no paper claim required) on the Court's ECF system, by accessing the E-filing Claims (ePOC) link (at www.txs.uscourts.gov/bankruptcy) or through the claims agent's portal at https://cases.ra.kroll.com/Alpine**.**

Paper copies of completed proofs of claim may be submitted to Kroll Restructuring Administration LLC, as the official claims agent for these cases.

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.txs.uscourts.gov/bankruptcy, any bankruptcy clerk's office or on the claims agent's website at https://cases.ra.kroll.com/Alpine**.**

Your claim will be allowed in the amount scheduled unless:

☐  your claim is designated as *disputed, contingent,* or *unliquidated*;

☐  you file a proof of claim in a different amount; or

☐  you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office, online at  www.pacer.gov or on the claims agent's website at https://cases.ra.kroll.com/Alpine.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| | | |
|---|---|---|
| **8.** | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint: October 10, 2023** |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

IMANAGE\017998\0001\14070254v1-7/11/23

## Rider 1
## Other Names Used in the Last 8 Years

| Current Entity Name | Former Entity Name |
|---|---|
| HB2 Origination, LLC | HB2 Origination, Inc. |
| HB2 Origination, LLC | HB2 Arion, Inc. |
| HB2 Origination, LLC | HB2 Dolphin, Inc. |
| Alpine Summit Energy Partners, Inc. | Red Pine Petroleum Ltd. |
| Alpine Carbon, LLC | Alpine CapH4, LLC |

# EXHIBIT B

Removal000091

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Ironroc Energy Partners LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-5129801 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

3322 West End Ave, Suite 450
Nashville, TN 37203
Number, Street, City, State & ZIP Code

Davidson
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.alpinesummitenergy.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Ironroc Energy Partners LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2111

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Removal000093

| Debtor | Ironroc Energy Partners LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | See Schedule I | Relationship | Affiliate |
|---|---|---|---|---|
| | District | Southern District of Texas | When 7/05/23 | Case number, if known |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | Ironroc Energy Partners LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Ironroc Energy Partners LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/05/2023
MM / DD / YYYY

**X** /s/ Craig Perry
Signature of authorized representative of debtor

Craig Perry
Printed name

Title   CEO of Ironroc Energy Partners LLC

**18. Signature of attorney**

**X** /s/ Eric M. English
Signature of attorney for debtor

Date 07/05/2023
MM / DD / YYYY

Eric M. English
Printed name

Porter Hedges LLP
Firm name

1000 Main Street, 36th Floor
Houston, TX 77002
Number, Street, City, State & ZIP Code

Contact phone  (713) 226-6000     Email address  eenglish@porterhedges.com

24062714 TX
Bar number and State

Removal000096

## **Schedule I**

### **Affiliated Entities**

On the date hereof, each of the affiliate entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* Contemporaneously with the filings of these petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

Ironroc Energy Partners LLC

Alpine Summit Energy Partners, Inc.

Alpine Summit Energy Investors, Inc.

HB2 Origination, LLC

Ageron Ironroc Energy, LLC

Ageron Energy II, LLC

Alpine Carbon, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § Chapter 11 |
| | § |
| **ALPINE SUMMIT ENERGY PARTNERS,** | § **Case No. 23-[_____]** |
| **INC.,** *et al.* | § |
| | § **(Jointly Administration Requested)** |
| **Debtors.** [1] | § |
| | § |
| | § |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO**
**FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), attached hereto as **Exhibit A** is an organizational list reflecting all of the ownership interests in Alpine Summit Energy Partners, Inc. ("ALPS") and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") . The Debtors respectfully represent as follows:

1.      Each of the Debtors identified on Exhibit A is owned as depicted therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are Alpine Summit Energy Partners, Inc. (3755), HB2 Origination, LLC (6760), Ageron Energy II, LLC (1436), Ironroc Energy Partners LLC (9801), Ageron Ironroc Energy, LLC (N/A), Alpine Summit Energy Investors, Inc. (4428), and Alpine Carbon, LLC (N/A). The location of the Debtors' service address is: 3322 West End Ave, Suite 450, Nashville, TN 37203.

Removal000098

**Exhibit A**

| Debtor | Equity Holder | Percentage of Ownership | Last Known Address of Equity Holder |
|---|---|---|---|
| Alpine Summit Energy Partners, Inc. | HB2 Energy Inc. | 27.61% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Alpine Summit Energy Partners, Inc. | CDS & Co. | 17.7% | NCI Account 300-100 Adelaide St. W Toronto, Ontario MSH 153 Canada |
| Alpine Summit Energy Investors, Inc. | Alpine Summit Energy Partners, Inc. | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| HB2 Origination, LLC | Alpine Summit Energy Investors, Inc. | 99% Class A Shares | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Alpine Carbon, LLC | HB2 Origination, LLC | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Ageron Energy II, LLC | HB2 Origination, LLC | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Ironroc Energy Partners LLC | HB2 Energy Inc. | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Ageron Ironroc Energy, LLC | Ironroc Energy Partners LLC | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |

Removal000099

**JOINT WRITTEN CONSENT**
**OF THE GOVERNING BODIES OF**
**IRONROC ENERGY PARTNERS LLC**
**AND**
**AGERON IRONROC ENERGY, LLC**

July 4, 2023

The undersigned identified on the signature page hereof, acting pursuant to the applicable statutory and other legal requirement for each of the entities named below (each, a "*Company*" and collectively, the "*Companies*"):

IRONROC ENERGY PARTNERS LLC, a Texas limited liability company; and

AGERON IRONROC ENERGY, LLC, a Texas limited liability company;

constitute all of the governing bodies (each, a "*Governing Body*" and collectively, the "*Governing Bodies*"), required by applicable law and each Company's organizational documents (the "*Applicable Requirements*") to act for such Company, and each and all of the undersigned, acting in accordance with the authority contained in the Applicable Requirements, waiving all notice, do hereby consent to and adopt the following resolutions and take the following actions without a meeting, by written consent (this "*Consent*").

*Proper Officers*

NOW, THEREFORE, BE IT RESOLVED, that for purposes of these resolutions, the term "*Proper Officers*" shall mean any one or more of the duly elected Chief Executive Officer, President, Chief Operating Officer, Chief Investment Officer, Chief Financial Officer, Chief Legal Officer and Chief Administrative Officer of each Company, as applicable, acting alone or with any of the other Proper Officers of such Company, and solely for purposes of attesting to or certifying the authenticity of signatures, documents, instruments or agreements, the Secretary of such Company.

*Filing of Bankruptcy Petition*

WHEREAS, the Governing Bodies, have considered the financial and operational aspects of each Company's business;

WHEREAS, each Governing Body has reviewed the historical performance of the applicable Company, the market for such Company's products, and the current and long-term liabilities of such Company; and

WHEREAS, the Governing Bodies have, over the last several months, reviewed the materials presented by the management of and the advisors to each Company regarding the possible need to restructure the Companies, and have analyzed each of the strategic alternatives available to such Governing Body, and the impact of the foregoing on each Company's business and its other stakeholders.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of each Governing Body, it is desirable and in the best interests of the Companies, their creditors, employees, members and other interested parties and stakeholders that a petition be filed by each Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*");

RESOLVED FURTHER, that the Proper Officers of each Company be, and each of them hereby is, authorized on behalf of such Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Proper Officer deems necessary, desirable and proper in connection with each Company's Chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED FURTHER, that the Proper Officers of each Company, on behalf of such Company, are authorized, empowered and directed to retain the law firm of Porter Hedges LLP ("**_Porter Hedges_**") as bankruptcy counsel to represent and assist each Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance each Company's rights in connection therewith, and the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Porter Hedges;

RESOLVED FURTHER, that the Proper Officers of each Company, on behalf of such Company, are authorized, empowered and directed to retain the services of Houlihan Lokey Capital, Inc. and its affiliates ("**_Houlihan_**") as each Company's investment banker to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Houlihan;

RESOLVED FURTHER, that the Proper Officers of each Company, on behalf of such Company, are authorized, empowered and directed to retain the services of Huron Consulting Services LLC and its affiliates ("**_Huron_**") as each Company's financial advisor to represent and assist each Company in carrying out its duties under the Bankruptcy Code, to provide the Company and each of the Filing Subsidiaries with a Chief Restructuring Officer, a Deputy Chief Restructuring Officer and other additional personnel as required, and to take any and all actions to advance each Company's rights and obligations, and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Huron and the representatives of Huron named below as Chief Restructuring Officer and Deputy Chief Restructuring Officer, respectively;

RESOLVED FURTHER, that the Governing Body of each company hereby elects Ryan Bouley as Chief Restructuring Officer of the Company and Sean Clements as Deputy Chief Restructuring Officer of each Company, to hold such offices until the earlier election and qualification of their respective successors or until their earlier resignation or removal;

RESOLVED FURTHER, that the Proper Officers of each Company, on behalf of such Company, are authorized, empowered and directed to retain the services of Kroll Restructuring Administration LLC and its affiliates ("**_Kroll_**") as each Company's claims, noticing and solicitation agent to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Kroll;

2

RESOLVED FURTHER, that the Proper Officers of each Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED FURTHER, that the Proper Officers of each Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of each Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on such Company's assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED FURTHER, that in connection with the Chapter 11 case, the Proper Officers of each Company be, and each of them hereby is, authorized and empowered to enter into a restructuring support agreement among the applicable debtor(s) and the other parties thereto, a plan of reorganization or liquidation, as applicable, and any disclosure statements in connection therewith, and to perform the obligations of each Company, as applicable, contemplated thereunder;

RESOLVED FURTHER, that the Proper Officers of each Company be, and each of them hereby is, authorized on behalf of such Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Proper Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a Chapter 11 plan and related disclosure statement; and

RESOLVED FURTHER, that any and all actions heretofore taken by a Proper Officer of any Company or the Governing Body of any Company in the name and on behalf of such Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

***General***

RESOLVED FURTHER, that each Company and the Proper Officers of such Company, and counsel are, and each of them hereby is, authorized and empowered, for, in the name of and on behalf of such Company to take any and all such further action as may be necessary or proper to carry out the intent and accomplish the purposes of the above resolutions, including, but not limited to, making such filings or applications with the appropriate governmental and regulatory authorities and executing and delivering such documents and instruments as shall be deemed necessary or proper in connection therewith;

RESOLVED FURTHER, that any and all actions heretofore or hereafter taken by the Proper Officers of each Company in connection with any matter referred to or contemplated by the foregoing resolutions are hereby ratified and confirmed as the act and deed of the Company; and

3

Removal000102

RESOLVED FURTHER, that this Consent may be executed by original or any electronic signature complying with the Electronic Signatures in Global and National Commerce Act of 2000 (including DocuSign) and delivered by facsimile, Portable Document Format (.pdf), or other electronic imaging means, and in any number of counterparts with the same effect as if all parties hereto had signed the same document. All counterparts shall be construed together to constitute one and the same instrument.

[*Signature Page Follows*]

4

Removal000103

Fill in this information to identify the case:

Debtor name: Alpine Summit Energy Partners, Inc., et al.

United States Bankruptcy Court for the: Southern District of Texas (Houston)

Case number (if known): 23-_____( )

☐ Check if this is an amended filing

**Chapter 11:** <u>List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders</u>

Official Form 204

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | SOTAOG LLC<br>ATTN: ROBERT ESTILL<br>1707 1/2 POST OAK BLVD<br>STE 264<br>HOUSTON, TX 77056 | SOTAOG LLC<br>ATTN: ROBERT ESTILL<br>PHONE: 281-460-0498<br>EMAIL: REESTILL@SOTAOG.COM | TRADE VENDOR | | | | $4,893,345 |
| 2 | MAGNOLIA OIL & GAS OPERATING, LLC<br>ATTN: DENISE SPEER<br>NINE GREENWAY PLAZA<br>SUITE 1300<br>HOUSTON, TX 77046 | MAGNOLIA OIL & GAS OPERATING, LLC<br>ATTN: DENISE SPEER<br>PHONE: 713-842-9055<br>EMAIL: DSPEER@MGYOIL.COM | ROYALTY & NON-OPERATING WORKING INTEREST | | | | $2,565,751 |
| 3 | BOLD PRODUCTION SERVICES, LLC<br>ATTN: DEBI AVILA<br>10880 ALCOTT DR.<br>SUITE A<br>HOUSTON, TX 77043 | BOLD PRODUCTION SERVICES, LLC<br>ATTN: DEBI AVILA<br>PHONE: 833-369-2653<br>EMAIL: DAVILA@BPS-LLC.COM | TRADE VENDOR | | | | $2,207,235 |
| 4 | COMPLETION EQUIPMENT RENTAL, INC.<br>ATTN: LISA ROBINSON<br>4085 CIBOLO CANYONS STREET<br>SUITE 101<br>SAN ANTONIO, TX 78261 | COMPLETION EQUIPMENT RENTAL, INC.<br>ATTN: LISA ROBINSON<br>PHONE: 210-462-7132<br>EMAIL: AR@COMPLETIONRENTAL.COM | TRADE VENDOR | | | | $2,053,369 |
| 5 | LEGACY ENERGY SERVICES<br>ATTN: JESSICA YANUSHKA<br>3276 COUNTY ROAD 303<br>JOURDANTON, TX 78026 | LEGACY ENERGY SERVICES<br>ATTN: JESSICA YANUSHKA<br>PHONE: 210-289-2482<br>EMAIL: JESSICA@LEGACYENERSERV.COM | TRADE VENDOR | | | | $1,946,856 |
| 6 | SMART OILFIELD SERVICES LLC<br>ATTN: KATLYNN CANNON<br>P.O. BOX 3002<br>LIBERTY, TX 77575 | SMART OILFIELD SERVICES LLC<br>ATTN: KATLYNN CANNON<br>PHONE: 936-336-3768<br>FAX: 936-334-1951<br>EMAIL: AP@SMARTOILFIELDSERVICES.COM | TRADE VENDOR | | | | $1,627,422 |
| 7 | TGM SERVICES INC.<br>ATTN: REBEKAH ZUNIGA<br>P.O. BOX 566<br>GIDDINGS, TX 78942 | TGM SERVICES INC.<br>ATTN: REBEKAH ZUNIGA<br>PHONE: 979-716-8999<br>EMAIL: BEK@TGMSI.COM | TRADE VENDOR | | | | $1,624,585 |
| 8 | GLADIATOR ENERGY, LLC<br>ATTN: CINDY MARTINEZ - AP/AR SUPERVISOR<br>3200 SOUTHWEST FREEWAY<br>SUITE 1275<br>HOUSTON, TX 77027 | GLADIATOR ENERGY, LLC<br>ATTN: CINDY MARTINEZ - AP/AR SUPERVISOR<br>PHONE: 832-372-7315<br>EMAIL: AR@GLADIATORENERGY.COM | TRADE VENDOR | | | | $1,576,340 |
| 9 | ROYALTY E-LINE LLC<br>ATTN: LEEANN COLEMAN<br>9224 US HWY 277<br>CARRIZO SPRINGS, TX 78834 | ROYALTY E-LINE LLC<br>ATTN: LEEANN COLEMAN<br>PHONE: 830-694-3142<br>FAX: 830-694-3142<br>EMAIL: LCOLEMAN@ROYALTYELINE.COM | TRADE VENDOR | | | | $1,550,802 |
| 10 | ESTIS COMPRESSION LLC<br>ATTN: ANGELIA PALMER<br>545 HUEY LENARD LOOP<br>WEST MONROE, LA 71292 | ESTIS COMPRESSION LLC<br>ATTN: ANGELIA PALMER<br>PHONE: 318 397-5557<br>FAX: 903-643-8939<br>EMAIL: APALMER@ESTISCOMPRESSION.COM | TRADE VENDOR | | | | $1,506,978 |
| 11 | TDS ENTERPRISES INC.<br>ATTN: THOMAS (JE) SCHAMBER<br>8 BRANDT RD.<br>BOERNE, TX 78006 | TDS ENTERPRISES INC.<br>ATTN: THOMAS (JE) SCHAMBER<br>PHONE: 307-349-5621<br>EMAIL: DESWYO@GMAIL.COM | TRADE VENDOR | | | | $1,312,933 |
| 12 | RWDY INC<br>ATTN: LYNN WOLLMAN<br>950 ECHO LANE<br>SUITE 200<br>HOUSTON, TX 77024 | RWDY INC<br>ATTN: LYNN WOLLMAN<br>PHONE: 713-984-7554<br>EMAIL: BTO@RWDYINC.COM | TRADE VENDOR | | | | $1,120,550 |
| 13 | FLOW ZONE, LLC<br>ATTN: TONYA WATSON<br>DEPT. 248 P.O. BOX 4346<br>HOUSTON, TX 77210 | FLOW ZONE, LLC<br>ATTN: TONYA WATSON<br>PHONE: 281-406-9402<br>EMAIL: TKWATSON@FLOW-ZONE.COM | TRADE VENDOR | | | | $1,100,364 |
| 14 | EXXON MOBIL CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>5959 LAS COLINAS BOULEVARD<br>IRVING, TX 75039-2298 | EXXON MOBIL CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 972-940-6000 | ROYALTY & NON-OPERATING WORKING INTEREST | | | | $857,851 |
| 15 | QUORUM BUSINESS SOLUTIONS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>811 MAIN STREET<br>SUITE 2000<br>HOUSTON, TX 77002 | QUORUM BUSINESS SOLUTIONS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 713-430-8600<br>EMAIL:<br>REMITTANCE.NOTIFICATION@QUORUMSOFTWAR E.COM | TRADE VENDOR | | | | $730,458 |
| 16 | PATRIOT STEEL GROUP, LLC<br>ATTN: BRANDON<br>PO BOX 548<br>BROUSSARD, LA 70518 | PATRIOT STEEL GROUP, LLC<br>ATTN: BRANDON<br>PHONE: 337-400-2061<br>EMAIL: CHRIS@PATRIOTSTEELGROUP.COM | TRADE VENDOR | | | | $720,271 |
| 17 | SOUTH TEXAS FENCING & TRENCHING<br>ATTN: KEVIN KERR<br>PO BOX 1499<br>ALICE, TX 78333 | SOUTH TEXAS FENCING & TRENCHING<br>ATTN: KEVIN KERR<br>PHONE: 361-492-0876 | TRADE VENDOR | | | | $635,800 |

Debtor: Alpine Summit Energy Partners, Inc., *et al.*　　　　　　　　　　　　　　　　　　　　　　Case number (if known): 23-_____ ( )

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 18 | 448 SUPPLY INC. ATTN: ASHLEY LOPEZ 1482 FM 448 GIDDINGS, TX 78942 | 448 SUPPLY INC. ATTN: ASHLEY LOPEZ PHONE: 979-542-0376 EMAIL: AL448SUPPLY2014@GMAIL.COM | TRADE VENDOR | | | $600,486 |
| 19 | SAN ROMAN RANCH MINERAL PARTNERS, LTD ATTN: LAUREN CHILTON 5635 YOLANDA CIRCLE DALLAS, TX 75229 | SAN ROMAN RANCH MINERAL PARTNERS, LTD ATTN: LAUREN CHILTON PHONE: 214-277-4702 EMAIL: LAUREN.CHILTON@ICLOUD.COM | ROYALTY & NON-OPERATING WORKING INTEREST | | | $591,495 |
| 20 | STERLING CRANE LLC ATTN: PRESIDENT OR GENERAL COUNSEL 9351 GRANT ST. SUITE 250 THORNTON, CO 80229 | STERLING CRANE LLC ATTN: PRESIDENT OR GENERAL COUNSEL PHONE: 303-422-0434 FAX: 303-431-9462 EMAIL: PHIBBERT@STERLINGCRANE.COM | TRADE VENDOR | | | $525,715 |
| 21 | NITRO FLUIDS LLC ATTN: ERIC FONTENOT P.O. BOX 585 YORKTOWN, TX 78164 | NITRO FLUIDS LLC ATTN: ERIC FONTENOT PHONE: 361-938-7400 | TRADE VENDOR | | | $437,156 |
| 22 | TREND SERVICES INC. ATTN: PRESIDENT OR GENERAL COUNSEL 2825 SE EVANGELINE THRUWAY LAFAYETTE, LA 70508 | TREND SERVICES INC. ATTN: PRESIDENT OR GENERAL COUNSEL PHONE: 337-234-7990 FAX: 337-232-3709 EMAIL: AROBERTS@TSINC.CC | TRADE VENDOR | | | $379,667 |
| 23 | R & L WATER LLC ATTN: PRESIDENT OR GENERAL COUNSEL 1595 COUNTY ROAD 221 GIDDINGS, TX 78942 | R & L WATER LLC ATTN: PRESIDENT OR GENERAL COUNSEL PHONE: 512-284-2739 | TRADE VENDOR | | | $375,000 |
| 24 | MORGAN PETROLEUM TESTERS, INC. ATTN: CHRIS MANNING PO BOX 1006 GIDDINGS, TX 78942 | MORGAN PETROLEUM TESTERS, INC. ATTN: CHRIS MANNING PHONE: 979-542-9390 FAX: 979-542-9463 EMAIL: INFO@MORGANTESTERS.COM | TRADE VENDOR | | | $359,267 |
| 25 | ACME TRUCK LINE SERVICE INC. ATTN: PRESIDENT OR GENERAL COUNSEL MSC-410683 NASHVILLE, TN 37241 | ACME TRUCK LINE SERVICE INC. ATTN: PRESIDENT OR GENERAL COUNSEL PHONE: 504-368-2510 FAX: 888-345-2263 EMAIL: CREDIT@ACMETRUCK.COM | TRADE VENDOR | | | $335,406 |
| 26 | OILFIELD INSTRUMENTATION USA ALDONS ATTN: KEITH PRICE/DEREK COOK PO BOX 51902 LAFAYETTE, LA 70505 | OILFIELD INSTRUMENTATION USA ALDONS ATTN: KEITH PRICE/DEREK COOK PHONE: 337-839-1263 FAX: 337-982-2344 EMAIL: HWHITNEY@OIUSA.COM | TRADE VENDOR | | | $333,884 |
| 27 | AQUATERRA WATER MANAGMENT ATTN: PRESIDENT OR GENERAL COUNSEL 10343 W. SAM HOUSTON PKWY N. SUITE 325 HOUSTON, TX 77064 | AQUATERRA WATER MANAGMENT ATTN: PRESIDENT OR GENERAL COUNSEL PHONE: 979-690-2226 | TRADE VENDOR | | | $330,825 |
| 28 | RICHARD'S HOT OIL & LEASE SERVICE ATTN: PRESIDENT OR GENERAL COUNSEL P.O BOX 816 GIDDINGS, TX 78942 | RICHARD'S HOT OIL & LEASE SERVICE ATTN: PRESIDENT OR GENERAL COUNSEL EMAIL: RHOS1983@HOTMAIL.COM | TRADE VENDOR | | | $320,071 |
| 29 | ROCKING W ENERGY SERVICES, LLC ATTN: KACY FRAZIER - CONTROLLER PO BOX 458 BANQUETE, TX 78339 | ROCKING W ENERGY SERVICES, LLC ATTN: KACY FRAZIER - CONTROLLER PHONE: 361-813-5174 EMAIL: KACY@ROCKINGWES.COM | TRADE VENDOR | | | $301,945 |
| 30 | GEOSTEERING LLP ATTN: PRESIDENT OR GENERAL COUNSEL 77 SUGAR CREEK CENTER BLVD. STE. 385 SUGARLAND, TX 77478 | GEOSTEERING LLP ATTN: PRESIDENT OR GENERAL COUNSEL | TRADE VENDOR | | | $296,778 |

Removal000105

**Fill in this information to identify the case:**

Debtor name    Ironroc Energy Partners LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204
- ■ Other document that requires a declaration    Consolidated Corporate Ownership Statement and List of Equity Interest Holders Pursuant to Fed. R. Bankr. P. 1007(a)(1), 1007(a)(3), and 7007.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/05/2023      **x** /s/ Craig Perry
                                        Signature of individual signing on behalf of debtor

                                        Craig Perry
                                        Printed name

                                        CEO of Ironroc Energy Partners LLC
                                        Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Removal000106

# EXHIBIT C

Removal000107

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | Ageron Ironroc Energy, LLC |

| | |
| --- | --- |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
| --- | --- |
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 3322 West End Ave, Suite 450<br>Nashville, TN 37203<br>Number, Street, City, State & ZIP Code | |
| | | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Davidson<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | https://www.alpinesummitenergy.com/ |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Removal000108

| Debtor | Ageron Ironroc Energy, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2111

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | Ageron Ironroc Energy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | See Schedule I | Relationship | Affiliate |
| District | Southern District of Texas | When | 7/05/23 | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy

Removal000110

page 3

| Debtor | Ageron Ironroc Energy, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Removal000111

| Debtor | Ageron Ironroc Energy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/05/2023
                MM / DD / YYYY

**X** /s/ Craig Perry                                Craig Perry
Signature of authorized representative of debtor    Printed name

Title    CEO of Ironroc Energy Partners LLC

**18. Signature of attorney**

**X** /s/ Eric M. English                            Date 07/05/2023
Signature of attorney for debtor                     MM / DD / YYYY

Eric M. English
Printed name

Porter Hedges LLP
Firm name

1000 Main Street, 36th Floor
Houston, TX 77002
Number, Street, City, State & ZIP Code

Contact phone   (713) 226-6000        Email address   eenglish@porterhedges.com

24062714 TX
Bar number and State

Removal000112

## Schedule I

### Affiliated Entities

On the date hereof, each of the affiliate entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* Contemporaneously with the filings of these petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

Ironroc Energy Partners LLC

Alpine Summit Energy Partners, Inc.

Alpine Summit Energy Investors, Inc.

HB2 Origination, LLC

Ageron Ironroc Energy, LLC

Ageron Energy II, LLC

Alpine Carbon, LLC

Removal000113

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § Chapter 11 |
| | § |
| **ALPINE SUMMIT ENERGY PARTNERS,** | § Case No. 23-[_____] |
| **INC.**, *et al.* | § |
| | § **(Jointly Administration Requested)** |
| **Debtors.** [1] | § |
| | § |
| | § |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO**
**FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), attached hereto as **Exhibit A** is an organizational list reflecting all of the ownership interests in Alpine Summit Energy Partners, Inc. ("ALPS") and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") . The Debtors respectfully represent as follows:

1.      Each of the Debtors identified on Exhibit A is owned as depicted therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are Alpine Summit Energy Partners, Inc. (3755), HB2 Origination, LLC (6760), Ageron Energy II, LLC (1436), Ironroc Energy Partners LLC (9801), Ageron Ironroc Energy, LLC (N/A), Alpine Summit Energy Investors, Inc. (4428), and Alpine Carbon, LLC (N/A). The location of the Debtors' service address is: 3322 West End Ave, Suite 450, Nashville, TN 37203.

1

Removal000114

**Exhibit A**

| Debtor | Equity Holder | Percentage of Ownership | Last Known Address of Equity Holder |
|---|---|---|---|
| Alpine Summit Energy Partners, Inc. | HB2 Energy Inc. | 27.61% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Alpine Summit Energy Partners, Inc. | CDS & Co. | 17.7% | NCI Account 300-100 Adelaide St. W Toronto, Ontario MSH 153 Canada |
| Alpine Summit Energy Investors, Inc. | Alpine Summit Energy Partners, Inc. | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| HB2 Origination, LLC | Alpine Summit Energy Investors, Inc. | 99% Class A Shares | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Alpine Carbon, LLC | HB2 Origination, LLC | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Ageron Energy II, LLC | HB2 Origination, LLC | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Ironroc Energy Partners LLC | HB2 Energy Inc. | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Ageron Ironroc Energy, LLC | Ironroc Energy Partners LLC | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |

Removal000115

**JOINT WRITTEN CONSENT**
**OF THE GOVERNING BODIES OF**
**IRONROC ENERGY PARTNERS LLC**
**AND**
**AGERON IRONROC ENERGY, LLC**

July 4, 2023

The undersigned identified on the signature page hereof, acting pursuant to the applicable statutory and other legal requirement for each of the entities named below (each, a "*Company*" and collectively, the "*Companies*"):

IRONROC ENERGY PARTNERS LLC, a Texas limited liability company; and

AGERON IRONROC ENERGY, LLC, a Texas limited liability company;

constitute all of the governing bodies (each, a "*Governing Body*" and collectively, the "*Governing Bodies*"), required by applicable law and each Company's organizational documents (the "*Applicable Requirements*") to act for such Company, and each and all of the undersigned, acting in accordance with the authority contained in the Applicable Requirements, waiving all notice, do hereby consent to and adopt the following resolutions and take the following actions without a meeting, by written consent (this "*Consent*").

*Proper Officers*

NOW, THEREFORE, BE IT RESOLVED, that for purposes of these resolutions, the term "*Proper Officers*" shall mean any one or more of the duly elected Chief Executive Officer, President, Chief Operating Officer, Chief Investment Officer, Chief Financial Officer, Chief Legal Officer and Chief Administrative Officer of each Company, as applicable, acting alone or with any of the other Proper Officers of such Company, and solely for purposes of attesting to or certifying the authenticity of signatures, documents, instruments or agreements, the Secretary of such Company.

*Filing of Bankruptcy Petition*

WHEREAS, the Governing Bodies, have considered the financial and operational aspects of each Company's business;

WHEREAS, each Governing Body has reviewed the historical performance of the applicable Company, the market for such Company's products, and the current and long-term liabilities of such Company; and

WHEREAS, the Governing Bodies have, over the last several months, reviewed the materials presented by the management of and the advisors to each Company regarding the possible need to restructure the Companies, and have analyzed each of the strategic alternatives available to such Governing Body, and the impact of the foregoing on each Company's business and its other stakeholders.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of each Governing Body, it is desirable and in the best interests of the Companies, their creditors, employees, members and other interested parties and stakeholders that a petition be filed by each Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*");

Removal000116

RESOLVED FURTHER, that the Proper Officers of each Company be, and each of them hereby is, authorized on behalf of such Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Proper Officer deems necessary, desirable and proper in connection with each Company's Chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED FURTHER, that the Proper Officers of each Company, on behalf of such Company, are authorized, empowered and directed to retain the law firm of Porter Hedges LLP ("*Porter Hedges*") as bankruptcy counsel to represent and assist each Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance each Company's rights in connection therewith, and the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Porter Hedges;

RESOLVED FURTHER, that the Proper Officers of each Company, on behalf of such Company, are authorized, empowered and directed to retain the services of Houlihan Lokey Capital, Inc. and its affiliates ("*Houlihan*") as each Company's investment banker to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Houlihan;

RESOLVED FURTHER, that the Proper Officers of each Company, on behalf of such Company, are authorized, empowered and directed to retain the services of Huron Consulting Services LLC and its affiliates ("*Huron*") as each Company's financial advisor to represent and assist each Company in carrying out its duties under the Bankruptcy Code, to provide the Company and each of the Filing Subsidiaries with a Chief Restructuring Officer, a Deputy Chief Restructuring Officer and other additional personnel as required, and to take any and all actions to advance each Company's rights and obligations, and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Huron and the representatives of Huron named below as Chief Restructuring Officer and Deputy Chief Restructuring Officer, respectively;

RESOLVED FURTHER, that the Governing Body of each company hereby elects Ryan Bouley as Chief Restructuring Officer of the Company and Sean Clements as Deputy Chief Restructuring Officer of each Company, to hold such offices until the earlier election and qualification of their respective successors or until their earlier resignation or removal;

RESOLVED FURTHER, that the Proper Officers of each Company, on behalf of such Company, are authorized, empowered and directed to retain the services of Kroll Restructuring Administration LLC and its affiliates ("*Kroll*") as each Company's claims, noticing and solicitation agent to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Kroll;

Removal000117

RESOLVED FURTHER, that the Proper Officers of each Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED FURTHER, that the Proper Officers of each Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of each Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on such Company's assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED FURTHER, that in connection with the Chapter 11 case, the Proper Officers of each Company be, and each of them hereby is, authorized and empowered to enter into a restructuring support agreement among the applicable debtor(s) and the other parties thereto, a plan of reorganization or liquidation, as applicable, and any disclosure statements in connection therewith, and to perform the obligations of each Company, as applicable, contemplated thereunder;

RESOLVED FURTHER, that the Proper Officers of each Company be, and each of them hereby is, authorized on behalf of such Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Proper Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a Chapter 11 plan and related disclosure statement; and

RESOLVED FURTHER, that any and all actions heretofore taken by a Proper Officer of any Company or the Governing Body of any Company in the name and on behalf of such Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

***General***

RESOLVED FURTHER, that each Company and the Proper Officers of such Company, and counsel, and each of them hereby is, authorized and empowered, for, in the name of and on behalf of such Company to take any and all such further action as may be necessary or proper to carry out the intent and accomplish the purposes of the above resolutions, including, but not limited to, making such filings or applications with the appropriate governmental and regulatory authorities and executing and delivering such documents and instruments as shall be deemed necessary or proper in connection therewith;

RESOLVED FURTHER, that any and all actions heretofore or hereafter taken by the Proper Officers of each Company in connection with any matter referred to or contemplated by the foregoing resolutions are hereby ratified and confirmed as the act and deed of the Company; and

3

Removal000118

RESOLVED FURTHER, that this Consent may be executed by original or any electronic signature complying with the Electronic Signatures in Global and National Commerce Act of 2000 (including DocuSign) and delivered by facsimile, Portable Document Format (.pdf), or other electronic imaging means, and in any number of counterparts with the same effect as if all parties hereto had signed the same document. All counterparts shall be construed together to constitute one and the same instrument.

[*Signature Page Follows*]

Removal000119

**Fill in this information to identify the case:**

Debtor name: Alpine Summit Energy Partners, Inc., et al.

United States Bankruptcy Court for the: Southern District of Texas (Houston)

Case number (if known): 23-_____(__)

☐ Check if this is an amended filing

Official Form 204

## Chapter 11: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | SOTAOG LLC<br>ATTN: ROBERT ESTILL<br>1707 1/2 POST OAK BLVD<br>STE 264<br>HOUSTON, TX 77056 | SOTAOG LLC<br>ATTN: ROBERT ESTILL<br>PHONE: 281-460-0498<br>EMAIL: REESTILL@SOTAOG.COM | TRADE VENDOR | | | | $4,893,345 |
| 2 | MAGNOLIA OIL & GAS OPERATING, LLC<br>ATTN: DENISE SPEER<br>NINE GREENWAY PLAZA<br>SUITE 1300<br>HOUSTON, TX 77046 | MAGNOLIA OIL & GAS OPERATING, LLC<br>ATTN: DENISE SPEER<br>PHONE: 713-842-9055<br>EMAIL: DSPEER@MGYOIL.COM | ROYALTY & NON-OPERATING WORKING INTEREST | | | | $2,565,751 |
| 3 | BOLD PRODUCTION SERVICES, LLC<br>ATTN: DEBI AVILA<br>10880 ALCOTT DR.<br>SUITE A<br>HOUSTON, TX 77043 | BOLD PRODUCTION SERVICES, LLC<br>ATTN: DEBI AVILA<br>PHONE: 833-369-2653<br>EMAIL: DAVILA@BPS-LLC.COM | TRADE VENDOR | | | | $2,207,235 |
| 4 | COMPLETION EQUIPMENT RENTAL, INC.<br>ATTN: LISA ROBINSON<br>4085 CIBOLO CANYONS STREET<br>SUITE 101<br>SAN ANTONIO, TX 78261 | COMPLETION EQUIPMENT RENTAL, INC.<br>ATTN: LISA ROBINSON<br>PHONE: 210-462-7132<br>EMAIL: AR@COMPLETIONRENTAL.COM | TRADE VENDOR | | | | $2,053,369 |
| 5 | LEGACY ENERGY SERVICES<br>ATTN: JESSICA YANUSHKA<br>3276 COUNTY ROAD 303<br>JOURDANTON, TX 78026 | LEGACY ENERGY SERVICES<br>ATTN: JESSICA YANUSHKA<br>PHONE: 210-289-2482<br>EMAIL: JESSICA@LEGACYENERSERV.COM | TRADE VENDOR | | | | $1,946,856 |
| 6 | SMART OILFIELD SERVICES LLC<br>ATTN: KATLYNN CANNON<br>P.O. BOX 3002<br>LIBERTY, TX 77575 | SMART OILFIELD SERVICES LLC<br>ATTN: KATLYNN CANNON<br>PHONE: 936-336-3768<br>FAX: 936-334-1951<br>EMAIL: AP@SMARTOILFIELDSERVICES.COM | TRADE VENDOR | | | | $1,627,422 |
| 7 | TGM SERVICES INC.<br>ATTN: REBEKAH ZUNIGA<br>P.O. BOX 566<br>GIDDINGS, TX 78942 | TGM SERVICES INC.<br>ATTN: REBEKAH ZUNIGA<br>PHONE: 979-716-8999<br>EMAIL: BEK@TGMSI.COM | TRADE VENDOR | | | | $1,624,585 |
| 8 | GLADIATOR ENERGY, LLC<br>ATTN: CINDY MARTINEZ - AP/AR SUPERVISOR<br>320 SOUTHWEST FREEWAY<br>SUITE 1275<br>HOUSTON, TX 77027 | GLADIATOR ENERGY, LLC<br>ATTN: CINDY MARTINEZ - AP/AR SUPERVISOR<br>PHONE: 832-372-7315<br>EMAIL: AR@GLADIATORENERGY.COM | TRADE VENDOR | | | | $1,576,340 |
| 9 | ROYALTY E-LINE LLC<br>ATTN: LEEANN COLEMAN<br>9224 US HWY 277<br>CARRIZO SPRINGS, TX 78834 | ROYALTY E-LINE LLC<br>ATTN: LEEANN COLEMAN<br>PHONE: 830-694-3142<br>FAX: 830-694-3142<br>EMAIL: LCOLEMAN@ROYALTYELINE.COM | TRADE VENDOR | | | | $1,550,802 |
| 10 | ESTIS COMPRESSION LLC<br>ATTN: ANGELIA PALMER<br>545 HUEY LENARD LOOP<br>WEST MONROE, LA 71292 | ESTIS COMPRESSION LLC<br>ATTN: ANGELIA PALMER<br>PHONE: 318 397-5557<br>FAX: 903-643-8939<br>EMAIL: APALMER@ESTISCOMPRESSION.COM | TRADE VENDOR | | | | $1,506,978 |
| 11 | TDS ENTERPRISES INC.<br>ATTN: THOMAS (JE) SCHAMBER<br>8 BRANDT RD.<br>BOERNE, TX 78006 | TDS ENTERPRISES INC.<br>ATTN: THOMAS (JE) SCHAMBER<br>PHONE: 307-349-5621<br>EMAIL: DESWYO@GMAIL.COM | TRADE VENDOR | | | | $1,312,933 |
| 12 | RWDY INC<br>ATTN: LYNN WOLLMAN<br>950 ECHO LANE<br>SUITE 200<br>HOUSTON, TX 77024 | RWDY INC<br>ATTN: LYNN WOLLMAN<br>PHONE: 713-984-7554<br>EMAIL: BTO@RWDYINC.COM | TRADE VENDOR | | | | $1,120,550 |
| 13 | FLOW ZONE, LLC<br>ATTN: TONYA WATSON<br>DEPT. 248 P.O. BOX 4346<br>HOUSTON, TX 77210 | FLOW ZONE, LLC<br>ATTN: TONYA WATSON<br>PHONE: 281-406-9402<br>EMAIL: TKWATSON@FLOW-ZONE.COM | TRADE VENDOR | | | | $1,100,364 |
| 14 | EXXON MOBIL CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>5959 LAS COLINAS BOULEVARD<br>IRVING, TX 75039-2298 | EXXON MOBIL CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 972-940-6000 | ROYALTY & NON-OPERATING WORKING INTEREST | | | | $857,851 |
| 15 | QUORUM BUSINESS SOLUTIONS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>811 MAIN STREET<br>SUITE 2000<br>HOUSTON, TX 77002 | QUORUM BUSINESS SOLUTIONS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 713-430-8600<br>EMAIL:<br>REMITTANCE.NOTIFICATION@QUORUMSOFTWARE.COM | TRADE VENDOR | | | | $730,458 |
| 16 | PATRIOT STEEL GROUP, LLC<br>ATTN: BRANDON<br>PO BOX 548<br>BROUSSARD, LA 70518 | PATRIOT STEEL GROUP, LLC<br>ATTN: BRANDON<br>PHONE: 337-400-2061<br>EMAIL: CHRIS@PATRIOTSTEELGROUP.COM | TRADE VENDOR | | | | $720,271 |
| 17 | SOUTH TEXAS FENCING & TRENCHING<br>ATTN: KEVIN KERR<br>PO BOX 1499<br>ALICE, TX 78333 | SOUTH TEXAS FENCING & TRENCHING<br>ATTN: KEVIN KERR<br>PHONE: 361-492-0876 | TRADE VENDOR | | | | $635,800 |

Debtor: Alpine Summit Energy Partners, Inc., et al.                                                                                      Case number (if known): 23-_____ (  )

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 18 | 448 SUPPLY INC.<br>ATTN: ASHLEY LOPEZ<br>1482 FM 448<br>GIDDINGS, TX 78942 | 448 SUPPLY INC.<br>ATTN: ASHLEY LOPEZ<br>PHONE: 979-542-0376<br>EMAIL: AL448SUPPLY2014@GMAIL.COM | TRADE VENDOR | | | $600,486 |
| 19 | SAN ROMAN RANCH MINERAL PARTNERS, LTD<br>ATTN: LAUREN CHILTON<br>5635 YOLANDA CIRCLE<br>DALLAS, TX 75229 | SAN ROMAN RANCH MINERAL PARTNERS, LTD<br>ATTN: LAUREN CHILTON<br>PHONE: 214-277-4702<br>EMAIL: LAUREN.CHILTON@ICLOUD.COM | ROYALTY & NON-OPERATING WORKING INTEREST | | | $591,495 |
| 20 | STERLING CRANE LLC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>9351 GRANT ST.<br>SUITE 250<br>THORNTON, CO 80229 | STERLING CRANE LLC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 303-422-0434<br>FAX: 303-431-9462<br>EMAIL: PHIBBERT@STERLINGCRANE.COM | TRADE VENDOR | | | $525,715 |
| 21 | NITRO FLUIDS LLC<br>ATTN: ERIC FONTENOT<br>P.O. BOX 585<br>YORKTOWN, TX 78164 | NITRO FLUIDS LLC<br>ATTN: ERIC FONTENOT<br>PHONE: 361-938-7400 | TRADE VENDOR | | | $437,156 |
| 22 | TREND SERVICES INC.<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>2825 SE EVANGELINE THRUWAY<br>LAFAYETTE, LA 70508 | TREND SERVICES INC.<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 337-234-7990<br>FAX: 337-232-3709<br>EMAIL: AROBERTS@TSINC.CC | TRADE VENDOR | | | $379,667 |
| 23 | R & L WATER LLC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>1595 COUNTY ROAD 221<br>GIDDINGS, TX 78942 | R & L WATER LLC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 512-284-2739 | TRADE VENDOR | | | $375,000 |
| 24 | MORGAN PETROLEUM TESTERS, INC.<br>ATTN: CHRIS MANNING<br>PO BOX 1006<br>GIDDINGS, TX 78942 | MORGAN PETROLEUM TESTERS, INC.<br>ATTN: CHRIS MANNING<br>PHONE: 979-542-9390<br>FAX: 979-542-9463<br>EMAIL: INFO@MORGANTESTERS.COM | TRADE VENDOR | | | $359,267 |
| 25 | ACME TRUCK LINE SERVICE INC.<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>MSC-410683<br>NASHVILLE, TN 37241 | ACME TRUCK LINE SERVICE INC.<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 504-368-2510<br>FAX: 888-345-2263<br>EMAIL: CREDIT@ACMETRUCK.COM | TRADE VENDOR | | | $335,406 |
| 26 | OILFIELD INSTRUMENTATION USA ALDONS<br>ATTN: KEITH PRICE/DEREK COOK<br>PO BOX 51902<br>LAFAYETTE, LA 70505 | OILFIELD INSTRUMENTATION USA ALDONS<br>ATTN: KEITH PRICE/DEREK COOK<br>PHONE: 337-839-1263<br>FAX: 337-982-2344<br>EMAIL: HWHITNEY@OIUSA.COM | TRADE VENDOR | | | $333,884 |
| 27 | AQUATERRA WATER MANAGMENT<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>10343 W. SAM HOUSTON PKWY N.<br>SUITE 325<br>HOUSTON, TX 77064 | AQUATERRA WATER MANAGMENT<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 979-690-2226 | TRADE VENDOR | | | $330,825 |
| 28 | RICHARD'S HOT OIL & LEASE SERVICE<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>P.O BOX 816<br>GIDDINGS, TX 78942 | RICHARD'S HOT OIL & LEASE SERVICE<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>EMAIL: RHOS1983@HOTMAIL.COM | TRADE VENDOR | | | $320,071 |
| 29 | ROCKING W ENERGY SERVICES, LLC<br>ATTN: KACY FRAZIER - CONTROLLER<br>PO BOX 458<br>BANQUETE, TX 78339 | ROCKING W ENERGY SERVICES, LLC<br>ATTN: KACY FRAZIER - CONTROLLER<br>PHONE: 361-813-5174<br>EMAIL: KACY@ROCKINGWES.COM | TRADE VENDOR | | | $301,945 |
| 30 | GEOSTEERING LLP<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>77 SUGAR CREEK CENTER BLVD.<br>STE. 385<br>SUGARLAND, TX 77478 | GEOSTEERING LLP<br>ATTN: PRESIDENT OR GENERAL COUNSEL | TRADE VENDOR | | | $296,778 |

Removal000121

| Fill in this information to identify the case: |
|---|

Debtor name    Ageron Ironroc Energy, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204
☒   Other document that requires a declaration    Consolidated Corporate Ownership Statement and List of Equity Interest Holders Pursuant to Fed. R. Bankr. P. 1007(a)(1), 1007(a)(3), and 7007.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/05/2023     X /s/ Craig Perry
                                    Signature of individual signing on behalf of debtor

                                    Craig Perry
                                    Printed name

                                    CEO of Ironroc Energy Partners LLC
                                    Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Removal000122

# EXHIBIT D

Removal000123

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Ageron Energy II, LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 87-3431436 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3322 West End Ave, Suite 450 <br> Nashville, TN 37203 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Davidson | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.alpinesummitenergy.com/ |

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Removal000124

| Debtor | Ageron Energy II, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   2111

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Removal000125

| Debtor | Ageron Energy II, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Schedule I | Relationship | Affiliate |
|---|---|---|---|
| District | Southern District of Texas | When 7/05/23 | Case number, if known |

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Removal000126

| Debtor | Ageron Energy II, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Removal000127

| Debtor | Ageron Energy II, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| | I have been authorized to file this petition on behalf of the debtor. | |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. | |
| | I declare under penalty of perjury that the foregoing is true and correct. | |

Executed on    07/05/2023
                MM / DD / YYYY

**X** /s/ Craig Perry                         Craig Perry
      Signature of authorized representative of debtor        Printed name

Title    CEO and Chairman of the Board Alpine Summit Energy Partners, Inc.

---

| | | |
|---|---|---|
| **18. Signature of attorney** | **X** /s/ Eric M. English        Date 07/05/2023 | |
| | Signature of attorney for debtor              MM / DD / YYYY | |

Eric M. English
Printed name

Porter Hedges LLP
Firm name

1000 Main Street, 36th Floor
Houston, TX 77002
Number, Street, City, State & ZIP Code

Contact phone    (713) 226-6000       Email address    eenglish@porterhedges.com

24062714 TX
Bar number and State

## Schedule I

### Affiliated Entities

On the date hereof, each of the affiliate entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* Contemporaneously with the filings of these petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

Ironroc Energy Partners LLC

Alpine Summit Energy Partners, Inc.

Alpine Summit Energy Investors, Inc.

HB2 Origination, LLC

Ageron Ironroc Energy, LLC

Ageron Energy II, LLC

Alpine Carbon, LLC

Removal000129

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  | § |  |
| --- | --- | --- |
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **ALPINE SUMMIT ENERGY PARTNERS, INC.**, *et al.* | § | **Case No. 23-[_____]** |
|  | § |  |
|  | § | **(Jointly Administration Requested)** |
| Debtors. [1] | § |  |
|  | § |  |
|  | § |  |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO
FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), attached hereto as **Exhibit A** is an organizational list reflecting all of the ownership interests in Alpine Summit Energy Partners, Inc. ("ALPS") and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") . The Debtors respectfully represent as follows:

1.     Each of the Debtors identified on Exhibit A is owned as depicted therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are Alpine Summit Energy Partners, Inc. (3755), HB2 Origination, LLC (6760), Ageron Energy II, LLC (1436), Ironroc Energy Partners LLC (9801), Ageron Ironroc Energy, LLC (N/A), Alpine Summit Energy Investors, Inc. (4428), and Alpine Carbon, LLC (N/A). The location of the Debtors' service address is: 3322 West End Ave, Suite 450, Nashville, TN 37203.

1

Removal000130

**Exhibit A**

| Debtor | Equity Holder | Percentage of Ownership | Last Known Address of Equity Holder |
|---|---|---|---|
| Alpine Summit Energy Partners, Inc. | HB2 Energy Inc. | 27.61% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Alpine Summit Energy Partners, Inc. | CDS & Co. | 17.7% | NCI Account 300-100 Adelaide St. W Toronto, Ontario MSH 153 Canada |
| Alpine Summit Energy Investors, Inc. | Alpine Summit Energy Partners, Inc. | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| HB2 Origination, LLC | Alpine Summit Energy Investors, Inc. | 99% Class A Shares | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Alpine Carbon, LLC | HB2 Origination, LLC | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Ageron Energy II, LLC | HB2 Origination, LLC | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Ironroc Energy Partners LLC | HB2 Energy Inc. | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |
| Ageron Ironroc Energy, LLC | Ironroc Energy Partners LLC | 100% | 3322 West End Ave, Suite 450, Nashville, TN 37203 |

Removal000131

**RESOLUTIONS OF THE DIRECTORS**
**OF**
**ALPINE SUMMIT ENERGY PARTNERS, INC.**

Dated as of July 4, 2023

The undersigned, being all of the directors of the board of directors (the "**Board**") of Alpine Summit Energy Partners, Inc. (the "**Company**") consent to the following resolutions pursuant to the provisions of the *Business Corporations Act* (British Columbia).

**FILING OF BANKRUPTCY PETITIONS**

**WHEREAS:**

A. The Board previously formed a special committee (the "**Special Committee**"), to determine, among other things, whether filing under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") would be in the best interest of the Company and its stakeholders, such determination to be made pursuant to the terms and conditions of that certain Special Committee Mandate (the "**Mandate**") effective as of March 2023.

B. The Special Committee and the Board have considered the financial and operational aspects of the Company's business.

C. The Special Committee and the Board have reviewed the historical performance of the Company, the market for the Company's products, and the current and long-term liabilities of the Company.

D. The Special Committee and the Board have, over the last several months, reviewed the materials presented by the management of the Company and the advisors to the Company regarding the possible need to restructure the Company, and have analyzed each of the strategic alternatives available to the Company and the Board, and the impact of the foregoing on the Company's business and its other stakeholders.

E. The Special Committee has recommended to the Board that it is desirable and in the best interest of the Company and certain of its subsidiaries (the "**Filing Subsidiaries**"), their creditors, employees, members and other interested parties and stakeholders that a petition be filed by the Company and each of the Filing Subsidiaries seeking relief under the provisions of Chapter 11 of the Bankruptcy Code.

**RESOLVED THAT:**

1. In the judgment of the Board, as recommended by the Special Committee, it is desirable and in the best interests of the Company and the Filing Subsidiaries, their creditors, employees, members and other interested parties and stakeholders that a petition be filed by the Company and each of the Filing Subsidiaries seeking relief under the provisions of Chapter 11 of the Bankruptcy Code.

2. Upon the filing of the petitions by the Company and each of the Filing Subsidiaries seeking relief under the provisions of Chapter 11 of the Bankruptcy Code, the dissolution of the

1

Special Committee and the termination of its duties pursuant to the Mandate be, and hereby are approved, ratified, adopted and confirmed.

3.   The officers of the Company and each of the Filing Subsidiaries be, and each of them hereby is, authorized on behalf of the Company and each of the Filing Subsidiaries to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such officer deems necessary, desirable and proper in connection with the Company's and each of the Filing Subsidiaries' Chapter 11 cases, with a view to the successful prosecution of such case.

4.   The officers of the Company and each of the Filing Subsidiaries, on behalf of the Company and each of the Filing Subsidiaries, are authorized, empowered and directed to retain the law firm of Porter Hedges LLP ("**Porter Hedges**") as bankruptcy counsel to represent and assist the Company and each of the Filing Subsidiaries in carrying out their respective duties under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's and each of the Filing Subsidiaries' rights in connection therewith, and the officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Porter Hedges.

5.   The officers of the Company and each of the Filing Subsidiaries, on behalf of the Company and each of the Filing Subsidiaries, are authorized, empowered and directed to retain the services of Houlihan Lokey Capital, Inc. and its affiliates ("**Houlihan**") as the Company's and each of the Filing Subsidiaries' investment banker to represent and assist the Company and each of the Filing Subsidiaries in carrying out their respective duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and each of the Filing Subsidiaries' rights and obligations, and in connection therewith, the officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Houlihan.

6.   The officers of the Company and each of the Filing Subsidiaries, on behalf of the Company and each of the Filing Subsidiaries, are authorized, empowered and directed to retain the services of Huron Consulting Services LLC and its affiliates ("**Huron**") as the Company's and each of the Filing Subsidiaries' financial advisor to represent and assist the Company and each of the Filing Subsidiaries in carrying out their respective duties under the Bankruptcy Code, to provide the Company and each of the Filing Subsidiaries with a Chief Restructuring Officer, a Deputy Chief Restructuring Officer and other additional personnel as required, and to take any and all actions to advance the Company's and each of the Filing Subsidiaries' rights and obligations, and in connection therewith, the officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Huron and the representatives of Huron named below as Chief Restructuring Officer and Deputy Chief Restructuring Officer, respectively.

7.   The Board hereby elects Ryan Bouley as Chief Restructuring Officer of the Company and Sean Clements as Deputy Chief Restructuring Officer of the Company, to hold such offices

2

until the earlier election and qualification of their respective successors or until their earlier resignation or removal.

8.  The officers of the Company and each of the Filing Subsidiaries, on behalf of the Company and each of the Filing Subsidiaries, are authorized, empowered and directed to retain the services of Kroll Restructuring Administration LLC and its affiliates ("**Kroll**") as the Company's and each of the Filing Subsidiaries' claims, noticing and solicitation agent to represent and assist the Company and each of the Filing Subsidiaries in carrying out their respective duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and each of the Filing Subsidiaries' rights and obligations, and in connection therewith, the officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Kroll.

9.  The officers of the Company and each of the Filing Subsidiaries be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company and each of the Filing Subsidiaries in carrying out their respective duties under the Bankruptcy Code; and in connection therewith, the officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper.

10.  The officers of the Company and each of the Filing Subsidiaries be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company and the applicable governing body of each of the Filing Subsidiaries, as applicable, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on the Company's and any of the Filing Subsidiaries' assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the officers are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents.

11.  In connection with the Chapter 11 case, the officers of the Company and each of the Filing Subsidiaries, as applicable, be, and each of them hereby is, authorized and empowered to enter into a restructuring support agreement among the applicable debtor(s) and the other parties thereto, a plan of reorganization or liquidation, as applicable, and any disclosure statements in connection therewith, and to perform the obligations of the Company and each of the Filing Subsidiaries, as applicable, contemplated thereunder.

12.  The officers of the Company and each of the Filing Subsidiaries be, and each of them hereby is, authorized on behalf of the Company and each of the Filing Subsidiaries, as applicable, to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a

3

Removal000134

successful Chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a Chapter 11 plan and related disclosure statement.

13.    Any one director or officer of the Company and each of the Filing Subsidiaries is hereby authorized, on behalf of the Company or such other Filing Subsidiary, as applicable, to take all such further actions and to execute and deliver all such further agreements, notices, filings, certificates, undertakings, instruments and documents, as such director or officer may determine to be necessary in order to give effect to the foregoing resolutions and to fully carry out the intent and accomplish the purpose of such resolutions.

14.    Any and all actions taken by any director or officer of the Company or any of the Filing Subsidiaries prior to the adoption of these resolutions, and for the purposes described in the foregoing resolutions, are hereby approved, ratified, adopted and confirmed.

15.    These resolutions may be delivered by facsimile or other electronic transmission and in one or more counterparts, and each of which when so executed and delivered shall be deemed to be an original, and shall have the same effect as the signing or execution of the original, and collectively shall constitute one and the same instrument.

*[Signature Page Follows]*

Removal000135

**JOINT WRITTEN CONSENT
OF THE GOVERNING BODIES
OF THE APPLICABLE SUBSIDIARY COMPANIES
OF
ALPINE SUMMIT ENERGY PARTNERS, INC.**

July 4, 2023

The undersigned identified on the signature pages hereof, acting pursuant to the applicable statutory and other legal requirement for each of the entities named below (each, a "*Company*" and collectively, the "*Companies*"):

ALPINE SUMMIT ENERGY INVESTORS, INC., a Nevada corporation;

HB2 ORIGINATION, LLC, a Delaware limited liability company;

ALPINE CARBON, LLC, a Delaware limited liability company;

ALPINE MAVERICK VI GP, LLC, a Delaware limited liability company;

HB2 MIDCO VI, LLC, a Delaware limited liability company;

ALPINE MAVERICK VII GP, LLC, a Delaware limited liability company;

HB2 MIDCO VII, LLC, a Delaware limited liability company;

ALPINE RED DAWN II GP, LLC, a Delaware limited liability company;

HB2 RED DAWN MIDCO II, LLC, a Delaware limited liability company; and

AGERON ENERGY II, LLC, a Delaware limited liability company;

constitute all of the governing bodies (each, a "*Governing Body*" and collectively, the "*Governing Bodies*"), required by applicable law and each Company's organizational documents (the "*Applicable Requirements*") to act for such Company, and each and all of the undersigned, acting in accordance with the authority contained in the Applicable Requirements, waiving all notice, do hereby consent to and adopt the following resolutions and take the following actions without a meeting, by written consent (this "*Consent*").

*Proper Officers*

NOW, THEREFORE, BE IT RESOLVED, that for purposes of these resolutions, the term "*Proper Officers*" shall mean any one or more of the duly elected Chief Executive Officer, President, Chief Operating Officer, Chief Investment Officer, Chief Financial Officer, Chief Legal Officer and Chief Administrative Officer of each Company, as applicable, acting alone or with any of the other Proper Officers of such Company, and solely for purposes of attesting to or certifying the authenticity of signatures, documents, instruments or agreements, the Secretary of such Company.

*Filing of Bankruptcy Petition*

WHEREAS, the Governing Bodies, have considered the financial and operational aspects of each Company's business;

WHEREAS, each Governing Body has reviewed the historical performance of the applicable Company, the market for such Company's products, and the current and long-term liabilities of such Company; and

WHEREAS, the Governing Bodies have, over the last several months, reviewed the materials presented by the management of and the advisors to each Company regarding the possible need to restructure the Companies, and have analyzed each of the strategic alternatives available to such Governing Body, and the impact of the foregoing on each Company's business and its other stakeholders.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of each Governing Body, it is desirable and in the best interests of the Companies, their creditors, employees, members and other interested parties and stakeholders that a petition be filed by each Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***");

RESOLVED FURTHER, that the Proper Officers of each Company be, and each of them hereby is, authorized on behalf of such Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Proper Officer deems necessary, desirable and proper in connection with each Company's Chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED FURTHER, that the Proper Officers of each Company, on behalf of such Company, are authorized, empowered and directed to retain the law firm of Porter Hedges LLP ("***Porter Hedges***") as bankruptcy counsel to represent and assist each Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance each Company's rights in connection therewith, and the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Porter Hedges;

RESOLVED FURTHER, that the Proper Officers of each Company, on behalf of such Company, are authorized, empowered and directed to retain the services of Houlihan Lokey Capital, Inc. and its affiliates ("***Houlihan***") as each Company's investment banker to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Houlihan;

RESOLVED FURTHER, that the Proper Officers of each Company, on behalf of such Company, are authorized, empowered and directed to retain the services of Huron Consulting Services LLC and its affiliates ("***Huron***") as each Company's financial advisor to represent and assist each Company in carrying out its duties under the Bankruptcy Code, to provide the Company and each of the Filing Subsidiaries with a Chief Restructuring Officer, a Deputy Chief Restructuring Officer and other additional personnel as required, and to take any and all actions to advance each Company's rights and obligations, and in

Removal000137

connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Huron and the representatives of Huron named below as Chief Restructuring Officer and Deputy Chief Restructuring Officer, respectively;

RESOLVED FURTHER, that the Governing Body of each company hereby elects Ryan Bouley as Chief Restructuring Officer of the Company and Sean Clements as Deputy Chief Restructuring Officer of each Company, to hold such offices until the earlier election and qualification of their respective successors or until their earlier resignation or removal;

RESOLVED FURTHER, that the Proper Officers of each Company, on behalf of such Company, are authorized, empowered and directed to retain the services of Kroll Restructuring Administration LLC and its affiliates ("*Kroll*") as each Company's claims, noticing and solicitation agent to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Kroll;

RESOLVED FURTHER, that the Proper Officers of each Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED FURTHER, that the Proper Officers of each Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of each Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on such Company's assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Proper Officers are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED FURTHER, that in connection with the Chapter 11 case, the Proper Officers of each Company be, and each of them hereby is, authorized and empowered to enter into a restructuring support agreement among the applicable debtor(s) and the other parties thereto, a plan of reorganization or liquidation, as applicable, and any disclosure statements in connection therewith, and to perform the obligations of each Company, as applicable, contemplated thereunder;

RESOLVED FURTHER, that the Proper Officers of each Company be, and each of them hereby is, authorized on behalf of such Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Proper Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case, including, but not limited

3

Removal000138

to the development, filing and prosecution to confirmation of a Chapter 11 plan and related disclosure statement; and

 RESOLVED FURTHER, that any and all actions heretofore taken by a Proper Officer of any Company or the Governing Body of any Company in the name and on behalf of such Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*General*

 RESOLVED FURTHER, that each Company and the Proper Officers of such Company, and counsel are, and each of them hereby is, authorized and empowered, for, in the name of and on behalf of such Company to take any and all such further action as may be necessary or proper to carry out the intent and accomplish the purposes of the above resolutions, including, but not limited to, making such filings or applications with the appropriate governmental and regulatory authorities and executing and delivering such documents and instruments as shall be deemed necessary or proper in connection therewith;

 RESOLVED FURTHER, that any and all actions heretofore or hereafter taken by the Proper Officers of each Company in connection with any matter referred to or contemplated by the foregoing resolutions are hereby ratified and confirmed as the act and deed of the Company; and

 RESOLVED FURTHER, that this Consent may be executed by original or any electronic signature complying with the Electronic Signatures in Global and National Commerce Act of 2000 (including DocuSign) and delivered by facsimile, Portable Document Format (.pdf), or other electronic imaging means, and in any number of counterparts with the same effect as if all parties hereto had signed the same document. All counterparts shall be construed together to constitute one and the same instrument.

*[**Signature Pages Follow**]*

Removal000139

Fill in this information to identify the case:

Debtor name: Alpine Summit Energy Partners, Inc., et al.

United States Bankruptcy Court for the: Southern District of Texas (Houston)

Case number (if known): 23-_____ (  )

☐ Check if this is an amended filing

<u>Official Form 204</u>

### Chapter 11: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | SOTAOG LLC<br>ATTN: ROBERT ESTILL<br>1707 1/2 POST OAK BLVD<br>STE 264<br>HOUSTON, TX 77056 | SOTAOG LLC<br>ATTN: ROBERT ESTILL<br>PHONE: 281-460-0498<br>EMAIL: REESTILL@SOTAOG.COM | TRADE VENDOR | | | | $4,893,345 |
| 2 | MAGNOLIA OIL & GAS OPERATING, LLC<br>ATTN: DENISE SPEER<br>NINE GREENWAY PLAZA<br>SUITE 1300<br>HOUSTON, TX 77046 | MAGNOLIA OIL & GAS OPERATING, LLC<br>ATTN: DENISE SPEER<br>PHONE: 713-842-9055<br>EMAIL: DSPEER@MGYOIL.COM | ROYALTY & NON-OPERATING WORKING INTEREST | | | | $2,565,751 |
| 3 | BOLD PRODUCTION SERVICES, LLC<br>ATTN: DEBI AVILA<br>10880 ALCOTT DR.<br>SUITE A<br>HOUSTON, TX 77043 | BOLD PRODUCTION SERVICES, LLC<br>ATTN: DEBI AVILA<br>PHONE: 833-369-2653<br>EMAIL: DAVILA@BPS-LLC.COM | TRADE VENDOR | | | | $2,207,235 |
| 4 | COMPLETION EQUIPMENT RENTAL, INC.<br>ATTN: LISA ROBINSON<br>4085 CIBOLO CANYONS STREET<br>SUITE 101<br>SAN ANTONIO, TX 78261 | COMPLETION EQUIPMENT RENTAL, INC.<br>ATTN: LISA ROBINSON<br>PHONE: 210-462-7132<br>EMAIL: AR@COMPLETIONRENTAL.COM | TRADE VENDOR | | | | $2,053,369 |
| 5 | LEGACY ENERGY SERVICES<br>ATTN: JESSICA YANUSHKA<br>3276 COUNTY ROAD 303<br>JOURDANTON, TX 78026 | LEGACY ENERGY SERVICES<br>ATTN: JESSICA YANUSHKA<br>PHONE: 210-289-2482<br>EMAIL: JESSICA@LEGACYENERSERV.COM | TRADE VENDOR | | | | $1,946,856 |
| 6 | SMART OILFIELD SERVICES LLC<br>ATTN: KATLYNN CANNON<br>P.O. BOX 3002<br>LIBERTY, TX 77575 | SMART OILFIELD SERVICES LLC<br>ATTN: KATLYNN CANNON<br>PHONE: 936-336-3768<br>FAX: 936-334-1951<br>EMAIL: AP@SMARTOILFIELDSERVICES.COM | TRADE VENDOR | | | | $1,627,422 |
| 7 | TGM SERVICES INC.<br>ATTN: REBEKAH ZUNIGA<br>P.O. BOX 566<br>GIDDINGS, TX 78942 | TGM SERVICES INC.<br>ATTN: REBEKAH ZUNIGA<br>PHONE: 979-716-8999<br>EMAIL: BEK@TGMSI.COM | TRADE VENDOR | | | | $1,624,585 |
| 8 | GLADIATOR ENERGY, LLC<br>ATTN: CINDY MARTINEZ - AP/AR SUPERVISOR<br>3200 SOUTHWEST FREEWAY<br>SUITE 1275<br>HOUSTON, TX 77027 | GLADIATOR ENERGY, LLC<br>ATTN: CINDY MARTINEZ - AP/AR SUPERVISOR<br>PHONE: 832-372-7315<br>EMAIL: AR@GLADIATORENERGY.COM | TRADE VENDOR | | | | $1,576,340 |
| 9 | ROYALTY E-LINE LLC<br>ATTN: LEEANN COLEMAN<br>9224 US HWY 277<br>CARRIZO SPRINGS, TX 78834 | ROYALTY E-LINE LLC<br>ATTN: LEEANN COLEMAN<br>PHONE: 830-694-3142<br>FAX: 830-694-3142<br>EMAIL: LCOLEMAN@ROYALTYELINE.COM | TRADE VENDOR | | | | $1,550,802 |
| 10 | ESTIS COMPRESSION LLC<br>ATTN: ANGELIA PALMER<br>545 HUEY LENARD LOOP<br>WEST MONROE, LA 71292 | ESTIS COMPRESSION LLC<br>ATTN: ANGELIA PALMER<br>PHONE: 318 397-5557<br>FAX: 903-643-8939<br>EMAIL: APALMER@ESTISCOMPRESSION.COM | TRADE VENDOR | | | | $1,506,978 |
| 11 | TDS ENTERPRISES INC.<br>ATTN: THOMAS (JE) SCHAMBER<br>8 BRANDT RD.<br>BOERNE, TX 78006 | TDS ENTERPRISES INC.<br>ATTN: THOMAS (JE) SCHAMBER<br>PHONE: 307-349-5621<br>EMAIL: DESWYO@GMAIL.COM | | | | | $1,312,933 |
| 12 | RWDY INC<br>ATTN: LYNN WOLLMAN<br>950 ECHO LANE<br>SUITE 200<br>HOUSTON, TX 77024 | RWDY INC<br>ATTN: LYNN WOLLMAN<br>PHONE: 713-984-7554<br>EMAIL: BTO@RWDYINC.COM | TRADE VENDOR | | | | $1,120,550 |
| 13 | FLOW ZONE, LLC<br>ATTN: TONYA WATSON<br>DEPT. 248 P.O. BOX 4346<br>HOUSTON, TX 77210 | FLOW ZONE, LLC<br>ATTN: TONYA WATSON<br>PHONE: 281-406-9402<br>EMAIL: TKWATSON@FLOW-ZONE.COM | TRADE VENDOR | | | | $1,100,364 |
| 14 | EXXON MOBIL CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>5959 LAS COLINAS BOULEVARD<br>IRVING, TX 75039-2298 | EXXON MOBIL CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 972-940-6000 | ROYALTY & NON-OPERATING WORKING INTEREST | | | | $857,851 |
| 15 | QUORUM BUSINESS SOLUTIONS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>811 MAIN STREET<br>SUITE 2000<br>HOUSTON, TX 77002 | QUORUM BUSINESS SOLUTIONS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 713-430-8600<br>EMAIL:<br>REMITTANCE.NOTIFICATION@QUORUMSOFTWARE.COM | TRADE VENDOR | | | | $730,458 |
| 16 | PATRIOT STEEL GROUP, LLC<br>ATTN: BRANDON<br>PO BOX 548<br>BROUSSARD, LA 70518 | PATRIOT STEEL GROUP, LLC<br>ATTN: BRANDON<br>PHONE: 337-400-2061<br>EMAIL: CHRIS@PATRIOTSTEELGROUP.COM | TRADE VENDOR | | | | $720,271 |
| 17 | SOUTH TEXAS FENCING & TRENCHING<br>ATTN: KEVIN KERR<br>PO BOX 1499<br>ALICE, TX 78333 | SOUTH TEXAS FENCING & TRENCHING<br>ATTN: KEVIN KERR<br>PHONE: 361-492-0876 | TRADE VENDOR | | | | $635,800 |

Debtor: Alpine Summit Energy Partners, Inc., et al.                                                                                                                                                 Case number (if known): 23-___ (  )

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 18 | 448 SUPPLY INC. ATTN: ASHLEY LOPEZ 1482 FM 448 GIDDINGS, TX 78942 | 448 SUPPLY INC. ATTN: ASHLEY LOPEZ PHONE: 979-542-0376 EMAIL: AL448SUPPLY2014@GMAIL.COM | TRADE VENDOR | | | | $600,486 |
| 19 | SAN ROMAN RANCH MINERAL PARTNERS, LTD ATTN: LAUREN CHILTON 5635 YOLANDA CIRCLE DALLAS, TX 75229 | SAN ROMAN RANCH MINERAL PARTNERS, LTD ATTN: LAUREN CHILTON PHONE: 214-277-4702 EMAIL: LAUREN.CHILTON@ICLOUD.COM | ROYALTY & NON-OPERATING WORKING INTEREST | | | | $591,495 |
| 20 | STERLING CRANE LLC ATTN: PRESIDENT OR GENERAL COUNSEL 9351 GRANT ST. SUITE 250 THORNTON, CO 80229 | STERLING CRANE LLC ATTN: PRESIDENT OR GENERAL COUNSEL PHONE: 303-422-0434 FAX: 303-431-9462 EMAIL: PHIBBERT@STERLINGCRANE.COM | TRADE VENDOR | | | | $525,715 |
| 21 | NITRO FLUIDS LLC ATTN: ERIC FONTENOT P.O. BOX 585 YORKTOWN, TX 78164 | NITRO FLUIDS LLC ATTN: ERIC FONTENOT PHONE: 361-938-7400 | TRADE VENDOR | | | | $437,156 |
| 22 | TREND SERVICES INC. ATTN: PRESIDENT OR GENERAL COUNSEL 2825 SE EVANGELINE THRUWAY LAFAYETTE, LA 70508 | TREND SERVICES INC. ATTN: PRESIDENT OR GENERAL COUNSEL PHONE: 337-234-7990 FAX: 337-232-3709 EMAIL: AROBERTS@TSINC.CC | TRADE VENDOR | | | | $379,667 |
| 23 | R & L WATER LLC ATTN: PRESIDENT OR GENERAL COUNSEL 1595 COUNTY ROAD 221 GIDDINGS, TX 78942 | R & L WATER LLC ATTN: PRESIDENT OR GENERAL COUNSEL PHONE: 512-284-2739 | TRADE VENDOR | | | | $375,000 |
| 24 | MORGAN PETROLEUM TESTERS, INC. ATTN: CHRIS MANNING PO BOX 1006 GIDDINGS, TX 78942 | MORGAN PETROLEUM TESTERS, INC. ATTN: CHRIS MANNING PHONE: 979-542-9390 FAX: 979-542-9463 EMAIL: INFO@MORGANTESTERS.COM | TRADE VENDOR | | | | $359,267 |
| 25 | ACME TRUCK LINE SERVICE INC. ATTN: PRESIDENT OR GENERAL COUNSEL MSC-410683 NASHVILLE, TN 37241 | ACME TRUCK LINE SERVICE INC. ATTN: PRESIDENT OR GENERAL COUNSEL PHONE: 504-368-2510 FAX: 888-345-2263 EMAIL: CREDIT@ACMETRUCK.COM | TRADE VENDOR | | | | $335,406 |
| 26 | OILFIELD INSTRUMENTATION USA ALDONS ATTN: KEITH PRICE/DEREK COOK PO BOX 51902 LAFAYETTE, LA 70505 | OILFIELD INSTRUMENTATION USA ALDONS ATTN: KEITH PRICE/DEREK COOK PHONE: 337-839-1263 FAX: 337-982-2344 EMAIL: HWHITNEY@OIUSA.COM | TRADE VENDOR | | | | $333,884 |
| 27 | AQUATERRA WATER MANAGMENT ATTN: PRESIDENT OR GENERAL COUNSEL 10343 W. SAM HOUSTON PKWY N. SUITE 325 HOUSTON, TX 77064 | AQUATERRA WATER MANAGMENT ATTN: PRESIDENT OR GENERAL COUNSEL PHONE: 979-690-2226 | TRADE VENDOR | | | | $330,825 |
| 28 | RICHARD'S HOT OIL & LEASE SERVICE ATTN: PRESIDENT OR GENERAL COUNSEL P.O BOX 816 GIDDINGS, TX 78942 | RICHARD'S HOT OIL & LEASE SERVICE ATTN: PRESIDENT OR GENERAL COUNSEL EMAIL: RHOS1983@HOTMAIL.COM | TRADE VENDOR | | | | $320,071 |
| 29 | ROCKING W ENERGY SERVICES, LLC ATTN: KACY FRAZIER - CONTROLLER PO BOX 458 BANQUETE, TX 78339 | ROCKING W ENERGY SERVICES, LLC ATTN: KACY FRAZIER - CONTROLLER PHONE: 361-813-5174 EMAIL: KACY@ROCKINGWES.COM | TRADE VENDOR | | | | $301,945 |
| 30 | GEOSTERING LLP ATTN: PRESIDENT OR GENERAL COUNSEL 77 SUGAR CREEK CENTER BLVD. STE. 385 SUGARLAND, TX 77478 | GEOSTEERING LLP ATTN: PRESIDENT OR GENERAL COUNSEL | TRADE VENDOR | | | | $296,778 |

Removal000141

**Fill in this information to identify the case:**

Debtor name    Ageron Energy II, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration   Consolidated Corporate Ownership Statement and List of Equity Interest Holders Pursuant to Fed. R. Bankr. P. 1007(a)(1), 1007(a)(3), and 7007.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/05/2023     **X** /s/ Craig Perry
                                   Signature of individual signing on behalf of debtor

                                     Craig Perry
                                     Printed name

                                     CEO and Chairman of the Board Alpine Summit Energy Partners, Inc.
                                     Position or relationship to debtor

8/15/2023 2:14 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 78550536
By: Lewis John-Miller
Filed: 8/15/2023 2:14 PM

## NO. <u>2023-33684</u>

| | | |
|---|---|---|
| **ALDONSA, INC. D/B/A OILFIELD INSTRUMENTATION USA** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **V.** | § | |
| | § | **215TH JUDICIAL DISTRICT** |
| **IRONROC ENERGY PARTNERS, LLC,** | § | |
| **ALPINE SUMMIT FUNDING, LLC,** | § | |
| **ALPINE SUMMIT FUNDING** | § | |
| **HOLDINGS, LLC, AGERON IRONROC** | § | |
| **ENERGY, LLC, AGERON ENERGY,** | § | |
| **LLC, AGERON ENERGY II, LLC,** | § | |
| **DALLAS PETROLEUM GROUP, LLC,** | § | |
| **and LEEXUS OIL, LLC,** | § | |
| **Defendants.** | § | **OF HARRIS COUNTY, TEXAS** |

## <u>DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES</u>

**NOW COMES** Defendant, Dallas Petroleum Group, LLC ("Dallas Petroleum"), named Defendant in the above-entitled and numbered cause, and files this Defendant's Original Answer and Affirmative Defenses, and shows the Court:

### I.   GENERAL DENIAL

1.   Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant Dallas Petroleum generally denies each and every, all and singular, the allegations contained in Plaintiff's Original Petition and demands strict proof thereof by a preponderance of the evidence as required by law.

### II.   AFFIRMATIVE AND OTHER DEFENSES

2.   Reserving their right to assert additional defenses and pleading in the alternative, Dallas Petroleum asserts the following specific denials and/or defenses, without conceding that the defenses are affirmative and without assuming the burden of proof on any defense, element or issue where the burden would otherwise fall on Plaintiff:

a. The doctrine of waiver precludes the Plaintiff from recovering against the Dallas Petroleum.

b. The Plaintiff's recovery against Dallas Petroleum is barred by the principles of estoppel.

c. Plaintiff is barred from recovering against Dallas Petroleum under the doctrine of consent.

d. Recovery by the Plaintiff against Dallas Petroleum is barred due under the doctrine of ratification.

e. Dallas Petroleum reserves the right to a set-off for outstanding amounts due.

f. Plaintiff is barred from recovering against Dallas Petroleum because Plaintiff failed to comply with the specific statutory notice requirements and conditions precedent that must be met for a lien to be valid and enforceable.

g. Plaintiff is barred from recovery because for failure to comply with a condition precedent to recovery.

h. Plaintiff is barred from recovery because any alleged obligation has been satisfied by accord and satisfaction.

i. Plaintiff is barred from recovery because the party with whom it contracted lacked the legal capacity to enter into the contract or to take on the obligations under the contract at the time it was formed.

j. Plaintiff is barred from recovering against Defendant under the Statute of Frauds.

k. Plaintiff is barred from recovering against Defendant under the Unclean Hands Doctrine.

l.  Plaintiff is barred from recovering against Defendant under Frustration of Purpose.

m.  Plaintiff is barred from recovering against Defendant because of Impossibility and Impracticability.

n.  Plaintiff is barred from recovering against Defendant do to Mistake.

o.  Plaintiff is barred from recovering against Defendant under the Doctrine of Laches.

p.  Plaintiff is barred from recovering against Defendant by the doctrine of justification.

q.  Plaintiff is barred from recovering against Defendant by the doctrine of legal excuse.

r.  Defendant alleges that any contract terms were unclear or ambiguous, and therefore, cannot form the basis for a breach.

### III. NOTICE PURSUANT TO TEXAS RULE OF CIVIL PROCEDURE 193.7

3.  By way of further Answer, Defendant hereby give actual notice to Plaintiff that any and all documents produced during discovery may be used against Plaintiff or any other party without the necessity of authenticating the document. This notice is given pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.

### IV. REQUEST FOR ATTORNEYS' FEES

4.  Defendant seeks recovery of all reasonable and necessary attorneys' fees incurred in the defense against Plaintiff's claims.

### V. CONCLUSION AND PRAYER

5.  Therefore, Defendant prays that Plaintiff take nothing by way of its claims against

Defendant. Defendant prays the Court, after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,

Farrar Law Group, PLLC

By: _____

William D. Farrar
Texas Bar No. 00790666
Email: will@wdfarrarlaw.com
Charles Jordan Farrar
Texas Bar No. 24117462
Christie Farrar
Texas Bar No. 24125571
1021 ESE Loop 323, Suite 120
Tyler, TX 75701
Tel. (903) 520-0399
Fax. (888) 511-5462
Attorneys for Defendant
Dallas Petroleum Group, LLC

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 15, 2023 a true and correct copy of Defendant's Original Answer and Affirmative Defenses was served on Armistead M. Long and Adam J. Russ and all counsel of record electronically through the electronic filing manager.

_____

William D. Farrar

Armistead M. Long
via email: along@gamb.com
Texas Bar No. 24035576
400 E. Kaliste Saloom Road Lafayette, LA 70508
Tel.: (337) 237-0132
Fax (337) 237-3421

Adam J. Russ
via email: aruss@gamb.com
Texas Bar No. 24109435
2229 San Felipe St.,
Suite 1100 Houston, TX 77019
Tel.: (713) 333-5500

ATTORNEYS FOR PLAINTIFF ALDONSA, INC.
D/B/A OILFIELD INSTRUMENTATION U.S.A

EWING & JONES, PLLC
Keith Jaasma, SBN 00794014
kjaasma@ewingjones.com
David Crimmins, SBN 24055360
derimmins@ewingjones.com
6363 Woodway Drive, Suite 1000
Houston, TX 77057
(713) 590-9600/(713) 590-9602 (Fax)

ATTORNEYS FOR IRONROC ENERGY
PARTNERS, LLC, ALPINE SUMMIT FUNDING,
LLC, ALPINE SUMMIT FUNDING HOLDINGS,
LLC, AGERON IRONROC ENERGY, LLC, and
AGERON ENERGY II, LLC,

PORTER HEDGES LLP
M. Harris Stamey, SBN 24060650

HStamey@porterhedges.com
Jordan T. Stevens, SBN 24106467
JStevens@porterhedges.com
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6619
Facsimile: (713) 226-6219

ATTORNEYS FOR IRONROC ENERGY
PARTNERS, LLC, AGERON IRONROC
ENERGY, LLC, and AGERON ENERGY IL, LLC,

Removal000148

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 78550536
Filing Code Description: Answer/ Response / Waiver
Filing Description:
Status as of 8/15/2023 2:51 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Korie Yarborough | | kyarborough@ewingjones.com | 8/15/2023 2:14:48 PM | SENT |
| Adam JRuss | | aruss@gamb.com | 8/15/2023 2:14:48 PM | SENT |
| Armistead LLong | | along@gamb.com | 8/15/2023 2:14:48 PM | SENT |
| Cindy LMyrick | | cmyrick@gamb.com | 8/15/2023 2:14:48 PM | SENT |
| Keith Jaasma | | kjaasma@ewingjones.com | 8/15/2023 2:14:48 PM | SENT |
| PA Team12 | | pateam12@orrick.com | 8/15/2023 2:14:48 PM | SENT |
| DCManaging AttorneysOffice | | dcmanagingattorneysoffice@orrick.com | 8/15/2023 2:14:48 PM | SENT |
| Ryan Wooten | | rwooten@orrick.com | 8/15/2023 2:14:48 PM | SENT |
| Cacique Rich-Martinez | | cacique@orrick.com | 8/15/2023 2:14:48 PM | SENT |
| Michael Morehead | | mmorehead@orrick.com | 8/15/2023 2:14:48 PM | SENT |
| Jonathan Ayre | | jayre@orrick.com | 8/15/2023 2:14:48 PM | SENT |
| William Heidepriem-Baird | | wheidepriem-baird@orrick.com | 8/15/2023 2:14:48 PM | SENT |

8/23/2023 6:18 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 78857265
By: Lewis John-Miller
Filed: 8/23/2023 6:18 PM

NO. <u>2023-33684</u>

| | | |
|---|---|---|
| **ALDONSA, INC. D/B/A OILFIELD INSTRUMENTATION USA**<br>**Plaintiff,**<br><br>**V.**<br><br>**IRONROC ENERGY PARTNERS, LLC,**<br>**ALPINE SUMMIT FUNDING, LLC,**<br>**ALPINE SUMMIT FUNDING**<br>**HOLDINGS, LLC, AGERON IRONROC**<br>**ENERGY, LLC, AGERON ENERGY,**<br>**LLC, AGERON ENERGY II, LLC,**<br>**DALLAS PETROLEUM GROUP, LLC,**<br>**and LEEXUS OIL, LLC,**<br>**Defendants.** | § § § § § § § § § § § § § § § § | **IN THE DISTRICT COURT**<br><br><br><br>**215TH JUDICIAL DISTRICT**<br><br><br><br><br><br><br><br>**OF HARRIS COUNTY, TEXAS** |

## <u>DEFENDANT'S AMENDED ANSWER AND AFFIRMATIVE DEFENSES</u>

**NOW COMES** Defendant, Dallas Petroleum Group, LLC ("Dallas Petroleum"), named

Defendant in the above-entitled and numbered cause, and files this Defendant's Amended

Answer and Affirmative Defenses, and shows the Court:

### I.  GENERAL DENIAL

1.  Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant Dallas Petroleum

generally denies each and every, all and singular, the allegations contained in Plaintiff's Original

Petition and demands strict proof thereof by a preponderance of the evidence as required by law.

### II.  AFFIRMATIVE AND OTHER DEFENSES

2.  Reserving their right to assert additional defenses and pleading in the alternative, Dallas

Petroleum asserts the following specific denials and/or defenses, without conceding that the

defenses are affirmative and without assuming the burden of proof on any defense, element or

issue where the burden would otherwise fall on Plaintiff:

a. The doctrine of waiver precludes the Plaintiff from recovering against the Dallas Petroleum.

b. The Plaintiff's recovery against Dallas Petroleum is barred by the principles of estoppel.

c. Plaintiff is barred from recovering against Dallas Petroleum under the doctrine of consent.

d. Recovery by the Plaintiff against Dallas Petroleum is barred due under the doctrine of ratification.

e. Dallas Petroleum reserves the right to a set-off for outstanding amounts due.

f. Plaintiff is barred from recovering against Dallas Petroleum because Plaintiff failed to comply with the specific statutory notice requirements and conditions precedent that must be met for a lien to be valid and enforceable.

g. Plaintiff is barred from recovery because for failure to comply with a condition precedent to recovery.

h. Plaintiff is barred from recovery because any alleged obligation has been satisfied by accord and satisfaction.

i. Plaintiff is barred from recovery because the party with whom it contracted lacked the legal capacity to enter into the contract or to take on the obligations under the contract at the time it was formed.

j. Plaintiff is barred from recovering against Defendant under the Statute of Frauds.

k. Plaintiff is barred from recovering against Defendant under the Unclean Hands Doctrine.

l.  Plaintiff is barred from recovering against Defendant under Frustration of Purpose.

m.  Plaintiff is barred from recovering against Defendant because of Impossibility and Impracticability.

n.  Plaintiff is barred from recovering against Defendant do to Mistake.

o.  Plaintiff is barred from recovering against Defendant under the Doctrine of Laches.

p.  Plaintiff is barred from recovering against Defendant by the doctrine of justification.

q.  Plaintiff is barred from recovering against Defendant by the doctrine of legal excuse.

r.  Defendant alleges that any contract terms were unclear or ambiguous, and therefore, cannot form the basis for a breach.

### III. VERIFIED PLEAS

3.  With respect to plaintiff's suit on a sworn account, there is a defect in the parties.  As to the wells that are the subject of the invoices, defendant did not do business with plaintiff. Rather, a separate legal entity named IronRoc Energy Partners, LLC did business with plaintiff.

4.  As to plaintiff's suit on sworn account, there is another suit involving the parties IronRoc Energy Partners, LLC and plaintiff.   See the pending chapter 11 cases jointly administered under no. 23-90739 before the U.S. Bankruptcy Court for the Southern District of Texas, Houston Division.

5.  Defendant denies the account on which plaintiff files suit because defendant was <u>not</u> the other party to the transactions reflected in the invoices attached to the petition.

## IV. NOTICE PURSUANT TO TEXAS RULE OF CIVIL PROCEDURE 193.7

6.  By way of further Answer, Defendant hereby give actual notice to Plaintiff that any and all documents produced during discovery may be used against Plaintiff or any other party without the necessity of authenticating the document. This notice is given pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.

## V.  REQUEST FOR ATTORNEYS' FEES

7.  Defendant seeks recovery of all reasonable and necessary attorneys' fees incurred in the defense against Plaintiff's claims.

## V. CONCLUSION AND PRAYER

8.  Therefore, Defendant prays that Plaintiff take nothing by way of its claims against Defendant. Defendant prays the Court, after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,

O'CONNORWECHSLER PLLC

/s/    _Annie E. Catmull_
Annie E. Catmull
STATE BAR NO. 00794932
AECATMULL@O-W-LAW.COM
4400 POST OAK PLAZA, SUITE 2360
HOUSTON, TEXAS 77027
TELEPHONE: (281) 814-5977
Attorneys for Defendant
Dallas Petroleum Group, LLC

## CERTIFICATE OF SERVICE

I certify that on August 23, 2023, a true and correct copy of Defendant's Amended Answer and Affirmative Defenses was served on Armistead M. Long and Adam J. Russ and all counsel of record electronically through the electronic filing manager.

/s/      _Annie E. Catmull_
Annie E. Catmull

Armistead M. Long
via email: along@gamb.com
Texas Bar No. 24035576
400 E. Kaliste Saloom Road Lafayette, LA 70508
Tel.: (337) 237-0132
Fax (337) 237-3421

Adam J. Russ
via email: aruss@gamb.com
Texas Bar No. 24109435
2229 San Felipe St.,
Suite 1100 Houston, TX 77019
Tel.: (713) 333-5500

ATTORNEYS FOR PLAINTIFF ALDONSA, INC.
D/B/A OILFIELD INSTRUMENTATION U.S.A

EWING & JONES, PLLC
Keith Jaasma, SBN 00794014
kjaasma@ewingjones.com
David Crimmins, SBN 24055360
derimmins@ewingjones.com
6363 Woodway Drive, Suite 1000
Houston, TX 77057
(713) 590-9600/(713) 590-9602 (Fax)

ATTORNEYS FOR IRONROC ENERGY
PARTNERS, LLC, ALPINE SUMMIT FUNDING,
LLC, ALPINE SUMMIT FUNDING HOLDINGS,
LLC, AGERON IRONROC ENERGY, LLC, and
AGERON ENERGY II, LLC,

PORTER HEDGES LLP
M. Harris Stamey, SBN 24060650

HStamey@porterhedges.com
Jordan T. Stevens, SBN 24106467
JStevens@porterhedges.com
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6619
Facsimile: (713) 226-6219

ATTORNEYS FOR IRONROC ENERGY
PARTNERS, LLC, AGERON IRONROC
ENERGY, LLC, and AGERON ENERGY IL, LLC,

Removal000155

VERIFICATION

State of Texas                     §
Collin_____ County               §


Before me, the undesigned notary, on this day personally appeared Matt Williams, the

affiant, whose identity is known to me.  After I administered an oath, affiant testified as follows:

"My name is Matt Willaims.  I am capable of making this verification.  I have read the attached

answer, including the verified pleas.  The facts stated therein are within my personal knowledge

and are true and correct."


_____
Matt Williams


Sworn to and subscribed before me by Matt Williams on August 23 , 2023.

_____
Notary Public in and for
the State of Texas

TERRI GAIL ASHER
Notary Public, State of Texas
Comm. Expires 09-30-2024
Notary ID 6486876

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 78857265
Filing Code Description: Answer/ Response / Waiver
Filing Description:
Status as of 8/24/2023 8:04 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Korie Yarborough | | kyarborough@ewingjones.com | 8/23/2023 6:18:44 PM | SENT |
| Adam JRuss | | aruss@gamb.com | 8/23/2023 6:18:44 PM | SENT |
| Armistead LLong | | along@gamb.com | 8/23/2023 6:18:44 PM | SENT |
| Cindy LMyrick | | cmyrick@gamb.com | 8/23/2023 6:18:44 PM | SENT |
| Keith Jaasma | | kjaasma@ewingjones.com | 8/23/2023 6:18:44 PM | SENT |
| PA Team12 | | pateam12@orrick.com | 8/23/2023 6:18:44 PM | SENT |
| DCManaging AttorneysOffice | | dcmanagingattorneysoffice@orrick.com | 8/23/2023 6:18:44 PM | SENT |
| Ryan Wooten | | rwooten@orrick.com | 8/23/2023 6:18:44 PM | SENT |
| Cacique Rich-Martinez | | cacique@orrick.com | 8/23/2023 6:18:44 PM | SENT |
| Michael Morehead | | mmorehead@orrick.com | 8/23/2023 6:18:44 PM | SENT |
| Jonathan Ayre | | jayre@orrick.com | 8/23/2023 6:18:44 PM | SENT |
| William Heidepriem-Baird | | wheidepriem-baird@orrick.com | 8/23/2023 6:18:44 PM | SENT |